**FILED ON**

| | | | |
|---|---|---|---|
| DEFT: | Thomas Narog (J)# | CASE NO: | 00-4188-BSS / Martin |
| AUSA: | Larry Bradfeld *present* | ATTNY: | Atty. Joffee (Kemp) |
| AGENT: | | VIOL: | 21:841,846 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by _____ D.C.
JUL 31 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ X's a week/month by phone; _____ X's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House
    _____ Electronic Monitoring

△ advised of charges

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 8-10-00 | 11:00am | BSS ✓ |
| PTD/BOND HEARING: | 8-8-00 | 10:00am | BSS ✓ |
| PRELIM/ARRAIGN. or REMOVAL: | 8-10-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 7-31-00    TIME: 11:00am    TAPE # 00-061    PG # 5
1980-2288

8/8