# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 8/8/00   TIME: 10:00 AM

DEFT. THOMAS NAROG (J)          CASE NO. 00-6211-CR-HURLEY

AUSA. LAURENCE BARDFELD         ATTY. MARTIN JAFFE - TEMP
                                CONSP/POSS OF LISTED CHEMICAL TO
                                MANUFACTURE CONTROLLED SUBSTANCE
AGENT.                          VIOL. 21:841(d)(2) & 846

PROCEEDING  PRETRIAL DETENTION      BOND. NO BOND

DISPOSITION (RRC & ARRAIGN SET 8/10/00 — Reset to 8/15/00 @ 9:30)

Pretrial Detention hearing held.

Shawn O'Connor - DEA agent sworn;

Court finds defendant is a risk of flight and a danger to community and orders deft pretrial detained.

DATE: 8/8/00.                   TAPE: LRJ-00- 67-329/3550
                                      67-1
                                      68-1/69-1