UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-Hurley

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Thomas Naroz

Defendant.

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

This matter is hereby _reset_ for Report re: counsel and arraignment on Tuesday, August 15, 2000 @ 9:30 a.m.

**DONE AND ORDERED** at West Palm Beach, Florida this 10th day of _August_, 20 00 .

TAPE NO:LRJ-00-67.329/255c/
68-1/69-1

_____
CHIEF U.S. MAGISTRATE JUDGE
LINNEA R. JOHNSON

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal