UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

RECEIVED & FILED IN OPEN COURT
ON 8-15-00 AT _____, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS NAROG,

    Defendant.
_____/

## APPEARANCE AS ATTORNEY OF RECORD

TO THE CLERK OF THE ABOVE COURT:

You will please enter my appearance this date as attorney of record for the Defendant aforesaid in the above-styled cause.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Larry Bardfeld, Esq., Office of the United States Attorney, 299 E. Broward Blvd, Fort Lauderdale, Florida 33301, this 15 day of August, 2000.

HADDAD & HESTER, P.A.
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: _____
FRED HADDAD
Florida Bar No. 180891