UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS L. NAROG,

    Defendant.
_____/

### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on AUGUST 15, 2000, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**  Address: IN CUSTODY

Telephone no.:

**DEFENSE COUNSEL:**  Name: FRED HADDAD

Address: ONE FINANCIAL PLAZA, SUITE 2612

FORT LAUDERDALE, FLORIDA 33394

Telephone no.: (954) 467-6767

BOND/SET/CONTINUED: $ PRETRIAL DETENTION

/////PTD hrg held: YES X   NO___   BOND/PTD hrg set for_____

Dated this 15 day of AUGUST, 2000.

CLARENCE MADDOX, CLERK OF COURT

By: /s/ Tamara _____
Deputy Clerk

c:  Courtroom Deputy, District Judge
United States Attorney
Defense Counsel
United States Pretrial Service