UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**NIGHT BOX**
**FILED**

CASE NO. 00-6211CR-HURLEY

SEP 0 7 2000

UNITED STATES OF AMERICA,
        Plaintiff,

CLERK, USDC / SDFL / WPB

vs.

THOMAS NAROG,
        Defendant.
_____/

## MOTION FOR THIRTY DAY EXTENSION OF TIME TO FILE MOTIONS

COMES NOW the Defendant aforesaid by the counsel undersigned and makes this Motion for Thirty Day Extension of Time to File Motions and as grounds would state the following:

1.      Motions are currently due on September 12, 2000.

2.      The undersigned is awaiting copies of 16 video tapes and 2 audio tapes from Larry Bardfeld, Assistant United States Attorney.

3.      That upon the receipt of same the undersigned must review all 18 tapes.

4.      That due to the above undersigned would request an additional 30 days to file motions.

5.      Larry Bardfeld has indicated that he has no objection to the granting of this motion.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Larry Bardfeld, Esq., Office of the United States Attorney, 299 E. Broward Blvd, Fort Lauderdale, Florida 33301, this _7_ day of September, 2000.

HADDAD & HESTER, P.A.
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394
[954] 467 6767

By:_____

    FRED HADDAD
    Florida Bar No. 180891