UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | CASE NUMBER |
| PLAINTIFF, | ) | 00-6211-CR-HURLEY |
| | ) | |
| VS. | ) | |
| | ) | |
| **THOMAS NAROG AND** | ) | THIS VOLUME: |
| **GHANDI JABER,** | ) | PAGES 1 - 117 |
| | ) | |
| DEFENDANTS. | ) | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD BEFORE THE HONORABLE LINNEA R. JOHNSON, IN WEST PALM BEACH, PALM BEACH COUNTY, FLORIDA, ON AUGUST 8, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   LAURENCE BARDFELD, A.U.S.A.

FOR DEFENDANT NAROG:  MARTIN JAFFE, ESQ.

FOR DEFENDANT JABER:  GLEN SCIDEN AND
                      RICHARD ROSENBAUM, ESQS.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

