UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant,
_____/

## ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION FOR THIRTY DAY EXTENSION OF TIME TO FILE MOTIONS,** and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted.

DONE AND ORDERED in West Palm Beach, Florida, this 11 day of September, 2000.

    Magistrate/District Judge

CC:  Fred Haddad, Esq.
      Larry Bardfeld, Esq.

