UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS NAROG,

    Defendant.
_____/

**NIGHT BOX FILED**

OCT 06 2000

CLERK, USDC / SDFL / WPB

## MOTION FOR TWENTY DAY EXTENSION OF TIME TO FILE MOTIONS

COMES NOW the Defendant aforesaid by the counsel undersigned and makes this Motion for Twenty Day Extension of Time to File Motions and as grounds would state the following:

1. Motions are currently due on October 12, 2000.

2. The undersigned is awaiting copies of 16 video tapes and 2 audio tapes from Larry Bardfeld, Assistant United States Attorney.

3. That upon the receipt of same the undersigned must review all 18 tapes.

4. That due to the above the undersigned would request an additional 20 days to file motions.

5. Larry Bardfeld has indicated that he has no objection to the granting of this motion.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the parties listed below, this ___ day of October, 2000.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: _____
    FRED HADDAD
    Florida Bar No. 180891

## SERVICE LIST

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Basiello, Esq.
33 N. Dearborn Street
Chicago, IL 60602

Leonard Penn, Esq.
DeFabio and Penn, P.A.
2121 Ponce de Leon Blvd, Suite 430
Coral Gables, Florida 33134

Glenn Seiden, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Mark NeJame, Esq.
1 South Orange Avenue, Suite 304
Orlando, Florida 32801

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
1 Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802