UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
     Plaintiff,

vs.

THOMAS NAROG,
     Defendant,
_____/

## ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION FOR TWENTY**

**DAY EXTENSION OF TIME TO FILE MOTIONS,** and the Court having been duly advised,

it is hereby

     ORDERED AND ADJUDGED that said Motion is hereby Granted.

_____

_____

     DONE AND ORDERED in West Palm Beach, Florida, this _____ day of October, 2000.

_____
Magistrate/District Judge

CC:   Fred Haddad, Esq.
      Larry Bardfeld, Esq.
      All Counsel
      All Counsel

