UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS NAROG,

    Defendant.
_____/

### MOTION FOR EXTENSION OF TIME TO FILE MOTIONS

COMES NOW the Defendant aforesaid by the counsel undersigned and makes this Motion for Extension of Time to File Motions and as grounds would state the following:

1. Motions are currently due on November 1, 2000 with Trial scheduled for March 2001.

2. The undersigned is awaiting copies of 16 video tapes and 2 audio tapes from Larry Bardfeld, Assistant United States Attorney.

3. That upon the receipt of same the undersigned must review all 18 tapes.

4. That the undersigned and Larry Bardfeld have, with leave of the Court, agreed to a December 1 date for Motions to be due by the undersigned, and would request that the Court agree with same.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the parties listed below, this 26 day of October, 2000.

        HADDAD & HESTER, P.A.
        One Financial Plaza, Suite 2612
        Fort Lauderdale, Florida 33394
        [954] 467-6767

        By:_____
           FRED HADDAD
           Florida Bar No. 180891

NON-COMPLIANCE OF S.D. fla. L.R. 5 13

## SERVICE LIST

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Basiello, Esq.
33 N. Dearborn Street
Chicago, IL 60602

Leonard Penn, Esq.
DeFabio and Penn, P.A.
2121 Ponce de Leon Blvd, Suite 430
Coral Gables, Florida 33134

Glenn Seiden, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Mark NeJame, Esq.
1 South Orange Avenue, Suite 304
Orlando, Florida 32801

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
1 Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802