UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY / VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant,
_____/

### ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION FOR EXTENSION OF TIME TO FILE MOTIONS**, and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted.

DONE AND ORDERED in Miami, Florida, this ___ day of October, 2000.

                                                  Magistrate/District Judge

CC:   Fred Haddad, Esq.
       Larry Bardfeld, Esq.
       All counsel

