UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

THOMAS L. NAROG,
GHANDI JABER,
AHMAD ALMASRI,
NADIA ALMASRI,
SABER ABDELMUTI,
NABIL AQUIL,
NIZAR FNEICHE,
RABAH EL HADDAD,
MOHAMMED SAMHAN,
    Defendants.
_____/



## ORDER RESETTING TRIAL DATE & ESTABLISHING PRETRIAL PROCEDURES

THIS CAUSE was before the court at a scheduled status conference on October 17, 2000. Counsel representing all parties were present and the matter was court reported. The court being fully informed, it is

**ORDERED** and **ADJUDGED**:

1. Unless instructed otherwise by subsequent order, all proceedings in this case shall be conducted in courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

2. This case is reset for trial on a calendar commencing on **March 5, 2001**.

3. A calendar call will be conducted on **Friday, February 23, 2001, at 1:30 p.m.** in courtroom 5 at the U.S. Courthouse. If arrangements are made, at least 48 hours in advance with the Courtroom Deputy (561/803-3452), out-of-town counsel may attend the calendar call by general

conference call.

4. At the calendar call, counsel for each party shall provide the court, and serve on opposing counsel, a list of proposed voir dire questions, proposed jury instructions and all motions in limine with accompanying memoranda. (Please provide a copy of cited cases.)

**THE COURT FINDS** that the period of delay resulting, to and including the date the trial commences, shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §3161. The court further finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant with regard to a speedy trial pursuant to 18 U.S.C. §3161.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this _4th_ day of November, 2000.

```
                                   _____
                                          Daniel T. K. Hurley
                                       United States District Judge
```

**copy furnished:**
AUSA Laurence M. Bardfeld
Fred Haddad, Esq.
Glenn Seiden, Esq.
Mark E. NeJame, Esq.
Theodore W. Weeks, IV, Esq.
Bruce A. Goodman, Esq.
Timothy Biasiello, Esq.
Howard M. Srebnick, Esq.
Leonard P. Fenn, Esq.