UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
Plaintiff,

vs.

THOMAS NAROG,
Defendant.
_____/

**NIGHT BOX FILED**
NOV 21 2000
CLERK, USDC / SDFL / WPB

## AGREED MOTION FOR EXTENSION OF TIME TO FILE MOTIONS

COMES NOW the Defendant aforesaid by the counsel undersigned and makes this Agreed Motion for Extension of Time to File Motions and as grounds would state the following:

1. Motions are currently due on December 1, 2000. Trial is scheduled in this matter for March 2001.

2. Some three discovery conferences have been scheduled with the Government, however, have been canceled due to the schedule of the agents related to this case.

3. The undersigned and the Government are in the process of rescheduling same so that the undersigned can determine what motions need be filed.

4. That the undersigned and Larry Bardfeld have, with leave of the Court, agreed to a December 30 date for Motions to be due by the undersigned, and would request that the Court agree with same.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the parties listed below, this 20 day of November, 2000.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: _____
FRED HADDAD
Florida Bar No. 180891

## SERVICE LIST

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Basiello, Esq.
33 N. Dearborn Street
Chicago, IL 60602

Leonard Penn, Esq.
DeFabio and Penn, P.A.
2121 Ponce de Leon Blvd, Suite 430
Coral Gables, Florida 33134

Glenn Seiden, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Mark NeJame, Esq.
1 South Orange Avenue, Suite 304
Orlando, Florida 32801

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
1 Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802