UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

NIGHT BOX
FILED

UNITED STATES OF AMERICA,

DEC 18 2000

vs.

CLERK, USDC / SDFL / WPB

THOMAS NAROG,
    Defendant.
_____/

## MOTION FOR HEARING

    COMES NOW the Defendant aforesaid, by the counsel undersigned and makes this Motion for Hearing and states:

    1. On even date herein, the undersigned has filed a Motion to Reopen and Reconsider the Pretrial Detention of the Defendant Narog.

    2. That due to the issues, the undersigned would request that a hearing be scheduled preferably this week due to the undersigned being away next week for the holidays.

    WHEREFORE the Defendant requests this Motion be granted and a hearing be scheduled.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, this 18th day of December, 2000.

    HADDAD & HESTER, P.A.
    One Financial Plaza, Suite 2612
    Fort Lauderdale, Florida 33394
    [954] 467-6767

    By: _____
    FRED HADDAD
    Florida Bar No. 180891



## SERVICE LIST

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Basiello, Esq.
33 N. Dearborn Street
Chicago, IL 60602

Leonard Penn, Esq.
DeFabio and Penn, P.A.
2121 Ponce de Leon Blvd, Suite 430
Coral Gables, Florida 33134

Glenn Seiden, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Mark NeJame, Esq.
1 South Orange Avenue, Suite 304
Orlando, Florida 32801

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
1 Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802