UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS NAROG,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Narog's Motion for Hearing, filed December 18, 2000. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that said motion is hereby GRANTED. Hearing in this matter is set for December 22, 2000 at 9:30 A.M., before the undersigned.

DONE AND ORDERED at West Palm Beach, Florida, this 20th day of December, 2000.

LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE

Copies provided to:

Honorable Daniel T. K. Hurley
Fred Haddad, Esq.
U.S. Pretrial Services