## COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 12/22/00   TIME: 9:30 AM - 9:50a.

DEFT. THOMAS NAROG (J)   CASE NO. 00-6211-CR-HURLEY/VITUNAC

*Bruce Reinhart fr.*

AUSA. LAURENCE BARDFELD   ATTY. FRED HADDAD

AGENT. ___   VIOL. PWID PSEUDOEPHEDRINE 21:846, 841(a)(1)

PROCEEDING BOND HEARING   BOND. PRETRIAL DETENTION (LRJ)

FUTURE DATES ___

DISPOSITION: Stipulated bond granted; Bond set at $100,000 CSB collateralized by all properties owned by defendant. & 250,000 PSB cosigned by daughter and son-in-law. Properties not to be encumbered except for legal & investigative fees. There is to be no substitution of collateral.

Defendant to submit to electronic monitoring. Defendant may be released pending electronic monitoring. Report to Pretrial Services 1x wk in person or as otherwise directed by Pretrial Services.

DATE: 12/22/00   TAPE: LRJ-00- 114-1428