UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
Plaintiff,

vs.

THOMAS NAROG,
Defendant.
_____/

## AGREED MOTION FOR EXTENSION OF TIME TO FILE MOTIONS

COMES NOW the Defendant aforesaid by the counsel undersigned and makes this Agreed Motion for Extension of Time to File Motions and as grounds would state the following:

1.    Motions are currently due on December 29, 2000.  Trial is scheduled in this matter for March 2001.

2.    Several Motions have been filed, however, the Government has advised the undersigned that he expects to give other discovery particularly the Affidavits for Search Warrants and the DEA6s regarding the Defendant's statement to the police within the next week or ten days.

3.    That due to the Christmas Holidays and the impending matters the prosecutor has agreed to an additional twenty days from December 29 to file further Motions.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the parties listed below, this 22 day of December, 2000.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By:_____
    FRED HADDAD
    Florida Bar No. 180891

**SERVICE LIST**

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Basiello, Esq.
33 N. Dearborn Street
Chicago, IL 60602

Leonard Penn, Esq.
DeFabio and Penn, P.A.
2121 Ponce de Leon Blvd, Suite 430
Coral Gables, Florida 33134

Glenn Seiden, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Mark NeJame, Esq.
1 South Orange Avenue, Suite 304
Orlando, Florida 32801

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
1 Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802