UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,

vs.

THOMAS NAROG,
    Defendant.
_____/

NIGHT BOX FILED
DEC 26 2000
CLERK, USDC / SDFL / WPB

## INITIAL MOTION TO SUPPRESS STATEMENTS

COMES NOW the Defendant, Thomas Narog, through counsel undersigned and makes this Initial Motion to Suppress Statements and would state as follows:

1. The Government, in its response to the Standing Discovery Order lists certain post arrest statements made by the Defendant that are sought to be used as evidence. Some are exculpatory but claimed to be untrue, others are allegedly inculpatory.

2. The Government's discovery response notes the statements, but does not cite "Miranda" warnings as given.

3. Mr. Bardfelt, the Assistant United States Attorney, has read the undersigned part of a DEA6 that is being sent the undersigned that recites Miranda warnings were given and witnessed and the undersigned will either supplement its Motion or address that.

4. The Defendant, even if advised of "Miranda" did not fully understand those rights or recognize the significance thereof to the degree that an effective waiver could occur.

5. That before any statement can be employed as evidence it must comply with "Miranda", see ie, *Dickerson v. United States*, 120 S.Ct. 2326 (2000).

WHEREFORE the Defendant requests this Motion be granted and that statements be suppressed.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, this 21 day of December, 2000.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: _____
FRED HADDAD
Florida Bar No. 180891

**SERVICE LIST**

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Basiello, Esq.
33 N. Dearborn Street
Chicago, IL 60602

Leonard Penn, Esq.
DeFabio and Penn, P.A.
2121 Ponce de Leon Blvd, Suite 430
Coral Gables, Florida 33134

Glenn Seiden, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Mark NeJame, Esq.
1 South Orange Avenue, Suite 304
Orlando, Florida 32801

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
1 Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802