UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY



NIGHT BOX FILED

DEC 26 2000

CLERK, USDC / SDFL / WPB

UNITED STATES OF AMERICA,

vs.

THOMAS NAROG,
    Defendant.
_____/

## MOTION FOR RULE 104(c) HEARING REGARDING RULE 404(b) EVIDENCE WITH MEMORANDUM OF LAW

COMES NOW the Defendant, through his undersigned counsel, and pursuant to Rule 104(c), Federal Rules of Evidence, moves that this Court order a bill of particulars of the 404(b) evidence and a hearing regarding admissibility of any Rule 404(b) evidence which the Government intends to introduce at trial.

## MEMORANDUM OF LAW

Rule 404(b), Federal Rules of Evidence, renders inadmissible evidence of other crimes, wrongs, or acts unless relevant to a material issue. Such evidence is presumed to be irrelevant and prejudicial, and therefore, not admissible unless and until the Government can demonstrate relevancy and materiality. Thereafter, the Court must balance the probative value of the evidence against its prejudicial effect. The preferred manner of handling other crime's evidence in order to avoid mistrial is implementation of Rule 104 procedure. United States v. DeVaughn, 601 F.2d 42 (2d Cir. 1979); Grimaldi v. United States, 606 F.2d 332, 340 n. 9 (1st Cir. 1979).



I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, this 21 day of December, 2000.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: /s/ *signature*
FRED HADDAD
Florida Bar No. 180891

## SERVICE LIST

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Basiello, Esq.
33 N. Dearborn Street
Chicago, IL 60602

Leonard Penn, Esq.
DeFabio and Penn, P.A.
2121 Ponce de Leon Blvd, Suite 430
Coral Gables, Florida 33134

Glenn Seiden, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Mark NeJame, Esq.
1 South Orange Avenue, Suite 304
Orlando, Florida 32801

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
1 Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802