UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,

vs.

THOMAS NAROG,
    Defendant.
_____/

NIGHT BOX
FILED

DEC 26 2000

CLERK, USDC / SDFL / WPB

## SUPPLEMENT TO MOTION TO SUPPRESS STATEMENTS

COMES NOW the Defendant, Thomas Narog, through counsel undersigned and files this Supplement to his Motion to Suppress Statements previously filed and would state as follows:

1.    The Defendant, upon being advised of "Miranda" immediately requested the presence of his attorney Richard Capablo and demanded to speak with him before any questioning and advised the agents of such facts, however, the Defendant relayed that the agents questioned him for several hours before allowing him to contact his attorney.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, this 22 day of December, 2000.

                HADDAD & HESTER, P.A.
                One Financial Plaza, Suite 2612
                Fort Lauderdale, Florida 33394
                [954] 467-6767

                By: _____
                      FRED HADDAD
                      Florida Bar No. 180891

## SERVICE LIST

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Basiello, Esq.
33 N. Dearborn Street
Chicago, IL 60602

Leonard Penn, Esq.
DeFabio and Penn, P.A.
2121 Ponce de Leon Blvd, Suite 430
Coral Gables, Florida 33134

Glenn Seiden, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Mark NeJame, Esq.
1 South Orange Avenue, Suite 304
Orlando, Florida 32801

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
1 Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802