UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,

vs.

THOMAS NAROG,
    Defendant.
_____/

NIGHT BOX FILED
DEC 26 2000
CLERK, USDC / SDFL / WPB

## MOTION TO ADOPT DEFENDANT MOHAMMED SAMHAN'S MOTION TO PRODUCE SPECIFIC BRADY EVIDENCE

COMES NOW the Defendant, Thomas Narog, through counsel undersigned and files this Motion to Adopt Defendant Mohammed Samhan's Motion to Produce Specific Brady Evidence to the extent applicable to the Defendant's case.

WHEREFORE the Defendant requests an Order be entered allowing the adoption of the above-referenced Motion.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, this ___ day of December, 2000.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: _____
FRED HADDAD
Florida Bar No. 180891

## SERVICE LIST

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Basiello, Esq.
33 N. Dearborn Street
Chicago, IL 60602

Leonard Penn, Esq.
DeFabio and Penn, P.A.
2121 Ponce de Leon Blvd, Suite 430
Coral Gables, Florida 33134

Glenn Seiden, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Mark NeJame, Esq.
1 South Orange Avenue, Suite 304
Orlando, Florida 32801

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
1 Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802