NIGHT BOX
FILED

JAN 1 8 2001

CLERK, USDC / SDFL / WPB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA       )
                               )
v.                             )
                               )
THOMAS NAROG                   )
                               )
_____)

MOTION FOR EXTENSION OF TIME TO FILE
RESPONSES TO DEFENDANT'S PRETRIAL MOTIONS

The United States of America, by and through undersigned counsel, hereby files this motion for an extension of time to file responses to Defendant, THOMAS NAROG's Pretrial Motions. As grounds for the motion, the United States submits the following:

1. On December 22, 2000, Defendant THOMAS NAROG filed a number of pretrial motions including: Initial Motion to Suppress Statements, Motion for Rule 104(c) Hearing regarding Rule 404(b) Evidence, Motion for Bill of Particulars and Discovery Regarding Electronic Surveillance, Motion for Additional Discovery and Specific Request for Production of Brady/Agurs Favorable Material, and Motion to Adopt Defendant Mohammed Samhan's Motion to Produce Specific Brady.

2. Undersigned counsel is in the process of obtaining the necessary documentation so he respond to the motions. Undersigned counsel and the case agents were in and out of the office during the holidays and have not yet compiled all of the information and documentation needed to adequately respond to the motions. Undersigned counsel should be able to obtain the necessary information and respond to the motions in the next week.

3. Undersigned counsel has contacted Fred Haddad, counsel for Mr. NAROG, who has no objection to an extension of time to file responses to the outstanding motions.

WHEREFORE, the United States respectfully requests that this Court grant an extension of time until January 26, 2001, to respond to Defendant THOMAS NAROG's outstanding pretrial motions.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _____
    LAURENCE M. BARDFELD
    Assistant U.S. Attorney
    500 East Froward Blvd., #700
    Ft. Lauderdale, Florida  33394
    (954) 356-7255, Fax: 356-7228
    Fla. Bar No. 712450

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this 18th day of January, 2001, to: Fred Haddad, One Financial Plaza, Suite 2614, Fort Lauderdale, FL 33394.

LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY