UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
THOMAS NAROG                )
                            )
_____)

ORDER

THIS CAUSE having come before the Court on the United States' Motion for Extension of Time to File Responses to Defendant's Pretrial Motions and the Court being duly advised in the premises,

IT IS HEREBY ORDERED and ADJUDGED the Motion for Extension of Time is GRANTED. The United States shall have until January 26, 2001, to respond to Defendant THOMAS NAROG's outstanding motions.

DONE AND ORDERED this _22_ day of January, 2001.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

cc: Larry Bardfeld, AUSA
    Fred Haddad, Esquire

