UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

**NIGHT BOX FILED**
**JAN 22 2001**
CLERK, USDC / SDFL / WPB

## AGREED MOTION FOR FIFTEEN DAY EXTENSION OF TIME TO FILE ADDITIONAL MOTIONS

COMES NOW the Defendant aforesaid by the counsel undersigned and makes this Agreed Motion for Fifteen Day Extension of Time to File Additional Motions and as grounds would state the following:

1. Several Motions have been filed with this Court in this matter.

2. The undersigned has just received from the Government additional Affidavits and Applications for Search Warrants.

3. The undersigned was awaiting the above in order to complete a Motion to Quash Search Warrants and Suppress Evidence.

4. Larry Bardfeld, Assistant United States Attonrey, has no objection to the granting of this Motion.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the parties listed below, this 19 day of January, 2001.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By:_____
FRED HADDAD
Florida Bar No. 180891

## SERVICE LIST

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Basiello, Esq.
33 N. Dearborn Street
Chicago, IL 60602

Leonard Penn, Esq.
DeFabio and Penn, P.A.
2121 Ponce de Leon Blvd, Suite 430
Coral Gables, Florida 33134

Glenn Seiden, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Mark NeJame, Esq.
1 South Orange Avenue, Suite 304
Orlando, Florida 32801

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
1 Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802