UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

THOMAS L. NAROG,
GHANDI JABER,
AHMAD ALMASRI,
NADIA ALMASRI,
SABER ABDELMUTI,
NABIL AQUIL,
NIZAR FNEICHE,
RABAH EL HADDAD,
MOHAMMED SAMHAN,
    Defendants.
_____/

FILED by _____ D.C.
JAN 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER SETTING STATUS CONFERENCE

**THIS MATTER** come before the court *sua sponte*. The above cited case having been set for trial on the March 2001 trial calendar, it is

**ORDERED** and **ADJUDGED** that:

1. Counsel representing the parties shall attend a status conference on **Thursday, February 1, 2001, at 8:40 a.m.** at the U.S. Courthouse, Courtroom 5, West Palm Beach, FL.

2. If arrangements are made at least 48 hours in advance with the Courtroom Deputy (561/803-3452), out-of-town counsel may attend the status conference by general conference call.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this __22nd__ day of January, 2001.

                                        Daniel T. K. Hurley
**copy furnished:**                        United States District Judge
AUSA Laurence M. Bardfeld
Fred Haddad, Esq.

Glenn Seiden, Esq.
Jack Goldgerger, Esq.
Mark E. NeJame, Esq.
Theodore W. Weeks, IV, Esq.
Charles White, Esq.
Bruce A. Goodman, Esq.
Timothy Biasiello, Esq.
Howard M. Srebnick, Esq.
Randee Golder, Esq.
Leonard P. Fenn, Esq.

For updated court information, visit unofficial Web site
at http://sites.netscape.net/usctssodfla/homepage