UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant,
_____/

### ORDER

THIS CAUSE having come before the Court on the Defendant's **AGREED MOTION FOR FIFTEEN DAY EXTENSION OF TIME TO FILE ADDITIONAL MOTIONS**, and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted.

DONE AND ORDERED in West Palm Beach, Florida, this ___ day of January, 2001.

                                    Magistrate/District Judge

CC:    Fred Haddad, Esq.
        Larry Bardfeld, AUSA