**NIGHT BOX FILED**

**JAN 26 2001**

CLERK, USDC / SDFL / WPB



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA       )
                               )
v.                             )
                               )
THOMAS NAROG                   )
                               )
_____)

<u>UNITED STATES' RESPONSE TO
MOTION FOR BILL OF PARTICULARS</u>

The United States of America, by and through undersigned counsel, hereby files this response to Defendant, THOMAS NAROG's Motion for Bill of Particulars and Discovery Regarding Electronic Surveillance. Defendant seeks information and documentation relating to possible interception of conversations pursuant to Title 50, United States Code, Section 1801. No such intercepts exist and therefore, Defendant's request should be denied.

Defendant seeks certain interceptions made pursuant to Title 50, United States Code, Section 1801 - the Foreign Intelligence Surveillance Act (FISA). Defendant seeks Discovery Relating to Electronic Surveillance Procedures, and Discovery of Evidence or Material Obtained or Derived from Electronic Surveillance. Defendant correctly indicates that numerous foreign nationals are

involved in this conspiracy. However, no such electronic surveillance has been conducted. The only interceptions that have been made are the audiotapes and videotapes which have been provided to defense counsel.

WHEREFORE Defendant's Motion for Bill of Particulars and Discovery Regarding Electronic Surveillance should be denied because no such intercepts exist.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
Assistant U.S. Attorney
500 East Froward Blvd., #700
Ft. Lauderdale, Florida 33394
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 712450

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this 26th day of January, 2001, to: Fred Haddad, One Financial Plaza, Suite 2614, Fort Lauderdale, FL 33394.

LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY