NIGHT BOX
FILED

JAN 26 2001

CLERK, USDC / SDFL / WPB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA )
)
v. )
)
THOMAS NAROG )
)
_____ )

### UNITED STATES' RESPONSE TO MOTION FOR RULE 104(c) HEARING

The United States of America, by and through undersigned counsel, hereby files this response to Defendant, THOMAS NAROG's Motion Rule 104(c) Hearing Regarding Rule 404(b) Evidence. Defendant's Motion should be denied because there is no 404(b) evidence that the United States intends to introduce at this time. All of the evidence that will be presented at trial will be relevant to the conspiracy or the substantive charges against the defendants.

If the United States intends to introduce Rule 404(b) evidence at trial, the United States will file a Bill of Particulars or Supplemental Discovery Response setting forth the evidence it will seek to introduce.

WHEREFORE Defendant's Motion for Rule 104(c) Hearing Regarding Rule 404(b) Evidence should be denied as moot.

>Respectfully submitted,
>
>GUY A. LEWIS
>UNITED STATES ATTORNEY
>
>By: _____
>LAURENCE M. BARDFELD
>Assistant U.S. Attorney
>500 East Froward Blvd., #700
>Ft. Lauderdale, Florida  33394
>(954) 356-7255, Fax: 356-7228
>Fla. Bar No. 712450

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this 26th day of January, 2001, to: Fred Haddad, One Financial Plaza, Suite 2614, Fort Lauderdale, FL 33394.

LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY