UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY / *Vitunac*

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant,
_____/

## ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION FOR RULE 104(c) HEARING REGARDING RULE 404(b) EVIDENCE WITH MEMORANDUM OF LAW**, and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby ~~Granted.~~ *Denied.* *[handwritten: Govt asserts there is no known 404(b) evidence.]*

DONE AND ORDERED in West Palm Beach, Florida, this __4__ day of ~~December, 2000~~ *Jan 2001*.

_____
Magistrate/District Judge

CC:  Fred Haddad, Esq.
      Larry Bardfeld, AUSA
      All Parties