UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant,
_____/

## ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION TO ADOPT DEFENDANT MOHAMMED SAMHAN'S MOTION TO PRODUCE SPECIFIC BRADY EVIDENCE,** and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted.

DONE AND ORDERED in West Palm Beach, Florida, this ___ day of December, 2000.

                                                  Magistrate/District Judge

CC:    Fred Haddad, Esq.
          Larry Bardfeld, AUSA
          All Parties

