==========================================================================

# UNITED STATES DISTRICT COURT

__SOUTHERN__   DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA
    Plaintiff,

VS.

THOMAS NAROG   (B)
    (Deft. required)
    Defendant.

**NOTICE**

CASE NUMBER: 00-6211-CR-HURLEY/VITUNAC

---

TYPE OF CASE:

( ) **CIVIL**    (XX) **CRIMINAL**

---

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| PLACE:<br>UNITED STATES COURTHOUSE<br>701 CLEMATIS STREET<br>WEST PALM BEACH, FL. 33401 | ROOM NO.:<br>__COURTROOM #3    (4TH FLOOR)__<br>DATE AND TIME:<br>THURSDAY, 3-01-01 @ 10:00 AM |

TYPE OF PROCEEDING:

MOTION TO SUPPRESS STATEMENTS

---

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

---

                       ANN E. VITUNAC
                       U.S. MAGISTRATE JUDGE

FEBRUARY 8, 2001
DATE

                     (BY) DEPUTY CLERK

TO:  FRED HADDAD, ESQUIRE
     UNITED STATES ATTORNEY (LAURENCE BARDFELD)
     UNITED STATES MARSHAL
     UNITED STATES PRETRIAL SERVICE
     TIMOTHY BASIELLO, ESQUIRE
     GLENN SEIDEN, ESQUIRE

USA VS. THOMAS NAROG
CASE#00-6211-CR-HURLEY/VITUNAC

    RICHARD HAMAR, ESQUIRE
    MARK NEJAME, ESQUIRE
    JOHN HOWES, ESQUIRE
    CHARLES WHITE, ESQUIRE
    THEODORE WEEKS, ESQUIRE
    PAUL GOODMAN, ESQUIRE
    RANDEE GOLDER, ESQUIRE