# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 03/01/2001     TIME: 10:00 AM

DEFT. THOMAS NAROG (B)                CASE NO. 00-6211-CR-HURLEY/VITUNAC

AUSA. LAURENCE BARDFELD              ATTY. FRED HADDAD (RETAINED)

AGENT. DEA                          VIOL. 21:841(a)(1),846

PROCEEDING MOTION TO SUPPRESS STATEMENTS BOND. $100,000 CSB & $250,000 PSB

DISPOSITION Motion To Suppress held

Deft present with counsel

Parties present opening arguments

Rule Invoked

Witness: Steven Randerson - Supv. S/A DEA - sworn/test

Witness: Michael Baker - S/A DEA - sworn/test

Witness: Thomas Narog - Deft - sworn/test

Defense present closing arguments

R&R to follow

DATE: 3-1-01                TAPE: ABV 01-15-1

Court Reporter - Kim Mesrin - Swing Court Reporter