UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

THOMAS L. NAROG,

      Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on __MARCH 14,__ 2001, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**    Address:_____ON BOND_____

                         _____

                         Telephone no.:_____

**DEFENSE COUNSEL:**    Name:_____FRED HADDAD_____

                         Address:___ONE FINANCIAL PLAZA, SUITE 2612_____

                                __FT. LAUDERDALE, FLORIDA 33394_____

                         Telephone no.:(954) 467-6767_____

BOND/SET///////////: $__100,000 CSB & $250,000 PSB_____

BOND/PTD hrg held: YES_____ NO___ BOND/PTD hrg set for_____

Dated this ___14___day of ____MARCH_____, 2001.

                         CLARENCE MADDOX, CLERK OF COURT

                         By:_____
                                  Deputy Clerk

c:    Courtroom Deputy, District Judge
      United States Attorney
      Defense Counsel
      United States Pretrial Service