# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 03/14/2001   TIME: 10:00 AM

DEFT. THOMAS L. NAROG ✓ (B)   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

AUSA. LAURENCE BARDFELD ✓   ATTY. FRED HADDAD (RETAINED) ✓

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING: ARRAIGNMENT ON SUPERSEDING INDICTMENT   BOND. $100,000 CSB & $250,000 PSB

DISPOSITION: Arraignment held. Deft present with counsel, waives formal reading of the S/indictment & pleads not guilty. Jury trial demanded. Standing Discovery Order requested.

Status Conf. 4-16-01 @ 9:30 am - Judge Vitunac

Parties present oral arguments as to motion to quash search warrants.

Leon hearing set for Monday 3-26-01 @ 10:00 am before Judge Vitunac.

Deft's curfew is extended for 1 hour.

DATE: 3-14-01   TAPE: AEV 01-16-3037
                                        AEV 01-17-1