UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

NIGHT BOX
FILED

MAR 1 5 2001

CLERK, USDC / SDFL / WPB

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

### NOTICE OF CONFLICT

COMES NOW undersigned counsel for the Defendant hereby gives Notice that he will be unavailable and out of the State on a pre-scheduled vacation in Colorado from April 12, 2001 through April 22, 2001. Undersigned counsel would also give notice of a family vacation to Hawaii from July 26, 2001 through August 19, 2001. All plane reservations, hotel reservations and the like have long been made.

Notice is given way in advance so that any scheduling conflicts will be known.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the parties listed below, this 15 day of March, 2001.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: _____
    FRED HADDAD
    Florida Bar No. 180891

**SERVICE LIST**

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Biosello, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Mark NeJame, Esq.
One South Orange Avenue, Suite 304
Orlando, Florida 32801

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
One Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802

Paul Goodman, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Glenn Seiden, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Randee Golder, Esq.
P.O. Box 3756
Boynton Beach, Florida 33424-3756

Charles White, Esq.
2250 S.W. 3rd Avenue, Suite 150
Miami, Florida 33129