UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

NIGHT BOX
FILED

MAR 21 2001

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

CLERK, USDC / SDFL / WPB

THOMAS NAROG,
    Defendant.
_____/

## OBJECTIONS TO REPORT AND RECOMMENDATION

The Defendant, through counsel, gives Notice to the Court that he objects to the Report and Recommendation of the Honorable Ann Vitunac, Magistrate Judge, that recommend that this Court deny the Defendant's Motions to Suppress his statements. The Defendant objects and states:

1. The Defendant filed Motions attacking the validity of certain statements made to the police after his arrest.

2. The Court had a hearing on the Motions and set forth her findings, and her determination of credibility.

3. The Defendant was questioned, he asserts, after he invoked his right to counsel and before counsel arrived.

4. The Magistrate Judge, respectfully, erred in her analysis and findings.

5. The Defendant therefore objects to the Recommendation that the Motion to Suppress be denied.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the parties listed below, this 21 day of March, 2001.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By:_____
FRED HADDAD
Florida Bar No. 180891

## SERVICE LIST

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Biosello, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Mark NeJame, Esq.
One South Orange Avenue, Suite 304
Orlando, Florida 32801

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
One Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802

Paul Goodman, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Glenn Seiden, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Randee Golder, Esq.
P.O. Box 3756
Boynton Beach, Florida 33424-3756

Charles White, Esq.
2250 S.W. 3rd Avenue, Suite 150
Miami, Florida 33129