UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC

NIGHT BOX
FILED

MAR 23 2001

CLERK, USDC / SDFL / WPB

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

THOMAS NAROG,

       Defendant.
_____/

### GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and files this unopposed motion for a brief continuance of the suppression hearing currently scheduled before this Court on March 26, 2001, and in support thereof, states as follows:

1. A hearing on the defendant, Thomas Narog's motion to quash subpoena is presently scheduled for 10:00 a.m., on Monday, March 26, 2001;

2. The undersigned is scheduled to begin a jury trial in the case of *United States v. Jefferson Levine,* Case No. 00-6353-CR-DIMITROULEAS, on Monday, March 26, 2001 at 9:00 a.m. Trial is expected to last several days;

3. The Government respectfully requests that the suppression hearing currently scheduled for March 26, 2001 be continued until a date after March 29, 2001;



4. The undersigned has conferred with counsel for the defendant who has no objection to continuing the suppression hearing until after March 29, 2001; and

5. This motion is not being made for purposes of delay, but is being made only due to the unavailability of government counsel.

WHEREFORE, the government respectfully requests that this Court grant a brief continuance of the suppression hearing currently scheduled in this matter until sometime after March 29, 2001.

Respectfully submitted:

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 712450
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, Florida 33394
(TEL): (954) 356-7255, ext. 3510
(FAX): (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by fascimile and by United States mail this 23rd day of March, 2001, upon: Fred Haddad, Esquire, One Financial Plaza, Fort Lauderdale, Florida 33394.

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY