UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

　　Plaintiff,

v.

THOMAS L. NAROG, et. al.,

　　Defendants.
_____/



### ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DENYING DEFENDANT NAROG'S MOTION TO SUPPRESS

**THIS CAUSE** is before the court upon the Report and Recommendation rendered by United States Magistrate Judge Vitunac and defendant Thomas L. Narog's objections thereto. Pursuant to Fed. R. Civ. P. 72(b), "The district judge . . . shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule." The rule requires that objections be filed within ten days of service of the report and recommendation, and that the objecting party arrange for transcription of sufficient portions of the record. Fed. R. Civ. P. 72(b). The district judge may then "accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions." Id. Portions of the report and recommendation that are not specifically objected to are subject to the clear error standard. The identical requirements are set forth in 28 U.S.C. § 636(b)(1).



Upon *de novo* review of the portions of the report and recommendation objected to, as well as review of the relevant pleadings and objections, it is hereby

**ORDERED** and **ADJUDGED**:

1) The Report and Recommendation of the United States Magistrate Judge [DE # 289] is **ADOPTED** in its entirety and incorporated herein by reference.

2) Defendant Narog's motion to suppress and supplemental motion to suppress statements [DE # 231, 233] are **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 28th day of March, 2001.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:

United States Magistrate Judge Vitunac
Laurence Bardfeld, AUSA
Fred Haddad, Esq.