UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

THOMAS NAROG,

        Defendant.

_____/

## ORDER GRANTING GOVERNMENT'S
## UNOPPOSED MOTION FOR CONTINUANCE

THIS MATTER is before the Court upon the Government's unopposed motion for a brief

continuance of the suppression hearing currently scheduled before this Court on March 26, 2001,

and after due consideration, it is

**ORDERED AND ADJUDGED** that the Government's unopposed motion for

continuance is hereby **GRANTED**.  The hearing on the defendant, Thomas Narog's motion to

quash subpoena is hereby reset to _per Clerk_____ at _____ a.m./p.m.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this ___28___ day

of March, 2001.

_____
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies furnished:

Laurence M. Bardfeld, AUSA
Fred Haddad, Esquire