UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY/Vitunac (S)

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

## MOTION TO CONTINUE MOTION TO SUPPRESS HEARING

COMES NOW the Defendant, Thomas Narog, through counsel undersigned and makes this Motion to Continue Motion to Suppress Hearing and would state as follows:

1. This matter is currently scheduled for a continuation of the Motion to Suppress on Friday, March 30, 2001, in large part to discuss *Leon* issues.

2. That the undersigned secretary, at the time the above hearing was being scheduled, advised this Court of a potential conflict (*The Florida Bar v. Alexander Seigal*) on the same date and time.

3. That the undersigned had anticipated this conflict would resolve by agreement with the Bar, however, has since learned that it has not and therefore this Bar matter will begin trial on Friday, March 30, 2001 before Judge Lupo and continue throughout the day.

4. The undersigned apologizes to this Court and as indicated above the undersigned did not anticipate this matter to proceed and in fact has spent the last day and a half gathering witnesses and other exhibits.

5. The undersigned office could not reach Larry Bardfeld, Assistant United States Attorney, to obtain his position. The undersigned's office will notify this Court by telephone of Mr. Bardfeld's position by close of business day.

6.    The undersigned would advise, as the Court knows, this Court has appointed new counsel for two Co-Defendants; that further the matter of *U.S.A. v. Gar Hogan, et.al*, is proceeding to trial and this matter will probably not be tried before early May.

7.    The undersigned could be available Tuesday, Wednesday or Thursday of next week and the only conflict that cannot be resolved is a sentencing on Friday before Judge Dimitrouleas.

8.    The undersigned would just remind this Court that he will on a family vacation to Colorado from April 12, 2001 through April 22, 2001 as well as from July 26, 2001 through August 19, 2001 on a family vacation to Hawaii. All plane reservations, hotel reservations and the like have long been made.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Larry Bardfeld, Esq., Office of the U.S. Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394-3092, this 27 day of March, 2001.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: _____
FRED HADDAD
Florida Bar No. 180891