# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 04/03/2001   TIME: 9:00 AM

DEFT. THOMAS L. NAROG ✓(B)   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

AUSA. LAURENCE BARDFELD ✓   ATTY. FRED HADDAD (RETAINED) ✓

AGENT. JOSEPH Collins ✓ / DEA   VIOL. 21:841(a)(1), 846

PROCEEDING LEON HEARING   BOND. $100,000 CSB & $250,000 PSB

DISPOSITION Leon hearing held
Deft present with counsel
Witness: Joseph Collins - S/A DEA - sworn/test
Defense present arguments
Court present arguments.
R&R to follow

DATE: 4-3-01   TAPE: AEV 01-23-1
Court Reporter - Paul Hafelling