UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

### ORDER

THIS CAUSE having come before the Court on the Defendant's **ORE TENUS MOTION TO REMOVE MONITOR,** and the Court having been duly advised that neither the Government nor Pretrial had objections, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted and the Defendant's monitor shall hereby be removed.

DONE AND ORDERED in Fort Lauderdale, Florida, this 10 day of April, 2001.

_____
Magistrate/District Judge

CC:    Fred Haddad, Esq.
        Larry Bardfeld, Esq.
        U.S. Pretrial