UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

## MOTION TO ADOPT ALL MOTIONS FILED TO ORIGINAL INDICTMENT

COMES NOW the Defendant, aforesaid by the counsel undersigned, and makes this Motion to Adopt All Motions Filed to Original Indictment and the Defendant would state as follows:

1. The Defendant filed numerous Motions addressing the original Indictment and the charges raised thereunder.

2. That a Superseding Indictment was returned and Motions are due to address this new Indictment by 11 April, 2001.

3. That upon review of the Indictment and the Motions filed heretofore, the undersigned would adopt all Motions heretofore filed and address them to the new Indictment.

4. Assistant United States Attorney Larry Bardfeld has indicated that he has no objection to the granting of this Motion.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the parties listed below, this 10th day of April, 2001.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By:_____
FRED HADDAD
Florida Bar No. 180891

**SERVICE LIST**

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Biosello, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks. Esq.
One Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802

Paul Goodman, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Glenn Seiden, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Randee Golder, Esq.
P.O. Box 3756
Boynton Beach, Florida 33424-3756

Charles White, Esq.
2250 S.W. 3rd Avenue, Suite 150
Miami, Florida 33129

Richard Docobo, Esq.
1571 N.W. 13th Court
Miami, Florida 33125

F. Wesley Blankner, Esq.
217 N.E. Ivanhoe Blv.d
Orlando, Florida 32804-6443