UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/



## ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION TO ADOPT ALL MOTIONS FILED TO ORIGINAL INDICTMENT,** and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted.

DONE AND ORDERED in West Palm Beach, Florida, this 16 day of April, 2001.

_____
Magistrate/District Judge

CC:   All Counsel



## SERVICE LIST

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Biosello, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
One Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802

Paul Goodman, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Glenn Seiden, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Randee Golder, Esq.
P.O. Box 3756
Boynton Beach, Florida 33424-3756

Charles White, Esq.
2250 S.W. 3rd Avenue, Suite 150
Miami, Florida 33129

Richard Docobo, Esq.
1571 N.W. 13th Court
Miami, Florida 33125

## SERVICE LIST

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Biosello, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
One Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802

Paul Goodman, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Glenn Seiden, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Randee Golder, Esq.
P.O. Box 3756
Boynton Beach, Florida 33424-3756

Charles White, Esq.
2250 S.W. 3rd Avenue, Suite 150
Miami, Florida 33129

Richard Docobo, Esq.
1571 N.W. 13th Court
Miami, Florida 33125

F. Wesley Blankner, Esq.
217 N.E. Ivanhoe Blv.d
Orlando, Florida 32804-6443