# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 04/16/2001   TIME: 9:30 AM

DEFT. THOMAS L. NAROG (B)
(Deft. not required)
AUSA. *James Hopkins* / LAURENCE BARDFELD

CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)
ATTY. *John Howes for* FRED HADDAD (RETAINED)

AGENT. DEA
VIOL. 21:841(a)(1), 846

PROCEEDING  STATUS/DISCOVERY CONF.
BOND. $100,000 CSB & $250,000 PSB

DISPOSITION  Status/Discovery held
Parties present
Discovery out
1 month for Trial
expert testimony available this Wednesday

DATE: 4-16-01
TAPE: AEV 01-24-1