UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.,
_____/



## OBJECTIONS TO REPORT AND RECOMMENDATION
## ON MOTION TO QUASH SEARCH WARRANTS AND SUPPRESS EVIDENCE

COMES NOW Thomas L. Narog, by the undersigned counsel and gives Notice of his Objections to the Report and Recommendation of Magistrate Judge Vitunac, received by the undersigned's office on 16 April and states:

1.    The Magistrate Judge, Honorable Ann E. Vitunac, on page 7 of her Report and Recommendation finds, as to the warrant authorizing the search of the Defendant's residence and other related matters, that "...the warrant must fail for lack of probable cause unless it is saved by the 'good faith exception' found in *United States v. Leon*, 468 U.S. 897 (1984)".

Magistrate Judge Vitunac then continued to author several pages of reasons why the "*Leon*" exception saved this matter.

The Defendant respectfully objects to that, particularly since this is a search of a residence.

The Defendant submits that under a careful reading of the exceptions "*Leon*" created, the instant affidavit is so facially and factually defective that no one could objectively find or believe a warrant containing probable cause issued, the undersigned's great respect for Magistrate Judge Seltzer notwithstanding therefore, the Defendant, having filed objections, asks the Court to reject the Report and grant suppression of all evidence so sought.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the parties listed

below, this 23rd day of April, 2001.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By:_____
FRED HADDAD
Florida Bar No. 180891

**SERVICE LIST**

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Biosello, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
One Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802

Paul Goodman, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Glenn Seiden, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Randee Golder, Esq.
P.O. Box 3756
Boynton Beach, Florida 33424-3756

Charles White, Esq.
2250 S.W. 3rd Avenue, Suite 150
Miami, Florida 33129

Richard Docobo, Esq.
1571 N.W. 13th Court
Miami, Florida 33125

F. Wesley Blankner, Esq.
217 N.E. Ivanhoe Blv.d
Orlando, Florida 32804-6443