UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA

Plaintiff,

vs.

THOMAS L. NAROG, et al.,

Defendants.
_____/

FILED by _____ D.C.
MAY 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · W.P.B.

## ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report and Recommendation of a United States Magistrate Judge as to Defendant's Motion to Quash Search Warrants and Suppress Evidence and Statements that Resulted [DE 261]. Upon *de novo* review of the Report and Recommendation and in accordance with 28 U.S.C. §636(B)(1)(c), it is

**ORDERED and ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation [DE 359] is **ADOPTED**.

2. Defendant's Motion to Quash Search Warrants and Suppress Evidence and Statements that Resulted [DE 261] is **DENIED**.

**DATED** and **SIGNED** in Chambers at West Palm Beach, this 14th day of May, 2001.

Daniel T. K. Hurley
United States District Judge

Copies to:
AUSA - Laurence Bardfeld
Fred Haddad, Esq.