UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

## ANTICIPATORY MOTION TO CONTINUE

COMES NOW the undersigned counsel for Thomas Narog, and would state:

1. The instant matter is following, for trial, *United States v. Hogan*, which is presently before the Court.

2. While counsel for the Government and the Defendants in the instant matter have been monitoring the progress thereof, there is no finite date of verdict.

3. The case was, of course, expected to go to verdict in May, the undersigned is now hearing that it may extend into July.

4. That on 15 March, 2001, the undersigned, respectfully, gave Notice to the Court and the Government that he had prepaid plans to be outside the Continental United States on vacation with his entire family. This would be the first time since the death of several family members that the undersigned will be able to have his children and himself together on vacation.

5. The undersigned will be away 26 July through 19 August and the case cannot be completed within that time if the trial were to begin after mid June.

6. The instant Defendant, as well as the Government, have out of State witnesses that need to be subpoenaed or writted in and this is difficult under the present circumstance.

7. The co-counsel for the Government, Mr. O'Malley, has prepaid vacation plans from 13 July to 27 July, 2001 and both he and Mr. Bardfeld indicate that they have no objections to the granting of this Motion.

WHEREFORE the Defendant request this motion be granted.



I HEREBY CERTIFY that a copy of the foregoing has been furnished to the parties listed below, this ___ day of May, 2001.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: _____
FRED HADDAD
Florida Bar No. 180891

## SERVICE LIST

Larry Bardfeld, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Biosello, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Mark NeJame, Esq.
One South Orange Avenue, Suite 304
Orlando, Florida 32801

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
One Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802

Paul Goodman, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Glenn Seiden, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Randee Golder, Esq.
P.O. Box 3756
Boynton Beach, Florida 33424-3756

Charles White, Esq.
2250 S.W. 3rd Avenue, Suite 150
Miami, Florida 33129

Case 0:00-cr-06211-DTKH    Document 387    Entered on FLSD Docket 05/31/2001    Page 3 of 3