NIGHT BOX
FILED

MAY 31 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLERK, USDC / SDFL / WPB

CASE NO. 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA
v.

INMATE NO: 24208-018

~~KHALED AL-HABABIH~~,
*Thomas Narog*.
_____/

PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by its United States Attorney, shows to the Court:

1. The above entitled defendant in the above entitled case is a material witness in a trial set for Monday, June 11, 2001, at 9:00 a.m., at 701 Clematis Street, West Palm Beach, Florida.

2. KHALED AL-HABABIH, a defendant in said case, is now confined in the Lake County Jail, 551 West Main Street, Tavares, Florida 32778.

3. It is necessary to have said witness before this Court for the purpose of trial.

**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus Ad testificandum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said KHALED AL-HABABIH and

have subject before this Court at the time and place above specified, then and there for trial; and also directing the said Warden to deliver the said KHALED AL-HABABIH into the custody of any United States Marshal for the aforesaid purpose.

GUY A. LEWIS
UNITED STATES ATTORNEY

5/31/0⌀
Date

By: _____
LAURENCE M. BARDFELD
Assistant U.S. Attorney
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33301
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 712450