UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA

v.

*Naroq, et al.*
~~KHALED AL-HABABIH~~

INMATE NO: 24208-018

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:  ANY UNITED STATES MARSHAL, and
WARDEN, of the Lake County Jail, Tavares, Florida

It appearing from the petition of the United States of America that KHALED AL-HABABIH, a defendant in the above entitled case, is confined in the Lake County Jail, 551 West Main Street, Tavares, Florida 32778, and that said case is set to be a material witness in a trial at 701 Clematis Street, West Palm Beach, Florida on Monday, June 11, 2001, and that it is necessary for the said defendant to be before this Court for the said proceeding, and future proceedings;

**NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said KHALED AL-HABABIH, now in custody as aforesaid, under safe and secure conduct, before this Court at 701 Clematis Street, West Palm Beach, Florida by or before 9:30 a.m., on Monday, June 11, 2001, for a material witness in a trial on the criminal charges pending



against defendants in this cause and future proceedings, and upon completion of said proceedings that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Lake County Jail at Tavares, Florida to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said KHALED AL-HABABIH for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at West Palm Beach, FL, this ___4___ day of June, 2001.

> ANN E. VITUNAC
> UNITED STATES MAGISTRATE JUDGE

cc:   U.S. Attorney (Bardfeld)
      U.S. Marshal (3 certified copies)
      Chief Probation Officer