UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
　　　Plaintiff,

v.

THOMAS L. NAROG,
GHANDI JABER,
AHMAD ALMASRI,
NADIA ALMASRI,
RAED NASER ALDIN,
NABIL AQUIL,
NIZAR FNEICHE,
RABAH EL HADDAD,
ZUHAIR MAHUMUD RABEI,
MOHAMMED SAMHAN,
　　　Defendants.
-----------------------------------------/



FILED by _____ D.C.
AUG 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**ORDER SETTING STATUS CONFERENCE**

　　　THIS MATTER come before the court *sua sponte*. It is

　　　ORDERED and ADJUDGED that:

　　　1. Counsel representing the parties shall attend a status conference on **Monday, August 20, 2001, at 8:40 a.m.** at the U.S. Courthouse, Courtroom 5, West Palm Beach, FL.

　　　2. If arrangements are made at least 48 hours in advance with the Courtroom Deputy (561/803-3452), out-of-town counsel may attend the status conference by general conference call.

　　　DONE and SIGNED in Chambers at West Palm Beach, Florida this ___11th___ day of August, 2001.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Daniel T. K. Hurley
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge



**copy furnished:**
AUSA Laurence M. Bardfeld
Fred Haddad, Esq.
Glenn Seiden, Esq.
Jack Goldberger, Esq.
Francis W. Blankner, Sr., Esq.
Richard Docobo, Esq.
Charles White, Esq.
Paul Goodman, Esq.
Timothy Biasiello, Esq.
John R. Howes, Esq.
Randee J. Golder, Esq.
Maria R. Hamar, Esq.

For updated court information, visit unofficial Web site
at http://sites.netscape.net/usctssodfla/homepage