UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

NIGHT BOX FILED

SEP 04 2001

CLERK, USDC / SDFL / WPB

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, Thomas Narog, by the undersigned counsel and makes this Motion for Permission to Travel and as grounds would state:

1.    The Defendant is released on bail and has at all times complied with all condition of his release.

2.    The Defendant wishes to travel from September 13, 2001 through September 18, 2001 to Youngstown Ohio to visit his sister then drive to Fairmont, West Virginia to visit his other sister. The Defendant will be traveling on U.S. Air and if approved by this Court, will provide the flight itinerary immediately upon being approved.

3.    The Defendant will be staying at the Red Roof Inn [304-366-6800] and, if required, would report by phone with Pretrial Services.

4.    Darwin Crenshaw of Pre-Trial Services has indicated that he has no objection to the Defendant's travel plans. Mr. Larry Bardfeld, Assistant United States Attorney, has indicated that the Government will take no position.

WHEREFORE the Defendant requests this Motion be granted.



I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Larry Bardfeld, Jr. Esq., Office of the U.S. Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394-3092 and Darwin Crenshaw, Pre-Trial Services, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301, this 4 day of September, 2001.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel: (954) 467-6767

By: _____
FRED HADDAD
Florida Bar Number 180891