UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

## ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION FOR PERMISSION TO TRAVEL,** and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted.

_____

_____

DONE AND ORDERED in West Palm Beach, Florida, this 6 day of September, 2001.

                                                _____
                                                Magistrate/District Judge

cc:    Fred Haddad, Esq.
        Larry Bardfeld, Esq., Office of the United States Attorney
        Darwin Crenshaw, Pretrial Services

