UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA

    Plaintiff,

VS.

| | |
|---|---|
| THOMAS L. NAROG | (B) |
| GHANDI JABER | (B) |
| AHMAD ALMASRI | (B) |
| NADIA ALMASRI | (B) |
| RAED NASER ALDIN | (J) |
| NABIL AQUIL | (B) |
| NIZAR FNEICHE | (B) |
| RABAH EL HADDAD | (B) |
| MOHAMMED SAMHAN | (B) |

    Defts'. required)
(Arabic Interp. Ord'd)
    Defendants.

## NOTICE OF HEARING

TYPE OF CASE:

( ) **CIVIL**  (XX) **CRIMINAL**

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

PLACE:
UNITED STATES COURTHOUSE
701 CLEMATIS STREET
WEST PALM BEACH, FL. 33401

ROOM NO.:
    COURTROOM #3   (4TH FLOOR)
DATE AND TIME:
**THURSDAY, 9-13-01 @ 11:00 AM**

TYPE OF PROCEEDING:
**STATUS CONFERENCE**

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

PLACE:   DATE/TIME PREVIOUSLY SCHEDULED:   CONTINUED TO, DATE AND TIME:

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

(BY) DEPUTY CLERK

DATE: SEPTEMBER 7, 2001

USA VS. THOMAS L. NAROG, et al
00-6211-CR-HURLEY/VITUNAC (s)


TO: FRED HADDAD, ESQUIRE
    JACK GOLDBERGER, ESQUIRE
    FRANCIS W. BLANKNER, SR., ESQUIRE
    RICHARD DOCOBO, ESQUIRE
    CHARLES WHITE, ESQUIRE
    PAUL GOODMAN, ESQUIRE
    TIMOTHY BIASIELLO, ESQUIRE
    JOHN HOWES, ESQUIRE
    RICHARD HAMAR, ESQUIRE
    UNITED STATES ATTORNEY (THOMAS O'MALLEY)
    UNITED STATES MARSHAL
    UNITED STATES PRETRIAL SERVICE