# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 09/13/2001   TIME: 11:00 AM ~~9:30 AM~~

DEFT. THOMAS L. NAROG ✓ (B)          CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

AUSA. THOMAS O'MALLEY ✓              ATTY. FRED HADDAD (RETAINED) ✓

AGENT. DEA                           VIOL. 21:841(a)(1), 846

PROCEEDING STATUS CONFERENCE         BOND. $100,000 CSB & $250,000 PSB

DISPOSITION Status held
Deft present with counsel
Defense ready for Trial
No pending motions
Jury trial set for 10/9/01

DATE: 9-13-01                        TAPE: AEV 01-68-240