UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED

CASE NO. 00-6211CR-HURLEY

SEP 25 2001

UNITED STATES OF AMERICA,
    Plaintiff,

CLERK, USDC / SDFL / WPB

vs.

THOMAS NAROG,
    Defendant.
_____/

## MOTION TO CONTINUE DUE TO EXCEPTIONAL CIRCUMSTANCES

COMES NOW the Defendant aforesaid, by the undersigned counsel and makes Motion to Continue the trial of this mater presently set for 9 October, due to exceptional circumstances, that is the disaster of 11 September and the aftermath particularly due to the ethnic origins of the terrorists [middle eastern/Saudi Arabian] and would state:

First: The Defendant, Thomas Narog, is charged in a superseding Indictment, alleging, inter alia, conspiracy, that names twelve (12) Co-Defendants.

The Co-Defendants are:

1. Thomas L. Narog
2. Ghandi Jaber
3. Ahmad Almasri
4. Nadia Almasri
5. Saber Abdelmuti
6. Raed Naser Aldin
7. Nabil Aquil
8. Nizar Fneiche
9. Motlaq Jaber
10. Terek Zaki Abu-Lawi
11. Rabah El Haddad
12. Zuhair Mahumud Rabei
13. Mohammed Samhan

Third: The Co-Defendants are, each and every one, middle eastern of some type of Arabic

extraction, other than one who may be Lebanese, which is still perceived as Arabic. By the names they appear to be Muslims also. The Defendant Narog is alleged to be a co-conspirator/boss/partner in this multimillion pill/precursor case.

<u>Fourth:</u> That due to the terrorist attack on the World Trade Centers, there has been an incredible backlash of anti-Arab/middle east sentiment in this Country that is such that the news accounts are filled with reprisals/civil rights violations and polls evidencing the national dislike and distrust at least at this time.

<u>Fifth:</u> That at first [13 September hearing before Judge Vitunac] the undersigned thought Mr. Narog, who is not middle eastern, would not be affected; however in the twelve days since the Defendant has expressed great concern as to his ability to receive a fair trial, particularly in light of the speculation of germ warfare/crop duster airplanes in Palm Beach County being sought by various terrorists. The undersigned now concurs in that assessment due to the Defendant's alleged involvement with the co-conspirators.

<u>Sixth:</u> That due to the severity of the case, and the alleged enormity of the pills involved the current atmosphere of the geographic area is such that the Defendant would suggest a continuance is not only reasonable but absolutely necessary.

<u>Seventh:</u> Considering the length of the instant trial, and impending war with certain Muslim supported countries, there will have to be an impact on any jury seated to hear this case were further casualties to occur.

<u>Eighth:</u> The undersigned is quite familiar with the Court's intensive voir dire in criminal matters, and indeed, from <u>United States v. Conte</u>, the Court's ability to treat sensitive matters such as dress and appearance, however the undersigned, based on prior experience feels that in this matter the nature of the crime charged, the nationality of the Co-Defendants and the horrific

nature of the attacks compels the granting of a continuance.

<u>Ninth:</u>    The undersigned has spoken with Assistant United States Attorney Thomas O'Malley and he indicates he takes no position in this Motion .

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the parties listed below, this ___ day of September, 2001.

          HADDAD & HESTER, P.A.
          One Financial Plaza, Suite 2612
          Fort Lauderdale, Florida 33394
          [954] 467-6767

By:_____
      FRED HADDAD
      Florida Bar No. 180891

## SERVICE LIST

Thomas O'Malley, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Biosello, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
One Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802

Paul Goodman, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Glenn Seiden, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Randee Golder, Esq.
P.O. Box 3756
Boynton Beach, Florida 33424-3756

Charles White, Esq.
2900 Bridgeport Avenue, Suite 401
Coconut Grove, Florida 33133-3606

Richard Docobo, Esq.
1571 N.W. 13th Court
Miami, Florida 33125

F. Wesley Blankner, Esq.
217 N.E. Ivanhoe Blv.d
Orlando, Florida 32804-6443