UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

NIGHT BOX
FILED

OCT 1 0 2001

CLERK, USDC / SDFL / WPB

### MOTION FOR PERMISSION TO TRAVEL

    COMES NOW the Defendant, Thomas Narog, by the undersigned counsel and makes this Motion for Permission to Travel and as grounds would state:

    1.    The Defendant is released on bail and has at all times complied with all condition of his release.

    2.    The Defendant wishes to travel from October 17, 2001 through October 23, 2001 to Youngstown Ohio to visit his sister then drive to Fairmont, West Virginia to visit his other sister. The Defendant will be traveling on U.S. Air and if approved by this Court, will provide the flight itinerary immediately upon being approved.

    3.    The Defendant will be staying at the Red Roof Inn [304-366-6800] and, if required, would report by phone with Pretrial Services.

    4.    The Defendant previously received permission from the Court for the same travel plan on September 13, 2001, however due to the National tragedy of September 11, 2001 those plans were canceled and the above is just a rescheduling of same.



5.    David Newby of Pre-Trial Services has indicated that he has no objection to the Defendant's travel plans.  Mr. Thomas O'Malley, Assistant United States Attorney, has indicated that the Government will take no position.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY  that a true and correct copy of the foregoing has been furnished to Thomas O'Malley, Esq, Office of the U.S. Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394-3092 and David Newby, Pre-Trial Services, 299 E. Broward Blvd., Fort Lauderdale,  Florida  33301, this ___ day of October, 2001.

> HADDAD & HESTER, P.A.
> One Financial Plaza, Suite 2612
> Fort Lauderdale, Florida 33394
> Tel: (954) 467-6767
>
> By:_____
>      FRED HADDAD
>      Florida Bar Number 180891