UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6211CR-HURLEY

UNITED STATES OF AMERICA,
     Plaintiff,

vs.

THOMAS NAROG,
     Defendant.
_____/

FILED by _____ D.C.

OCT 18 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION FOR PERMISSION TO TRAVEL,** and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted and the Defendant hereby has permission to travel to West Virginia from October 17, 2001 through October 23, 2001.

_____

_____

DONE AND ORDERED in West Palm Beach, Florida, this _17_ day of October, 2001.

Daniel T. K. Hurley
Magistrate/District Judge

cc:  ~~all counsel~~
    FRED HADDAD Esq.
    THOMAS J'MALLEY Esq.

451