UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/



## NOTICE OF CONFLICT

COMES NOW undersigned counsel for the Defendant hereby gives Notice that he will be unavailable and out of the State on a pre-scheduled family vacation to Aspen, Colorado from March 29, 2001 through April 8, 2001.

Notice is given nearly six (6) months early so that any scheduling conflicts will be known.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the parties listed below, this 16 day of October, 2001.

        HADDAD & HESTER, P.A.
        One Financial Plaza, Suite 2612
        Fort Lauderdale, Florida 33394
        [954] 467-6767

By: _____
        FRED HADDAD
        Florida Bar No. 180891

## SERVICE LIST

Thomas O'Malley, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Biosello, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Theodore Weeks, Esq.
One Lake Morton Drive
P.O. Box 3
Lakeland, Florida 33802

Paul Goodman, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Glenn Seiden, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Randee Golder, Esq.
P.O. Box 3756
Boynton Beach, Florida 33424-3756

Charles White, Esq.
2900 Bridgeport Avenue, Suite 401
Coconut Grove, Florida 33133-3606

Richard Docobo, Esq.
1571 N.W. 13th Court
Miami, Florida 33125

F. Wesley Blankner, Esq.
217 N.E. Ivanhoe Blv.d
Orlando, Florida 32804-6443