UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

NIGHT BOX
FILED

N 0 6 2001

CLERK, USDC / SDFL / WPB

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, Thomas Narog, by the undersigned counsel and makes this Motion for Permission to Travel and as grounds would state:

1. The Defendant is released on bail and has at all times complied with all conditions of his release.

2. The Defendant wishes to travel to Melbourne for the Thanksgiving holidays to be with his family. The Defendant wishes to leave on November 22, 2001 and return to Fort Lauderdale on November 24, 2001. The Defendant, at one point during that time, wishes to travel to University of Central Florida to visit his nephew.

3. The Defendant, if required by this Court, would report by phone with Pretrial Services.

4. David Newby of Pre-Trial Services has indicated that he has no objection to the Defendant's travel plans. Mr. Thomas O'Malley, Assistant United States Attorney, is currently on vacation until Monday, November 12, 2001; however, in a previous motion he indicated that the Government took no position.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Thomas O'Malley, Esq, Office of the U.S. Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394-3092 and David Newby, Pre-Trial Services, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301, this ____ day of November, 2001.

                HADDAD & HESTER, P.A.
                One Financial Plaza, Suite 2612
                Fort Lauderdale, Florida 33394
                Tel: (954) 467-6767

By: _____
      FRED HADDAD
      Florida Bar Number 180891