UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
 Plaintiff,

vs.

THOMAS NAROG,
 Defendant.
_____/



### ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION FOR PERMISSION TO TRAVEL,** and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted and the Defendant is hereby permitted to travel to Melbourne and University of Central Florida to visit family from November 22, 2001 through November 24, 2001.

DONE AND ORDERED in West Palm Beach, Florida, this ___ day of November, 2001.

_____
Magistrate/District Judge

cc:  Fred Haddad, Esq.
     Thomas O'Malley, Esq.
     David Newby, Pretrial Services