UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW the Defendant, Thomas Narog, by and through his undersigned counsel and files this Petition for Writ of Habeas Corpus Ad Testificandum and would state as follows:

1. That **WILLIAM VISSAGGI, Reg. No. 83104-054** is presently in the custody of **FCI FORT DIX, BLDG 5755, POINTVILLE & HARTFORD, FORT DIX, NEW JERSEY (tel: 609-723-1100)**

2. That **WILLIAM VISSAGGI** is needed to appear before the Honorable Daniel T.K. Hurley at the United States District Courthouse, 701 Clematis Street, Courtroom 5, West Palm Beach, Florida, to serve as a witness in the trial for the Defendant listed above beginning February 4, 2002.

3. That it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued and directed to the United States Marshals Service, to deliver **WILLIAM VISSAGGI** into the custody of the United States Marshals Services for the Southern District of Florida, West Palm Beach.

WHEREFORE the Defendant, Thomas Narog, requests this Court execute a Writ of Habeas Corpus Ad Testificandum in the above styled case.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Thomas O'Malley, Esq, Office of the U.S. Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394-3092, this ____ day of January, 2002.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel: (954) 467-6767

By: _____
FRED HADDAD
Florida Bar Number 180891

STATE OF FLORIDA    )
                    ss
COUNTY OF BROWARD   )

BEFORE ME, the undersigned authority, duly authorized to take acknowledgements and administer oaths, personally appeared FRED HADDAD, ESQ., attorney for Thomas Narog, who, being by me first duly sworn, deposes and says that he has read the foregoing Petition and knows the contents thereof, and that the facts and matter contained therein are true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED before me, this ____ day of January, 2002.

_____
Notary Public, State of Florida

My Commission Expires: