UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED

CASE NO. 00-6211CR-HURLEY

JAN 2 8 2002

CLERK, USDC / SDFL / W.

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

## MOTION TO ADOPT EL HADDAD'S VOIR DIRE QUESTIONS

COMES NOW the Defendant Thomas Narog, through counsel undersigned, and makes this Motion to Adopt El Haddad's Voir Dire Questions and would state as follows:

1.      That pursuant to the Court's Final Case Management Order of 21 January, 2002, the Court noted that Voir Dire questions could be submitted by counsel for the Defendants.

2.      That the Defendant El Haddad, through his counsel Mr. John Howes, has prepared certain Voir Dire questions [copy attached] which the undersigned feels adequately covers all aspects that the undersigned would wish to have covered.

3.      That rather than set them out in haec verba the Defendant would prefer to adopt Mr. Howe's Voir Dire questions.

4.      The undersigned attempted to reach Thomas O'Malley to obtain his position, however Mr. O'Malley was not available.

WHEREFORE, the Defendant respectfully requests this Court enter its Order allowing Defendant Thomas Narog to adopt Defendant Rabah El Haddad's Requested Voir Dire Questions.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the parties listed below, this 28th day of January, 2002.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By:_____
    FRED HADDAD
    Florida Bar No. 180891

## **SERVICE LIST**

Thomas O'Malley, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Biosello, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

John R. Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Paul Goodman, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Glenn Seiden, Esq.
33 North Dearborn Street, Suite 1015
Chicago, Illinois 60602

Charles White, Esq.
2250 S.W. 3rd Avenue, Suite 150
Miami, Florida 33129

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,              )
                                       )
      Plaintiff,                      )
                                       )
vs.                                    )
                                       )
RABAH EL HADDAD,                       )
                                       )
      Defendant.                      )
_____)

## DEFENDANT'S REQUESTED VOIR DIRE QUESTIONS

COMES NOW the Defendant, RABAH EL HADDAD, by and through his undersigned attorney, and respectfully requests that this Honorable Court, in addition to the other questions that the Court has announced that it intends to propound to the jury, ask the following questions, and follow-up questions where necessary and appropriate:

1. How have the events of September 11th affected or changed your life?

2. How have those events changed the way that you view the world?

3. How many of you have traveled outside the United States in the last five years?

4. Where have you visited?  And what was your reason for going there?

*U.S. v. Rabah El Haddad*
Defendant's Requested Voir Dire Questions
Page 2

5. How many of you have ever traveled to the Middle East? Have any of you been to Israel or the West Bank area? Where did you go? What was the purpose of your trip? When was it that you were last there?

6. Were you or your spouse in the military? If yes, what branch, rank and dates of service? Are you or your spouse subject to being called into active duty due to the catastrophe that has occurred in New York, Washington and Pennsylvania?

7. Do you consider yourself a religious person?

    A. How important is your religion to you?

    B. What religion do you belong to, and how involved are you or your spouse in your place of worship?

    C. Would your religious principles affect your ability to sit in judgment of another or be impartial in deciding this case? If yes, please explain.

8. Are there any people of Arabic heritage in your neighborhood?

    A. Have they moved in recently or been there for a while?

    B. Do you have much contact with them?

    C. Do you socialize with them?

9. Do you work with any people of Arabic heritage?

    A. What is your work relationship like?

*U.S. v. Rabah El Haddad*
Defendant's Requested *Voir Dire* Questions
Page 3

   B.  Have you ever had the occasion to supervise Arabic people or to be

   supervised by them?

10.  Do you belong to country clubs or organizations that have members from

other countries?  Which ones are those?  If no, why do you think there are none?

11.  Do you speak a foreign language?

   A.  How did you happen to learn it?

   B.  How comfortable are you speaking it?

   C.  On what occasions do you use it?

12.  Is there bilingual education in your children's schools?  Do you think it

helps or hurts your children's school work?

13.  Have you ever had an unfortunate experience with a person of a different

   racial or religious heritage than your own?

   A.  Have your children or anyone close to you?  Please tell me about

   that, what happened?

   B.  How did it make you feel?  Why do you think it happened?

14.  Have you been to any other country?  Where?

   A.  Did you speak the language?

   B.  If no, how did you feel about being in a place where you did not

   speak the language?

*U.S. v. Rabah El Haddad*
Defendant's Requested *Voir Dire* Questions
Page 4

15. The Defendant may testify in this trial. He will speak to you with a slight accent.

    A. How will you feel about that?

    B. Will you hold it against him in any way?

16. Do you think that people who live in this country ought to learn to speak English well? If so, why?

17. Some people feel that many Spanish speaking people in this country don't make a real effort to learn English. Do you feel this way?

    A. Why do people feel that way?

    B. What are your thoughts about people who have those feelings?

18. Have you ever known anyone who had a problem with abuse of alcohol, marijuana, cocaine, or other controlled substances?

    A. If so, please describe their relationship to you and the nature of their problem.

    B. In what ways did this problem affect the people around this person, including yourself?

    C. Did they receive any treatment for their problem? Please describe.

    D. Do they still have a problem with drugs or alcohol?

19. Have you ever known anyone who had any contact with people who use,

*U.S. v. Rabah El Haddad*
Defendant's Requested *Voir Dire* Questions
Page 5

sell, or are otherwise involved with illegal drugs or a drug lifestyle?

20.   How has the drug problem affected your neighborhood, town and community?

21.   Do you believe that the criminal justice system makes it too hard for the police and prosecutors to convict people accused of manufacturing, selling or distributing illegal drugs?

22.   Do you understand that an indictment is nothing more than the piece of paper that tells an individual what they are charged with? Do any of you feel that the simple fact that the Government has sought and obtained an indictment in this case means that the Defendant is guilty of something?

23.   In a criminal case, the burden of proof is on the Government to prove beyond a reasonable doubt that the defendant is guilty. <u>What does that mean to you</u>?

24.   Are you inclined to believe that, "where there's smoke there's fire?"

25.   Have you had any personal experiences which we have not touched on that would influence your vote -- that would make you lean even slightly in favor of one side before the trial starts? In asking this question, we rely on your sincerity and your honesty to tell us of any such personal experiences and their effect on you.

26.   How many of you follow the news regularly, keeping current on world events? Do any of you have an opinion as to the troubles and strife in the Middle East

*U.S. v. Rabah El Haddad*
Defendant's Requested *Voir Dire* Questions
Page 6

at this time?  How would that affect your decision in this case?  Would you all agree

that whatever opinions you may have in this regard that those opinions can play no

part in the decisions that you will be asked to make in this case?  Will each of you

follow the law and assure us on your oaths as jurors that the fact that some of these

defendants are of Arabic descent will play no part whatsoever in your deciding the

question of whether or not the Government has met its burden of proof in this case?


Respectfully Submitted,


JOHN R. HOWES, ESQ.
JOHN R. HOWES, P.A.
Counsel for Defendant El Haddad
633 S.E. 3rd Ave., Suite 4R
Ft. Lauderdale, Fl. 33301
954.763.6003
Fla. Bar No: 219193


## CERTIFICATE OF SERVICE


I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished to Assistant U.S. Attorney Thomas O'Malley, 500 E. Broward Blvd., 7th

Floor, Ft. Lauderdale, FL 33301 by Mail Delivery and to counsel for the

*U.S. v. Rabah El Haddad*
Defendant's Requested *Voir Dire* Questions
Page 7

codefendants, Fred Haddad, Esq., One Financial Plaza, Suite 2612, Ft. Lauderdale,

Fl. 33301, Richard Hamer, Esq., 2437 Briarcrest Road, Beverly Hills, CA. 90210,

Tim Biosello, Esq., 33 N. Dearborn St., Suite 1015, Chicago, IL. 60602-3105, Paul

Goodman, Esq., 33 N. Dearborn St., Suite 1015, Chicago, IL. 60602-3105, Glenn

Seiden, Esq., 33 N. Dearborn St., Suite 1015, Chicago, IL. 60602-3105 and Charles

White, Esq., 2250 S.W. 3rd Ave., , Suite 150, Miami, Fl. 33129 this 28th day of

January, 2002.

_____

JOHN R. HOWES