UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 00-6211-CR-DTKH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS NAROG,

    Defendant.
=====================================/

## DEFENDANT THOMAS NAROG'S ELECTION TO RECEIVE ADDITIONAL PEREMPTORY CHALLENGE

COMES NOW the Defendant, Thomas Narog, by and through his undersigned attorney, and pursuant to the Final Case Management Order and enters his election as follows:

1) The Defendant has had the opportunity to review the Final Case Management Order dated January 21, 2002 and to discuss the contents thereof with the undersigned counsel.

2) The Defendant has specifically been advised as to the applicable law regarding the number of peremptory challenges usually accorded to each party, i.e. ten for the defense and six for the prosecution.



3) The Defendant specifically elects the option to receive one additional peremptory challenge knowing full well that this election shall result in the Government receiving a proportionate increase in its number of peremptory challenges.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to ASSISTANT U.S. ATTORNEY, THOMAS O'MALLEY, 500 East Broward Blvd., Suite 700, Fort Lauderdale, FL 33394, by this 31st day of JANUARY, 2002.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: _____
FRED HADDAD
Florida Bar No. 180891

I, THOMAS NAROG, have read and reviewed the foregoing document and have had the opportunity to seek the advice of my attorney. I am executing this document voluntarily and of my own free will.

_____
THOMAS NAROG