UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA, )
)
)
v. )
)
)
)
THOMAS NAROG, et. al, )
)
Defendants. )
_____ )

FILED by _____ D.C.
FEB - 7 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

ORDER PERMITTING THE GOVERNMENT'S USE OF LAPTOP
COMPUTER AND TAPE RECORDING EQUIPMENT AT TRIAL

THIS CAUSE came before the Court upon the Government's motion to use a laptop computer and tape recording equipment at trial, and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Government's motion is granted and AUSA Thomas A. O'Malley, AUSA William Zloch, DEA S/A Joe Collins and DEA S/A Michael Baker are hereby permitted to bring laptop computers and tape recording equipment into the Courthouse beginning on February 1, 2002, and continuing to March 1, 2002, for use at trial or in preparation thereof in the above-styled case.

DONE AND ORDERED this ___ day of February, 2002, at West Palm Beach, Florida.

DANIEL T.K. HURLEY
United States District Judge