# U.S. Department of Justice

United States Attorney
Southern District of Florida

Request of United States Attorney for Production of Federal Prisoner In The Custody of The United States Pursuant to Title 18, United States Code, Section 3621(d)

---

The United States Attorney for the Southern District of Florida, pursuant to 18 U.S.C. § 3621(d) does hereby request the United States Marshal for the Southern District of Florida or any authorized officer, to produce one **Khaled Ali-Habahbih**

now confined at the **Palm Beach County Jail, PID# 24208-018,** in the custody of the warden or the person there in charge, before the

- United States District Court — For Prosecution
- United States Grand Jury — For Testimony

at **West Palm Beach** (city), **Florida** (state)

forthwith

at **9:00 a.m.** on **February 6, 2002**, or at any time thereafter as the United States Attorney or a federal Judge or Magistrate may direct, so that said person may appear in accordance with the law in the case styled

United States of America v. **Narog, et al**

Ct. No. **00-6211-Cr-Hurley**

In Re Grand Jury Proceedings No.

and after said person shall have appeared, to return said person to the aforementioned custody as may be directed by the United States Attorney or a federal Judge or Magistrate.

**Thomas A. O'Malley**
Assistant United States Attorney Requesting The Production of Prisoner in Custody

SEAL OF UNITED STATES ATTORNEY[1]

Telephone No. (Commercial): 561/820-8711

Dated this **5** day of **February, 2002**

**Guy A Lewis**
United States Attorney[2]

---

[1] This request is invalid without the raised seal of the United States Attorney.

[2] The signature of the United States Attorney approving the request is required. A Supervisory Assistant United States Attorney delegated authority by the United States Attorney may sign for the United States Attorney provided a letter of authorization is on file with the United States Marshal for the same district as the United States Attorney.

Previous Editions Obsolete

FORM USA-475
MAR. 89