UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS L. NAROG,

    Defendant.

_____/

FILED by ___ D.C.
MAR 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# VERDICT

As to the Defendant **THOMAS L. NAROG**, we, the jury, unanimously find as follows:

## COUNT 1

As to the charge of conspiring to possess and distribute pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 1:

    __X__                                                        _____
   Guilty                                                Not Guilty



## COUNT 2

As to the charge of conspiring to manufacture at least 50 grams of methamphetamine as charged in Count 2:

__X__  
Guilty                                                                 Not Guilty

## COUNT 3

As to the charge of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 3:

__X__  
Guilty                                                                 Not Guilty

## COUNT 4

As to the charge of knowingly and intentionally possessing pseudoephedrine with the intent to manufacture a controlled substance as charged in Count 4:



__X__  
Guilty                                                                 Not Guilty

## COUNT 5

As to the charge of knowingly and intentionally possessing pseudoephedrine with the intent to manufacture a controlled substance as charged in Count 5:

__X__  
Guilty                                                                          Not Guilty

## COUNT 6

As to the charge of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 6:

__X__  
Guilty                                                                          Not Guilty

## COUNT 7

As to the charge of knowingly and intentionally possessing pseudoephedrine with the intent to manufacture a controlled substance as charged in Count 7:

__X__  
Guilty                                                                          Not Guilty

## COUNT 8

As to the charge of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 8:



      Guilty                                                          Not Guilty

## COUNT 9

As to the charge of knowingly and intentionally possessing pseudoephedrine with the intent to manufacture a controlled substance as charged in Count 9:

     X
———————
    Guilty                                                         Not Guilty

## COUNT 10

As to the charge of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 10:



    Guilty                                                         Not Guilty

## COUNT 11

As to the charge of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 11:

___X___  
Guilty

_____  
Not Guilty

## COUNT 12

As to the charge of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 12:

___X___  
Guilty

_____  
Not Guilty

## COUNT 13

As to the charge of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 13:

___X___  
Guilty

_____  
Not Guilty

## COUNT 14

As to the charge of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 14:

_____X_____               _____
  Guilty                        Not Guilty

**SO SAY WE ALL.**

Signed and Dated at the United States Courthouse, West Palm Beach, Florida, this 11th day of March, 2002.

_____[signature]_____           _Willa J. Hetzler_
Foreperson's Signature           Foreperson Print Name