UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS NAROG,

    Defendant.
_____/



FILED by ___ D.C.
MAR 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## SPECIAL JURY VERDICT ON FORFEITURE ALLEGATIONS

**WE THE JURY**, return the following special verdicts:

**ITEM 1.** The single family residence located at 8 Castle Harbor Isle, Fort Lauderdale, Florida.

    a.    We the Jury find that ITEM 1 was property used or intended to be used, in any manner or part, to commit or facilitate the commission of, the offense charged in Count 1 of the Superseding Indictment.

        YES __X__    NO _____

    b.    We the Jury find that ITEM 1 was property used or intended to be used, in any manner or part, to commit or facilitate the commission of, the offense charged in Count 2 of the Superseding Indictment.

        YES __X__    NO _____



c. We the Jury find that ITEM 1 was property used or intended to be used, in any manner or part, to commit or facilitate the commission of, the offense charged in Count 10 of the Superseding Indictment.

YES  X       NO  ____

d. We the Jury find that ITEM 1 was property used or intended to be used, in any manner or part, to commit or facilitate the commission of, the offense charged in Count 11 of the Superseding Indictment.

YES  X       NO  ____

e. We the Jury find that ITEM 1 was property used or intended to be used, in any manner or part, to commit or facilitate the commission of, the offense charged in Count 12 of the Superseding Indictment.

YES  X       NO  ____

f. We the Jury find that ITEM 1 was property used or intended to be used, in any manner or part, to commit or facilitate the commission of, the offense charged in Count 13 of the Superseding Indictment.

YES  X       NO  ____

2

g. We the Jury find that ITEM 1 was property used or intended to be used, in any manner or part, to commit or facilitate the commission of, the offense charged in Count 14 of the Superseding Indictment.

YES  X     NO _____

**SO SAY WE ALL.**

Signed and Dated at the United States Courthouse, West Palm Beach, Florida, this 14th day of March, 2002.

_____          Willa J. Hetzler
Foreperson's Signature              Foreperson Print Name

3