UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

FILED by ___ D.C.
APR - 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

THIS CAUSE having come before the Court on the Defendant's **RENEWED MOTION FOR JUDGMENT OF ACQUITTAL, OR ALTERNATIVE MOTION FOR NEW TRIAL; MOTION TO DISMISS FORFEITURE OR SET ASIDE VERDICT**, and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby _DENIED_.

DONE AND ORDERED in West Palm Beach, Florida, this 28 day of March, 2002.

_____
Magistrate/District Judge

cc:    All Counsel