UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

FILED by _____ D.C.
APR - 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION FOR JUDGMENT SETTING ASIDE VERDICT AND TO DISMISS FORFEITURE,** and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby DENIED.

DONE AND ORDERED in West Palm Beach, Florida, this 28th day of March, 2002.

_____
Magistrate/District Judge

cc:    All Counsel

