UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS NAROG,

    Defendant.
_____/



FILED by _____ D.C.
APR 19 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PRELIMINARY ORDER OF FORFEITURE

**THIS CAUSE** is before the Court upon the motion of the United States for entry of the preliminary order of forfeiture pursuant to 21 U.S.C. §853 and upon the guilty verdict returned by the jury against Thomas Narog ("Defendant") to Counts One through Fourteen of the Superseding Indictment on charges of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance possession with intent to distribute cocaine, as alleged in Counts one through fourteen of the superseding indictment, in violation of Title 21 U.S.C. §841(d)(2) and §846. The jury also returned a special verdict of forfeiture finding that the defendant's interest in the single family residence located at 8 Castle Harbor Isle, Fort Lauderdale, Florida, as alleged in the forfeiture allegations of the superseding indictment, should be forfeited as property used or intended to be used, in any manner or part, to commit or facilitate the commission of the narcotics violations Counts one, two, ten, eleven, twelve, thirteen, and fourteen. Additionally, during the trial the parties informed the Court that Defendant had agreed to the forfeiture of all the boxes of pseudoephedrine pills listed in the forfeiture allegations of the superseding indictment. This Court has reviewed the

motion, the record in this matter, the guilty verdict and the special verdict of forfeiture returned by the jury, and this Court being otherwise fully advised finds that there is substantial evidence supporting the forfeiture of the Defendant's rights, title and interest in the property described below. It is hereby,

**ORDERED and ADJUDGED** that all of the Defendant's rights, title and interest in a single family residence located at 8 Castle Harbor Isle, Fort Lauderdale, Florida, also known as Bermuda-Riviera Sub of Galt Ocean Mile, 38-46 B, Lot 2 Block D, APN 49-43-19-03-0830, 118 boxes, containing 144 bottles per box, of 60mg, 60 count "Tru-Choice Maximum" pseudoephedrine pills, and 31 boxes of loose 60mg "Tru-Choice Maximum" pseudoephedrine pills packaged in clear ziplock baggies; and 875 boxes, containing 48 bottles per box, of 60 mg, 60 count "Tru-Choice Maximum" pseudoephedrine pills, are all forfeited to the United States of America pursuant to 21 U.S.C. §853.

It is further,

**ORDERED and ADJUDGED** that this order shall serve as a judgment in favor of the United States of America regarding all of the defendant's rights, title and interest in the above property, and the United States of America shall immediately seize the property set forth above, if necessary, to protect the interests in the property ordered forfeited by providing a copy of this order to any person or entity which has possession of or jurisdiction over the forfeited property and by taking all steps necessary and appropriate to protect the interests of the United States of America, including the taking of actual possession and custody.

It is further,

**ORDERED and ADJUDGED** that following the entry of this Order pursuant to 21 U.S.C. §853 (n)(1), the United States may provide, to the extent practicable, written notice to all third parties known to be asserting a legal interest in any of the above described property and shall publish notice of this Order and the intent of the United States to dispose of the property in such manner as the Attorney General may direct. Within thirty (30) days following the expiration of the petition period described in the 21 U.S.C. §853(n)(1), the Court shall hold a status conference with all petitioners present for the purpose of setting tentative dates for the ancillary hearings regarding the claims of the petitioners and determining whether such hearings should be consolidated pursuant to 21 U.S.C. §853(n)(4). Five (5) days prior to the hearing, which shall be set by separate order, all petitioners and the United States shall file a joint status report specifying their respective positions on the above matters.

It is further,

**ORDERED and ADJUDGED** that the Attorney General, or designee, shall conduct any discovery that the Court considers proper to help identify, locate, or dispose of the property, and to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and the rights of third parties.

**ORDERED and ADJUDGED** that if no claims are filed within the petition period described in 21 U.S.C. §853(n)(2), upon the filing by the United States of a Notice of Publication the above described property shall be deemed forfeited and title vested in the United States of America in accordance with 21 U.S.C. §853(n)(7).

**DONE and ORDERED** at West Palm Beach, Florida this _13th_ day of April, 2002.

_____
HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

cc:　AUSA Thomas O'Malley
　　　AUSA William H. Beckerleg, Jr.
　　　Alvin Ernest Entin, Esq.
　　　(Counsel for Defendant)