UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA,   )
                            )
                            )
v.                          )
                            )
                            )
THOMAS NAROG, et. al,       )
                            )
         Defendants.        )
_____)

## MOTION TO CONTINUE SENTENCINGS

THE UNITED STATES OF AMERICA, through its undersigned counsel, moves this Honorable Court to continue the sentencing date of June 7, 2002, for the defendants in the above-styled case, and in support thereof states:

1. On March 22, 2002, the defendants convicted at trial were set for sentencing on Friday, June 7, 2002.

2. Prior to March 22, 2002, counsel for the Government had reserved accommodations in the Florida Keys for a family vacation during the week that includes Friday, June 7, 2002, which reservation had been made to coincide with reservations made by family friends for an adjacent rental unit. This pre-planned family vacation is an annual trip to the Florida Keys that cannot be re-scheduled.

3. Except for the week of July 1 - 5, counsel for the Government will be available for sentencing on any other date during the summer.

4. Fred Haddad, Esq. (counsel for defendant Narog), Richard Hamar (counsel for defendant Samhan) and Charles White (counsel for defendant Aldin) do not object to the Government's request for a continuance of their respective client's sentencing date.



Timothy Biasiello, Esq. (counsel for defendant Fneiche) was not available to state his position regarding the Government's continuance motion.[1]

WHEREFORE, the United States respectfully requests that this Honorable Court continue the sentencing date for the defendants in this case to a date between June 10 and June 28, 2002, or to a date after July 8, 2002.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
THOMAS A. O'MALLEY
Assistant United States Attorney
Florida Bar No. 310964
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7254; Fax:(954) 356-7336

---

[1] No sentencing date has been set for fugitive defendant El Haddad, who is represented by John Howes, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 23rd day of April, 2002 to: Fred Haddad, One Financial Plaza, Suite 2612, Fort Lauderdale, FL 33394; John Howes, 633 S.E. 3rd Street, Fort Lauderdale, FL 33302; Richard Hamar, Esquire, 2437 Briarcrest Road, Beverly Hills, CA 90210; Charles G. White, 2900 Bridgeport Avenue, Suite 401, Coconut, FL 33133; and Timothy Biasiello, 33 North Dearborn Street, Chicago, IL 60602.

THOMAS A. O'MALLEY
Assistant United States Attorney