UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6211-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

MAY 31 2002

## NOTICE OF FILING

COMES NOW the Defendant, by counsel undersigned hereby notifies the Court that the attached is being placed in the Court File for review:

Various letter from friends and family members of the Defendant.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Thomas O'Malley, Esq., Office of the U.S. Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394-3092 and to Patricia A. Borah, U.S. Probation, 501 S. Flagler Drive, Suite 400, West Palm Beach, Florida 33401-5912, this 29th day of May, 2002.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel:  [954] 467-6767
Fax:  [954] 760-4421

By:_____
FRED HADDAD
Florida Bar No. 180891





# HOUSE OF DELEGATES
## WEST VIRGINIA LEGISLATURE

BUILDING 1, ROOM 210-E
1900 KANAWHA BLVD., EAST
CHARLESTON, WV 25305-0470
PHONE (304) 340-3118

A. JAMES MANCHIN, Chair
COMMITTEE ON ENROLLED BILLS
ROUTE 1, BOX 250
FARMINGTON, WV 26571
PHONE: (304) 825-6711

May 3, 2002

Committees:
Veterans' Affairs
Government Organization
Industry and Labor,
Economic Development
and Small Business
Roads and Transportation

Mary Jane Lucas
2910 Northwest 70th Avenue
Margate, FL 33063

To Whom It May Concern:

I have known Tom Narog for more than forty years of his young life. As a young man, he was in my employment where he performed his task with efficiency and dependability.

Over the years, I have known Tom – he has always shown deep loyalty to his God and country. He was a model citizen who was always anxious to help others in time of need and to do community work for the betterment of mankind.

Tom comes from a family that appreciates family values, and Christian principles. Tom Narog is a citizen that you can depend on.

Any consideration you can give to him in his hour of need would be deeply appreciated by his many, many friends that still reside in West Virginia.

May His lamp be a light on your pathway of life. With every best wish,

I remain,

A. James Manchin

AJM/nlw

*St. Pius X Church*
*2500 N.E. 33rd Avenue*
*Fort Lauderdale, Florida 33305-1881*
*(954) 564-1763*
*Fax: (954) 568-2212*

April 30, 2002

The Honorable Daniel Hurley
Judge
Courthouse, West Palm Beach
West Palm Beach, Florida

Re:   THOMAS NAROG
      Character Reference

Dear Judge Hurley:

I write on behalf of the above-mentioned Thomas Narog, whom I have known for the past twelve years, during which time I have been Pastor of St. Pius X Catholic Church in Fort Lauderdale, Florida. He has been a very active and respected member of this church for several years prior to my arrival. Not only has he served faithfully as an usher at Sunday Mass in our church, but he is deeply spiritual and truly committed to the practice of his religion, even to the extent of attending daily Mass. I can confidently say that I know him well -- not only as a parishioner but also as a friend.

When Thomas Narog found himself in trouble with the law, I was not here. I was back in my native Ireland on vacation, visiting with my family there. On my return to St. Pius X one month later I was told what had happened to Tom. My initial reaction was one of shock, disbelief and great sadness. Those feelings have not diminished. The only information I have about the case against Thomas Narog I have received from other members of this church, who were here at the time it became public and who also share my incredulity.

The Thomas Narog that I know and respect is not a criminal. Your Honor, I state that unequivocally. I can personally attest to the fact that he is a deeply religious person. He is quiet and reserved; he is reverent, respectful and truly sincere in the practice of his religion. He has a great personal love of God and of people, as a true Christian should. If he has any apparent flaw of character, I would say that, in his love of people and his attempts to be of help, he is too trusting. And, from what I have learned from members of this church who know him well, that has been his downfall.

With his innate grace and humility, and his seemingly boundless belief in the basic goodness of people, I envision Thomas Narog as a man who could easily be duped, and thereby prone to being used and abused by others for nefarious purposes in which he would never wittingly participate. Granted, I do not have access to all the details of this case. But, if what my people tell me is true -- and I have no reason to doubt their veracity -- then I suspect that something of this nature is what actually happened and a serious injustice has been done to Thomas Narog.

As you can tell, Judge Hurley, I have absolutely no expertise in the intricacies of law. I came to these United States in 1957 as a simple parish priest, at the request of the then-Bishop of St. Augustine, Florida, Archbishop Joseph P. Hurley, of revered memory. I am now a proud citizen of our country and a dedicated advocate of the rule of law, be it civil, ecclesiastical or divine. In the forty-five years I have served as a priest in South Florida, I have worked closely with people; and, like a court official, I, too, have seen up close "the good, the bad and the ugly" in people. I would like to believe that this has made me a reasonably good judge of human character. Your Honor, the Thomas Narog I know, and am still proud to regard as a friend, is incapable of the crime or crimes with which he has been charged. Call it GULLABILITY, or even STUPIDITY! (I am Irish and I am hard-headed; yet I, too, could be convicted of these!) But CRIMINALITY -- not Thomas Narog!

I sincerely thank you, Judge Hurley, for whatever consideration you may give to my appeal for leniency, and even mercy, for Thomas Narog. At no time have I discussed his predicament with him. Nor is he aware that I am making this very personal appeal on his behalf. Knowing him as I do, I can well imagine the suffering and remorse that he is currently undergoing. I simply could not sit here and do nothing. I freely and gladly attest to this man's goodness of character, and I pray God that this case may speedily and happily be resolved. Your Honor, please be assured that, whatever the outcome, I will respectfully and gratefully accept your decision; and I will always be thankful for your consideration of these words of mine on behalf of a friend.

With kindest personal regards and every good wish, I am

Sincerely,

*Patrick C. Slevin*
Rev. Patrick C. Slevin
Pastor

2910 NW 70 Avenue
Margate, FL 3306


The Honorable Daniel Hurley
Palm Beach County Courthouse
West Palm Beach, FL 33416


Dear Judge Hurley:

I am writing this letter on behalf of my beloved Father, Thomas Narog, who has been convicted of a crime that I know he did not commit. He is in the West Palm Beach County Jail waiting to be sentenced. I drove him to court everyday and sat in the courtroom with him for six weeks. My husband, my son and daughter and myself are strong in our belief that he is innocent.

My father is the kind of man that everyone loves. He is so compassionate toward his fellow man, and it hurts him to see someone struggling or less fortunate than himself. He has held mortgages for people who could not qualify for a loan and let them pay small monthly payments in order to give them a start in life. At church, he was one of the leading contributors to the migrant children's Christmas toy fund by saving his loose change all year. He has kept the rent down on his apartment rentals, or not raised it at all for one elderly lady who says she is going to live there until she dies, because these people cannot afford to pay a higher rent.

All through his life, I have seen him as a giving person. He helped support his mom and day, my grandparents, who retired only on social security. His niece was living on welfare and he provided her with food and clothes and toys for her children while they were growing up. To this day, they speak highly of my father. He has rarely missed a wedding, funeral, baptism, or graduation, because he is close to all of his brothers and sisters, nieces and nephews.

My dad is not rich, but has always worked hard and saved his money. He tells the story of when he and my mother were building their home, he would take his paycheck each week and go and buy the 2X4's or nails or plywood, a little at a time. It took them three years to build their home that way. That is the way he is about everything in his life. He is an example of a truly remarkable man.

Judge Hurley, please take all of this into consideration and have mercy on my father. Thank you.

Respectfully,

*Mary Jane Lucas*
Mary Jane Lucas

John Smaltino<br>
2200 N.E. 33rd Ave. Apt. 8F<br>
Fort Lauderdale, FL   33305

Honorable Judge Hurley:
Palm Beach County

   I am writing this letter on behalf of Thomas Narog.
I have known Tom for the past ten years. He is an usher in our church and is where I first met him and his wife Annette who is now deceased. Tom has always been a devout catholic and is an asset to our church and community. He has always been generous to families in need and for special projects to help our community. He is a very sympathetic, sincere and kind person. His absence from our church has caused a great void in many parishioners who miss his smiling face and cheerful personality.

   Tom is a trusting and honest person who has never been in trouble in his life and unfortunately feels that everyone else is the same, which has caused his wholesome world to be turned into a nightmare. He has become the victim of a well organized scheme that makes him look like the mastermind of a major drug operation. The real mastermind has jumped bail and fled the country leaving Tom to face all of the consequences. Unfortunately, Tom has been unable to prove his innocence.

   Since 9-11, we have seen how easy it was for terrorists to enter our country by providing false documents which have fooled major agencies of our government which led to horrendous results.

   Tom Narog was also fooled by false documents, conning him to believe he was dealing with legitimate foreign companies which has also led to horrendous results for Tom and his family.

   Even though he has been found guilty, I know in my heart that Tom Narog is innocent of all charges. I pray and beg of you to please be lenient in your sentencing of Thomas Narog.

   I thank you for taking time to read this letter.

Respectfully,<br>
<br>
*John Smaltino* (signature)

Mrs. Louise Smaltino
2200 N.E. 33rd Ave. Apt. 8F
Fort Lauderdale, FL   33305

Judge Hurley:
Palm Beach County

   I am writing this letter on behalf of Thomas Narog.
My husband and I are friends with Tom Narog. We have known him for the past ten years. He is an usher at our church and is where we first met Tom and his wife Annette who is now deceased. Tom has long been part of our group of daily mass goers who get comfort out of starting their day with prayer. He is an asset to our church and community and can always be counted upon for support for our special church projects to help the poor and our community. His cheerful personality is now being missed by all who know him. He is kind, sympathetic, understanding, honest and everything else you would expect in a true gentleman.
   Unable to prove his innocence, this is a terrible ordeal that Tom has to endure at this stage of his life.
   I truly believe in Tom Narog's innocence, not just because he is a friend, but of the high moral character we see in him, something we don't see much of these days. I pray that you can find compassion for Tom and be lenient in you sentencing for this decent person.
   I thank you for taking time to read this letter.

                Respectfully,

                *Louise Smaltino*

```
            Arden A. and Joan M. Balogh
             2200 N.E. 33rd Ave., Apt. 14J
             Fort Lauderdale, Florida 33305
                  Telephone 954-565-9935
                     Fax 954-561-4318
```

April 3, 2002

Honorable Judge Hurley:

Thomas Narog will come before you for sentencing soon. He was found guilty of distributing a drug that was being converted to speed.

I have known Tom Narog for at least 15 years. He is a God fearing man and a generous contributor to his church and charities. Before his arrest, he attended Catholic masses most every day. I cannot believe he knew that the legal drug he sold was being converted to speed.

I do believe he was naive and let himself be duped by a group of Palestinians from Israel. He is a good person and does not deserve a harsh sentence.

Please consider probation or a light sentence for Mr. Narog so he may return soon to his family and friends.

Sincerely,

*Arden A. Balogh*
Arden A. Balogh

```
            Arden A. and Joan M. Balogh
                2200 N.E. 33rd Avenue
                      Apt. 14J
             Ft. Lauderdale, Florida 33305
                Telephone: 954-565-9935
```

April 3, 2002

Honorable Judge Hurley:

On behalf of Thomas (Tom) Narog, I am writing to you to judge kindly a man I have known for over 15 years.

Tom is a fellow parishioner at St. Pius X Church in Ft. Lauderdale. He was a daily attendee at the 8:00 a.m. mass and an usher weekly at the 5:30 p.m. Saturday mass.

Some years ago, my responsibilities as Charities Chairman in a toy drive for migrant children came to his attention and he was a loyal supporter all through the years. He loved the little children and hated to see them do without.

He volunteered his time in many church sponsored activities. He was an exemplary family man, attending faithfully with his wife until she passed away at an early age. He was devastated by her death. They were so deeply in love.

Please, Judge Hurley, return Tom to our Church family - we need him.

Sincerely,

Joan M. Balogh

JERRY F. VIGANSKY

28 April 2002

Dear Judge Hurley;

I have been a member of St Pius X Catholic Church for 24 years. Of those, I have been deeply involved in the Parish these past (14) years. I have known Tom Narog for a good share of that time. I find him to be a deeply spiritual and committed Catholic Christian. It was so very surprising to learn of Tom's conviction recently. Tom is a deeply moral man and perhaps naive? There are many vicious predatory fellows, Tom is certainly not one of these. I hope this may mitigate your thinking when it comes to sentencing. Tom is an involved Parishoner, especially in the ministry of ushering and bloody Rosary.

Sincerely yours,
Jerry F. Vigansky

3223 NE 26th St, Ft Lauderdale, FL 33305

18809 Chaville Road
Lutz, FL 33549


The Honorable Daniel Hurley
Palm Beach County Courthouse
West Palm Beach, FL 33416


Dear Judge Hurley:

I am writing this letter on behalf of Thomas Narog, my uncle. As I do not fly understand or have knowledge of this case, I do know that my Uncle Tom has always been an outstanding citizen and a loving and committed husband and father.

I've always admired my Uncle. He came from a poor family in a small town in West Virginia and made a success of his life.

But more importantly, his greatest success was his family. When others are searching for an example to guide them, my Uncle gave most no reason to look any farther. Besides my own father (who passed away two years ago), my Uncle was my other example of excellence.

I once read that there is no foundation, no secure ground upon which people may stand today if it isn't the family. If you don't have the support, love, caring and concern that you get from your family, you don't have much at all. This is way I believe it is so important to grant my Uncle Tom leniency. His daughter, Mary Jane, and her family need him home. Mary Jane lost her mother five years ago and this was a devastating blow to this wonderful family. Life was somehow finding meaning to them once again when this terrible tragedy to Uncle Tom occurred.

Opportunities cross our path daily. If we are not ready for them, we may miss them. The worst outcome of all is that we may not even recognize them. You will have an opportunity. Please look at my Uncle and perceive him not as the man charged, but as a good father and favorite uncle, needing to be home with his family. What we do in live is often not as significant as the act of reaching deep within ourselves to discover what is truly right and just. I thank you in advance for the courage to free my Uncle.

Sincerely,


Deborah R. DeVito

To Whom It May Concern:

When I was asked by my cousin to write a letter on behalf of her father, I didn't hesitate for a moment.

We would all be so grateful if my Uncle Tom were given a chance to return home. His family needs him, especially his daughter, Mary Jane, son-in-law, and his grandchildren.

Tom Narog is a good man. He is kind-hearted and generous. He is also very involved in church and goes to mass on a daily basis--something which he has done for years.

He is a devoted father and has maintained a very close relationship with his daughter. They spend a lot of time together and are a source of strength for each other.

Consider what this is like for his family. He is of good character and should only be judged on who he really is. He is honest, trustworthy, and stands by his word.


Respectively submitted,


Denise DeVito

1835 Blue Heron Drive
Melbourne,, FL  32940

To Whom It May Concern:

We are taking the liberty to write this letter for the behalf of our friend and acquaintance for nearly 30 years, Thomas L. Narog.

My husband and myself met Mr. Narog about 30 years ago when his now deceased spouse, Annette and he lived here in West Virginia and owned and operated a barber/beauty shop in Fairmont, WV. As it happened, Mrs. Narog was my hairdresser, and Tom was Frank's barber. We became friends immediately, as we found they were just a very nice couple and we had some of the same interests. We enjoyed a "good movie", going to dinner, and they also belonged to the same Catholic Parish, namely, Immaculate Conception that we belonged. The Narogs were highly respected in the community, were very "hard working folks" both with Polish ancestors. Similarly, they were very "old fashioned".

In the late seventies, perhaps, we planned a vacation trip to Ft. Lauderdale. Upon that trip, the Narogs decided they wanted to re-locate and purchase a hotel and hopefully retire there in Florida. Even after they moved, we always kept in touch, they were included in many family functions, et al., weddings, christenings, etc. We visited them and stayed at their home for vacations in the eighties. Our last vacation with them was probably in 1995 when Mrs. Narog was alive. Then we discovered that Mrs. Narog had cancer, and passed away, I believe, in July, 1998. We always still tried to keep our friendship alive, mostly by phoning on a regular weekend basis, and Frank has twice, I believe visited Tom for a vacation.

We need to honestly say that Tom Narog was always, to our knowledge and belief, a very honest, hard working and religious person, whom we feel could have never known what was transpiring when he was involved in the "drug shipments" that turned out to be an illegal ring, and we have to believe, with all our hearts, that he was "used" and taken advantage of by various people, with much more "street smarts" than Tom ever had. He was proud that his business seemed to be "thriving" and that he was keeping very busy. He just didn't know what was really happening. We would venture to say that Tom not only didn't know what the drug was used for that was being shipped, and had "no idea" that anything he was doing was illegal. To our knowledge Tom Narog didn't even have a traffic violation or any kind of background that couldn't pass for a job with the government. He was just that clean.

We trust someone will take this writing to heart, talk to folks there in his area, call upon his "priest" and any people that know him, and we feel, all will say, basically what we are stating.

Respectfully Yours,


Frank & Carol Arnett
2211 Linn Street
Fairmont, W.V. 26554-8204

November 26, 2000

To Whom It May Concern:

Thomas Narog has been a self-motivating and diligent person his entire life.

Thomas married his wife Annette in June 1953 in Fairmont, West Virginia, and was loyal and faithful until his wife's sudden death in June 1997.

I met Thomas the day after his wedding when he drove his sister-in-law, who I later married, back to Detroit, Michigan. Without staying a full day, he returned to West Virginia, anxious to start his new life and a career in the barbering trade.

Thomas worked for a barber in Fairmont, West Virginia, who desired an individual who would eventually purchase his business and building. Under the gentlemen's tutelage, Thomas successfully purchased older homes and renovated them for rental properties.

Eventually, Thomas did purchase the business and building. Thomas had employees that were barbers and hairdressers. He became a prominent member of the community and active with the local Chamber of Commerce. This included local church and charitable organizations.

His success and involvement with civic duties did not prevent him from his husband or fatherly duties. His wife, daughter, and his siblings were first priority.

The climate and a new challenge brought Thomas to Florida. The purchasing and managing of a motel and later being an active real estate agent and mortgage broker provided him much satisfaction.

With his success and integrity, Thomas would never knowingly be involved with anything illegal.

Respectfully yours,

*Anthony Wisniewski*

Anthony Wisniewski
40606 Brecken Ridge
Plymouth, MI 48170

*St. Pius X Church*
*2500 N.E. 33rd Avenue*
*Fort Lauderdale, Florida 33305-1881*
*(954) 564-1763*
*Fax: (954) 568-2212*

Judge Hurley
Distruct Attorney Barfield
Palm Beach County

Judge Hurley:

I am writing to you in regards to Thomas Narog. He has been a member of this parish for a number of years. I have had the privilege of knowing him for the past ten years. I am the Associate Pastor of the parish.

During these past ten years, Thomas has been one of our church ushers. He has participated in many of our parish activities. He attends mass every Sunday and also attends mass daily. He has been a wonderful parishioner and a very close friend. He has always been a fine gentleman. He is a man of honest and integrity.

There is absolutely no way that he coupd possibly be athreat to the community, nor would he be a threat to leave the area or the country. He is a wonderful person, a fine Catholic, and a very good friend.

I give him my complete support and prayers. If there is any further information that you need, please call on me at any time.

Sincerely yours,

*Rev. Harry Ringenberger*
Rev. Harry Ringenberger
Associate Pastor

*St. Pius X Church*
*2500 N.E. 33rd Avenue*
*Fort Lauderdale, Florida 33305-1881*
*(954) 564-1763*
*Fax: (954) 568-2212*

April 12, 2002

Judge Daniel Hurley
Courthouse-West Palm Beach
West Palm Beach, FL

RE: Thomas Narog

Dear Judge Hurley:

I am writing on behalf of a parishioner of St. Pius X Church, Thomas Narog. Tom has been an active member of our church. He has been an usher for many years, serving the parishioners with whatever help they might need. I have been here at St. Pius X Church for ten years and have always thought Tom to be one of the kindest, most considerate people I know.

Thank you for taking the time to read this letter.

Sincerely,

Rena Zades
Parish Secretary