```
 1              IN THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                       NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA,  )  Docket No.
                                )  00-6211-CR-HURLEY
 5               Plaintiff,     )
     vs.                        )  West Palm Beach, Florida
 6                              )  February 4, 2002
     THOMAS NAROG,              )
 7   RABEH EL HADDAD, and       )
     MOHAMMED SAMHAN, et al.,   )     VOLUME 1
 8                              )
                 Defendants.    )
 9   _____ x

10

11          COURT REPORTER'S TRANSCRIPT OF
         TESTIMONY AND PROCEEDINGS HAD BEFORE
12        JUDGE DANIEL T. K. HURLEY AND A JURY

13

     APPEARANCES:
14
     For the Government:     THOMAS O'MALLEY, ESQ.
15                           WILLIAM T. ZLOCH, ESQ.
                             Assistant U.S. Attorney
16
     For Defendant Narog:    FRED HADDAD, ESQ.
17
     For Defendant Aldin:    CHARLES G. WHITE, ESQ.
18
     For Defendant Aquil:    PAUL GOODMAN, ESQ.
19
     For Defendant Fneiche:  TIMOTHY BIASIELLO, ESQ.
20
     For Defendant El Haddad:JOHN R. HOWES, ESQ.
21
     For Defendant Samhan:   RICHARD A. HAMAR, ESQ.
22

23   Court Reporter:         Pauline A. Stipes, C.S.R., C.M.

24                       PAULINE A. STIPES
                         Official Reporter
25                     U. S. District Court
```