```
                 IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          NORTHERN DIVISION


UNITED STATES OF AMERICA,   ) Docket No.
                            ) 00-6211-CR-HURLEY
             Plaintiff,     )
vs.                         ) West Palm Beach, Florida
                            ) February 6, 2002
THOMAS NAROG,               )
RABEH EL HADDAD, and        )
MOHAMMED SAMHAN, et al.,    )
                            )       VOLUME 3
             Defendants.    )
_____x
```

COURT REPORTER'S TRANSCRIPT OF
TESTIMONY AND PROCEEDINGS HAD BEFORE
JUDGE DANIEL T. K. HURLEY AND A JURY

APPEARANCES:

| | |
|---|---|
| For the Government: | THOMAS O'MALLEY, ESQ. |
| | WILLIAM T. ZLOCH, ESQ. |
| | Assistant U.S. Attorney |
| For Defendant Narog: | FRED HADDAD, ESQ. |
| For Defendant Aldin: | CHARLES G. WHITE, ESQ. |
| For Defendant Aquil: | PAUL GOODMAN, ESQ. |
| For Defendant Fneiche: | TIMOTHY BIASIELLO, ESQ. |
| For Defendant El Haddad: | JOHN R. HOWES, ESQ. |
| For Defendant Samhan: | RICHARD A. HAMAR, ESQ. |
| Court Reporter: | Pauline A. Stipes, C.S.R., C.M. |

PAULINE A. STIPES
Official Reporter
U. S. District Court