935

1                    IN THE UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
2                           NORTHERN DIVISION

3                                                              -

4    UNITED STATES OF AMERICA,  )  Docket No.
                                )  00-6211-CR-HURLEY
5                   Plaintiff,  )
     vs.                        )  West Palm Beach, Florida
6                               )  February 12, 2002
     THOMAS NAROG,              )
7    RABEH EL HADDAD, and       )
     MOHAMMED SAMHAN, et al.,   )
8                               )     VOLUME 6
                   Defendants.  )
9    _____ x

10

11                   COURT REPORTER'S TRANSCRIPT OF
                TESTIMONY AND PROCEEDINGS HAD BEFORE
12              JUDGE DANIEL T. K. HURLEY AND A JURY

13

     APPEARANCES:
14
     For the Government:         THOMAS O'MALLEY, ESQ.
15                               WILLIAM T. ZLOCH, ESQ.
                                 Assistant U.S. Attorney
16
     For Defendant Narog:        FRED HADDAD, ESQ.
17
     For Defendant Aldin:        CHARLES G. WHITE, ESQ.
18
     For Defendant Aquil:        PAUL GOODMAN, ESQ.
19
     For Defendant Fneiche:      TIMOTHY BIASIELLO, ESQ.
20
     For Defendant El Haddad:    JOHN R. HOWES, ESQ.
21
     For Defendant Samhan:       RICHARD A. HAMAR, ESQ.
22

23   Court Reporter:             Pauline A. Stipes, C.S.R., C.M.

24                         PAULINE A. STIPES
                            Official Reporter
25                       U. S. District Court