```
 1              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
 2                    NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA, ) Docket No.
                               ) 00-6211-CR-HURLEY
 5                 Plaintiff,  )
     vs.                       ) West Palm Beach, Florida
 6                             ) February 14, 2002
     THOMAS NAROG,             )
 7   RABEH EL HADDAD, and      )
     MOHAMMED SAMHAN, et al.,  )
 8                             )     VOLUME 8
                   Defendants. )
 9   _____ x

10

11            COURT REPORTER'S TRANSCRIPT OF
             TESTIMONY AND PROCEEDINGS HAD BEFORE
12           JUDGE DANIEL T. K. HURLEY AND A JURY

13

     APPEARANCES:
14

     For the Government:      THOMAS O'MALLEY, ESQ.
15                            WILLIAM T. ZLOCH, ESQ.
                              Assistant U.S. Attorney
16

     For Defendant Narog:     FRED HADDAD, ESQ.
17

     For Defendant Aldin:     CHARLES G. WHITE, ESQ.
18

     For Defendant Aquil:     PAUL GOODMAN, ESQ.
19

     For Defendant Fneiche:   TIMOTHY BIASIELLO, ESQ.
20

     For Defendant El Haddad: JOHN R. HOWES, ESQ.
21

     For Defendant Samhan:    RICHARD A. HAMAR, ESQ.
22

23   Court Reporter:          Pauline A. Stipes, C.S.R., C.M.

24                       PAULINE A. STIPES
                          Official Reporter
25                      U. S. District Court
```