```
                    IN THE UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF FLORIDA
                            NORTHERN DIVISION



UNITED STATES OF AMERICA, ) Docket No.
                          ) 00-6211-CR-HURLEY
            Plaintiff,    )
vs.                       ) West Palm Beach, Florida
                          ) February 19, 2002
THOMAS NAROG,             )
RABEH EL HADDAD, and      )
MOHAMMED SAMHAN, et al.,  )
                          )     VOLUME 9
            Defendants.   )
_____ x



           COURT REPORTER'S TRANSCRIPT OF
        TESTIMONY AND PROCEEDINGS HAD BEFORE
        JUDGE DANIEL T. K. HURLEY AND A JURY


APPEARANCES:

For the Government:      THOMAS O'MALLEY, ESQ.
                         WILLIAM T. ZLOCH, ESQ.
                         Assistant U.S. Attorney

For Defendant Narog:     FRED HADDAD, ESQ.

For Defendant Aldin:     CHARLES G. WHITE, ESQ.

For Defendant Aquil:     PAUL GOODMAN, ESQ.

For Defendant Fneiche:   TIMOTHY BIASIELLO, ESQ.

For Defendant El Haddad: JOHN R. HOWES, ESQ.

For Defendant Samhan:    RICHARD A. HAMAR, ESQ.


Court Reporter:          Pauline A. Stipes, C.S.R., C.M.

                         PAULINE A. STIPES
                          Official Reporter
                         U. S. District Court
```