2758

```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                         NORTHERN DIVISION


UNITED STATES OF AMERICA,  ) Docket No.
                           ) 00-6211-CR-HURLEY
              Plaintiff,   )
vs.                        ) West Palm Beach, Florida
                           ) February 27, 2002
THOMAS NAROG,              )
RABEH EL HADDAD, and       )
MOHAMMED SAMHAN, et al.,   ) VOLUME 14
                           )
              Defendants.  )
_____x


             COURT REPORTER'S TRANSCRIPT OF
        TESTIMONY AND PROCEEDINGS HAD BEFORE
         JUDGE DANIEL T. K. HURLEY AND A JURY


APPEARANCES:

For the Government:       THOMAS O'MALLEY, ESQ.
                          WILLIAM T. ZLOCH, ESQ.
                          Assistant U.S. Attorney

For Defendant Narog:      FRED HADDAD, ESQ.

For Defendant Aldin:      CHARLES G. WHITE, ESQ.

For Defendant Aquil:      PAUL GOODMAN, ESQ.

For Defendant Fneiche:    TIMOTHY BIASIELLO, ESQ.

For Defendant El Haddad:  JOHN R. HOWES, ESQ.

For Defendant Samhan:     RICHARD A. HAMAR, ESQ.


Court Reporter:           Pauline A. Stipes, C.S.R., C.M.

                       PAULINE A. STIPES
                        Official Reporter
                      U. S. District Court
```