```
 1                 IN THE UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                          NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA,  ) Docket No.
                                ) 00-6211-CR-HURLEY
 5              Plaintiff,      )
     vs.                        ) West Palm Beach, Florida
 6                              ) March 11, 2002
     THOMAS NAROG,              )
 7   RABEH EL HADDAD, and       )
     MOHAMMED SAMHAN, et al.,   ) VOLUME 21
 8                              )
                Defendants.     )
 9   _____ x

10

11           COURT REPORTER'S TRANSCRIPT OF
            TESTIMONY AND PROCEEDINGS HAD BEFORE
12          JUDGE DANIEL T. K. HURLEY AND A JURY

13

14   APPEARANCES:

15   For the Government:      THOMAS O'MALLEY, ESQ.
                              WILLIAM T. ZLOCH, ESQ.
16                            Assistant U.S. Attorney

17   For Defendant Narog:     FRED HADDAD, ESQ.

18   For Defendant Aldin:     CHARLES G. WHITE, ESQ.

19   For Defendant Aquil:     PAUL GOODMAN, ESQ.

20   For Defendant Fneiche:   TIMOTHY BIASIELLO, ESQ.

21   For Defendant El Haddad: JOHN R. HOWES, ESQ.

22   For Defendant Samhan:    RICHARD A. HAMAR, ESQ.

23   Court Reporter:          Pauline A. Stipes, C.S.R., C.M.

24                        PAULINE A. STIPES
                           Official Reporter
25                        U. S. District Court
```