```
 1            IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
 2                     NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA,  ) Docket No.
                                ) 00-6211-CR-HURLEY
 5                 Plaintiff,   )
     vs.                        ) West Palm Beach, Florida
 6                              ) March 12, 2002
     THOMAS NAROG,              )
 7   RABEH EL HADDAD, and       )
     MOHAMMED SAMHAN, et al.,   ) VOLUME 22
 8                              )
                   Defendants.  )
 9   _____x

10

11           COURT REPORTER'S TRANSCRIPT OF
          TESTIMONY AND PROCEEDINGS HAD BEFORE
12        JUDGE DANIEL T. K. HURLEY AND A JURY

13

     APPEARANCES:
14

     For the Government:      THOMAS O'MALLEY, ESQ.
15                            WILLIAM T. ZLOCH, ESQ.
                              Assistant U.S. Attorney
16
     For Defendant Narog:     FRED HADDAD, ESQ.
17
     For Defendant Aldin:     CHARLES G. WHITE, ESQ.
18
     For Defendant Aquil:     PAUL GOODMAN, ESQ.
19
     For Defendant Fneiche:   TIMOTHY BIASIELLO, ESQ.
20
     For Defendant El Haddad: JOHN R. HOWES, ESQ.
21
     For Defendant Samhan:    RICHARD A. HAMAR, ESQ.
22

23   Court Reporter:          Pauline A. Stipes, C.S.R., C.M.

24                      PAULINE A. STIPES
                         Official Reporter
25                     U. S. District Court
```