```
 1              IN THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                      NORTHERN DIVISION


 3


 4   UNITED STATES OF AMERICA, ) Docket No.
                              ) 00-6211-CR-HURLEY
 5                Plaintiff,  )
     vs.                      ) West Palm Beach, Florida
 6                            ) March 13, 2002
     THOMAS NAROG,            )
 7   RABEH EL HADDAD, and     )
     MOHAMMED SAMHAN, et al., ) VOLUME 23
 8                            )
                  Defendants. )
 9   _____ x


10


11           COURT REPORTER'S TRANSCRIPT OF
          TESTIMONY AND PROCEEDINGS HAD BEFORE
12        JUDGE DANIEL T. K. HURLEY AND A JURY


13

     APPEARANCES:
14

     For the Government:      THOMAS O'MALLEY, ESQ.
15                            WILLIAM T. ZLOCH, ESQ.
                              Assistant U.S. Attorney
16

     For Defendant Narog:     FRED HADDAD, ESQ.
17

     For Defendant Aldin:     CHARLES G. WHITE, ESQ.
18

     For Defendant Aquil:     PAUL GOODMAN, ESQ.
19

     For Defendant Fneiche:   TIMOTHY BIASIELLO, ESQ.
20

     For Defendant El Haddad: JOHN R. HOWES, ESQ.
21

     For Defendant Samhan:    RICHARD A. HAMAR, ESQ.
22


23   Court Reporter:         Pauline A. Stipes, C.S.R., C.M.

24                      PAULINE A. STIPES
                        Official Reporter
25                   U. S. District Court
```