UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY(s)

FILED
JUN 1 4 2002

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS NAROG,

    Defendant.
_____/

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States requests that this Court enter a final order of forfeiture pursuant to 21 U.S. §853(n)(7). In support, the United States submits that:

1. On April 19, 2002, this Court entered a preliminary order of forfeiture against the defendant's interest, rights and title to the following property:

    a. a single family residence[1] located at 8 Castle Harbor Isle, Fort Lauderdale, Florida;

    b. 118 boxes, containing 144 bottles per box, of 60mg, 60 count "Tru-Choice Maximum" pseudoephedrine pills, and 31 boxes of loose 60mg "Tru-Choice Maximum" pseudoephedrine pills packaged in clear ziplock baggies; and

    c. 875 boxes, containing 48 bottles per box, of 60 mg, 60 count "Tru-Choice Maximum" pseudoephedrine pills.

---

[1] The residence is also known as: Bermuda-Riviera Sub of Galt Ocean Mile, 38-46 B, Lot 2 Block D. APN 49-43-19-03-0830.

2. On May 9, 2002, the notice of forfeiture regarding the entry of the preliminary order of forfeiture against the property in this matter was published in the Broward Daily Business Review, a newspaper of general circulation.

3. Proof of the publication was filed with this Court on May 15, 2002.

4. No person has filed a petition pursuant to the notice of forfeiture and the deadline to do so has expired. The United States is not aware of any other person or entity having a remaining interest in the property listed in paragraph one.

5. The United States is entitled to a final order of forfeiture against the defendant property in this matter pursuant to 21 U.S.C. §853(n)(7).

WHEREFORE, the United States requests that this Court enter the attached Final Order of Forfeiture against the property in this matter.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180
Bar No. A5500074

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 14th day of June, 2002, to:

Fred Haddad, Esq.
Attorney for Thomas Narog
1 Financial Plaza
Suite 2612
Fort Lauderdale, FL 33394

                                                                                         WILLIAM H. BECKERLEG, JR.
                                                                                         ASSISTANT U.S. ATTORNEY