

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

### NOTICE OF APPEAL

Notice is hereby given that the Defendant, Thomas Narog, takes and enters this his Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit to review the Orders, Judgment, Sentence and the Preliminary Order of Forfeiture entered on June 7, 2002.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Thomas O'Malley, Esq., Office of the U.S. Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394-3092, this 7th day of June, 2002.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel:  [954] 467-6767
Fax:  [954] 760-4421
By: _____
    FRED HADDAD
    Florida Bar No. 180891