UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA,

   Plaintiff,

v.

THOMAS NAROG,

   Defendant.

_____/



## FINAL ORDER OF FORFEITURE

WHEREAS, on April 19, 2002, this Court entered a preliminary order of forfeiture against the defendant's interest, rights and title to the following property:

 a. a single family residence[1] located at 8 Castle Harbor Isle, Fort Lauderdale, Florida;

 b. 118 boxes, containing 144 bottles per box, of 60mg, 60 count "Tru-Choice Maximum" pseudoephedrine pills, and 31 boxes of loose 60mg "Tru-Choice Maximum" pseudoephedrine pills packaged in clear ziplock baggies; and

 c. 875 boxes, containing 48 bottles per box, of 60 mg, 60 count "Tru-Choice Maximum" pseudoephedrine pills.

WHEREAS, on May 9, 2002, the notice of forfeiture regarding the entry of the preliminary order of forfeiture against the property in this matter was published in the Broward Daily Business Review, a newspaper of general circulation;

WHEREAS, proof of the publication was filed with this Court on May 15, 2002;

---

[1]The residence is also known as: Bermuda-Riviera Sub of Galt Ocean Mile, 38-46 B, Lot 2 Block D. APN 49-43-19-03-0830.

WHEREAS, no person has filed a petition pursuant to the notice of forfeiture and the deadline to do so has expired. The United States is not aware of any other person or entity having a remaining interest in the defendant's property;

WHEREAS, the Court is not aware of any other party having a remaining interest in the defendant's property, it is hereby

ORDERED and ADJUDGED, that pursuant to 21 U.S.C. §853, the above referenced property is HEREBY CONDEMNED, FORFEITED and VESTED to the United States of America, and shall be disposed by the United States Marshals Service in accordance with law.

DONE and ORDERED this _____ day of June, 2002, at West Palm Beach, Florida.

_____
HONORABLE DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

cc: AUSA William H. Beckerleg, Jr.
    AUSA Thomas O'Malley
    Fred Haddad, Esq.

2