UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

NIGHT BOX FILED
JUN 25 2
CLERK, USDC / SDFL / ..PB

## AMENDED NOTICE OF APPEAL TO INCLUDE FINAL ORDER OF FORFEITURE

Notice is hereby given that the Defendant, having filed Notice of Appeal from the Judgment, Sentence and Preliminary Order of Forfeiture on June 17, 2002 does hereby amend his Notice of Appeal to include the Final Order of Forfeiture entered by the Court on June 24, 2002.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Thomas O'Malley, Esq., Office of the U.S. Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394-3092, this 25th day of June, 2002.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel:  [954] 467-6767
Fax:  [954] 760-4421

By: _____
    FRED HADDAD
    Florida Bar No. 180891