```
 1              IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                     NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA,  ) Docket No.
                                ) 00-6211-CR-HURLEY
 5             Plaintiff,       )
     vs.                        ) West Palm Beach, Florida
 6                              ) June 7, 2002
     THOMAS NAROG,              )
 7                              ) VOLUME 26
               Defendant.       )
 8   _____x

 9

10

11          COURT REPORTER'S TRANSCRIPT OF
         TESTIMONY AND PROCEEDINGS HAD BEFORE
12        JUDGE DANIEL T. K. HURLEY AND A JURY

13

14
     APPEARANCES:
15
     For the Government:     THOMAS O'MALLEY, ESQ.
16                           WILLIAM T. ZLOCH, ESQ.
                             Assistant U.S. Attorney
17

18   For Defendant Narog:    FRED HADDAD, ESQ.

19

20   Court Reporter:         Pauline A. Stipes, C.S.R., C.M.

21

22

23

24              PAULINE A. STIPES
                 Official Reporter
25            U. S. District Court
```