UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS NAROG,

    Defendant.
_____/

NIGHT BOX FILED
SEP 2 6 2002
CLERK, USDC / SDFL / WPB

**UNITED STATES' MOTION TO PARTIALLY SET
ASIDE THE FINAL ORDER OF FORFEITURE**

The United States requests that the final order of forfeiture be set aside partially in order to attempt service of process upon a third party, SunTrust Bank. In support the United States submits that:

1.    On April 19, 2002, this Court entered a preliminary order of forfeiture against the defendant's residence at 8 Castle Harbor Drive, Fort Lauderdale, Florida, and set a deadline for third parties asserting an interest in the forfeited property to file a petition for ancillary hearings pursuant to 21 U.S.C. §853(n)(2)

2.    On June 24, 2002, a final order of forfeiture was entered in this matter against defendant's residence located at 8 Castle Harbor Drive, Fort Lauderdale, Florida.

3.    Prior to obtaining the final order, the undersigned had been informed that defendant's residence was owned free and clear of any third party interests. The undersigned, however, recently learned to the contrary. There is a first mortgage on the defendant's property, still outstanding, and SunTrust Bank ("SunTrust") is the mortgagee. SunTrust was never served with any of the forfeiture

orders in this matter. Consequently, SunTrust was unable to file its third party petitions under 21 U.S.C. §853 (n) and its mortgage interest was omitted from the forfeiture orders.

4. The United States Marshals Service ("Marshals") requires an order from the Court in order to satisfy the SunTrust's mortgage interest. Additionally, service on SunTrust is required by the title company used by the Marshals in order to ultimately convey marketable title and dispose properly of the defendant's residence.

5. The final order of forfeiture needs to be set aside partially so as to serve the preliminary order of forfeiture on SunTrust Bank so that they can file their third party petition pursuant to 21 U.S.C. §853(n)(6) and their interest can later on be included in the amended final order of forfeiture.

6. The relief requested will not prejudice any of the parties in this matter.

7. A proposed order partially setting aside the final order of forfeiture is attached hereto.

WHEREFORE, the United States requests that this Court partially set aside the final order of forfeiture to allow the United States to serve and deal with SunTrust Bank in this matter.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
WILLIAM H. BECKERLEG, JR.
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Fla. Bar No. A5500074
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed via Federal Express this 26TH day of September, 2002, to:

Cathy Homa-Arthea, Esq.
Attorney for SunTrust Bank
200 S. Orange Avenue, 9th Floor
Orlando, FL 32801

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　WILLIAM H. BECKERLEG, JR.
　　　　　　　　　　　　　　　　　　　　　ASSISTANT U.S. ATTORNEY