1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED by _____ D.C.
CT. REP.

SEP 30 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,                    CASE NO. 00-6211-CR-HURLEY

          Plaintiff,                         West Palm Beach, Florida
                                             March 1, 2001

     v.

THOMAS NAROG,

          Defendant.
_____X


          Transcript of Motion to Suppress had

          before the Honorable Ann E. Vitunac,

              United States Magistrate Judge.



APPEARANCES:

FOR THE GOVERNMENT:   LAURENCE M. BARDFELD, A.U.S.A.

FOR THE DEFENDANT:    FRED HADDAD, ESQ.


KIMBERLY V. MESFUN, RPR
OFFICIAL COURT REPORTER
301 N. Miami Avenue, Room 396
Miami, Florida  33128-7788
(305)  523-5631


Proceedings recorded by mechanical stenography, transcript
produced by notereading.