UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS NAROG,

    Defendant.

_____/

FILED by _____ D.C.
OCT - 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER PARTIALLY SETTING ASIDE
## THE FINAL ORDER OF FORFEITURE

WHEREAS, On April 19, 2002, this Court entered a preliminary order of forfeiture against the defendant's residence at 8 Castle Harbor Drive, Fort Lauderdale, Florida, and set a deadline for third parties asserting an interest in the forfeited property to file a petition for ancillary hearings pursuant to 21 U.S.C. §853(n)(2);

WHEREAS, on June 24, 2002, a final order of forfeiture was entered in this matter against defendant's residence;

WHEREAS, on September 27, 2002, the United States filed a motion seeking to partially set aside the final order of forfeiture in order to serve and deal with a third party interest (mortgage of SunTrust Bank) which was omitted from the final order of forfeiture. After reviewing the motion and the record in this matter, it is hereby

**ORDERED, ADJUDGED AND DECREED**, as follows:

1.     The United States' motion to partially set aside the final order of forfeiture is **GRANTED**.

2. The United States shall proceed to serve the preliminary order of forfeiture upon the mortgagee, SunTrust Bank promptly.

3. Once SunTrust Bank's mortgage interests has been dealt with, the United States shall request an amended final order of forfeiture providing for and dealing with SunTrust's mortgage interest in the defendant's residence.

**DONE and ORDERED** this _3rd_ day of October, 2002, in West Palm Beach, Florida.

HONORABLE DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

cc: AUSA William H. Beckerleg, Jr.
    Cathy Homa-Arthea, Esq.
    United States Marshals Service