# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### 701 CLEMATIS STREET
### WEST PALM BEACH, FLORIDA 33401

CLARENCE MADDOX,
CLERK OF COURT

Date:  **October 23, 2002**

**Clerk, United States Court of Appeals**
**Eleventh Circuit**
56 Forsyth Street, N. W.
Atlanta, GA. 30303

IN RE:     District Court No:   00-6211-CR-DTKH

           Appeal Court No:   02-13437-A

           Style:   USA   V.   NAROG

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern
District of Florida hereby certifies that, as shown on the enclosed index, the record
is complete for purposes of this appeal.  The record (including the transcript or
parts thereof designated for inclusion and all necessary exhibits) consists of:

| | |
|---|---|
| 2 | Volume(s) of pleadings; |
| 27 | Volume(s) of transcripts; |

Exhibits:          boxes;          folders;

                   envelopes;          other;

           1    PSIs (sealed)

   X    Other: One (1) EXPANDABLE   W/DE# 535, 536

Sincerely,

CLARENCE MADDOX, , Clerk of Court

By: _Marjorie R. Rotete_
       Deputy Clerk
Attachment
C: Court file

```
                                                     AEV     PRIOR
                                                     APPEAL  INTERP
                        U.S. District Court
          Southern District of Florida (FtLauderdale)

          CRIMINAL DOCKET FOR CASE #: 00-CR-6211-ALL
```

USA v. Narog, et al                                    Filed: 08/01/00

Other Dkt # 0:00-m -04190
Other Dkt # 0:00-m -04189
Other Dkt # 0:00-m -04188

Case Assigned to:  Judge Daniel T. K. Hurley

```
THOMAS NAROG (1) , Address: 8        Alvin Ernest Entin
Castle Harbor Isle Ft.                 [term  06/17/02]
Lauderdale FL. 33308                 FTS 767-8343
     defendant                       [COR LD NTC cja]
  [term  06/17/02]                   Entin Margules & Della Fera
                                     110 SE 6th Street
                                     Suite 1970 Auto Nation Tower
                                     Fort Lauderdale, FL 33301
                                     954-761-7201

                                     Fred Haddad
                                       [term  06/17/02]
                                     FTS 760-4421
                                     954-467-6767
                                     [COR LD NTC ret]
                                     Fred Haddad
                                     1 Financial Plaza
                                     Suite 2612
                                     Fort Lauderdale, FL 33394
                                     954-467-6767
```

Pending Counts:                           Disposition

21:846=CM.F CONSPIRACY              imprisonment 235 months as to
MANUFACTURE CONTRL SUBST           each of counts and supervised
(1rs)                              release 36 months
                                      (1rs)

21:846=CM.F CONSPIRACY              imprisonment 235 months to be
MANUFACTURE CONTRL SUBST           served concurrently with
(2rs)                              counts 1 and 3-14; supervised
                                   release 60 months to be
                                   served concurrently with counts
                                   1 and 3-14
                                      (2rs)

21:841D=CM.F CONTROLLED            imprisonment 235 months as to
SUBSTANCE - MANUFACTURE           each of counts and supervised

Docket as of October 22, 2002 11:41 am           Page 1

```
Proceedings include all events.                                        AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP
(3rs - 5rs)                      release 36 months
                                 (3rs - 5rs)

21:841D=CM.F CONTROLLED          imprisonment 235 months as to
SUBSTANCE - MANUFACTURE          each of counts and supervised
(6rs)                            release 36 months
                                 (6rs)

21:841D=CM.F CONTROLLED          imprisonment 235 months as to
SUBSTANCE - MANUFACTURE          each of counts and supervised
(7rs)                            release 36 months
                                 (7rs)

21:841D=CM.F CONTROLLED          imprisonment 235 months as to
SUBSTANCE - MANUFACTURE          each of counts and supervised
(8rs)                            release 36 months
                                 (8rs)

21:841D=CM.F CONTROLLED          imprisonment 235 months as to
SUBSTANCE - MANUFACTURE          each of counts and supervised
(9rs - 14rs)                     release 36 months
                                 (9rs - 14rs)


Offense Level (opening): 4

Terminated Counts:                        Disposition

21:846=CD.F CONSPIRACY           dismissed
DISTRIBUTE CONTRL SUBST          (1)
(1)

21:841D=CM.F CONTROLLED          dismissed
SUBSTANCE - MANUFACTURE          (2)
(2)

21:841D=CM.F CONTROLLED          dismissed
SUBSTANCE - MANUFACTURE          (3)
(3)

21:841D=CM.F CONTROLLED          dismissed
SUBSTANCE - MANUFACTURE          (4)
(4)

21:841D=CM.F CONTROLLED          dismissed
SUBSTANCE - MANUFACTURE          (5)
(5)

21:841D=CM.F CONTROLLED          dismissed
SUBSTANCE - MANUFACTURE          (6)
(6)
```

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR   APPEAL
                                                        INTERP

21:841D=CM.F CONTROLLED            dismissed
SUBSTANCE - MANUFACTURE Counts     (7)
1-7   include Forfeiture
pursuant to 21 USC 853 as to
all          defendants.
(7)


Offense Level (disposition): 4
```

Complaints                              Disposition

```
21:841,846 Conspiracy to PWID
pseudoephedrine, used to
manufacture methamphetamine.
[ 0:00-m -4188 ]
```

=========================

Case Assigned to:  Judge Daniel T. K. Hurley

GHANDI JABER (2)                    Jack Alan Goldberger
      defendant                    [COR LD NTC ret]
                                   Atterbury Goldberger &
                                   Richardson
                                   250 Australian Avenue South
                                   Suite 1400
                                   West Palm Beach, FL 33401-5012
                                   561-659-8300

                                   Glenn Seiden
                                   FTS 236-5498
                                   312-236-3060
                                   Suite 1200
                                   [COR LD NTC ret]
                                   20 N Clark Street
                                   Chicago, IL 60602-3105

Pending Counts:                         Disposition

```
21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:846=CM.F CONSPIRACY
MANUFACTURE CONTRL SUBST
(1rs)
```

```
Proceedings include all events.                                        AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP
```

```
21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(2)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(3)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(4)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(5)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(6rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(8rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(10rs - 11rs)
```

```
Offense Level (opening): 4
```

```
Terminated Counts:

    NONE
```

```
Complaints                      Disposition

21:841,846 Conspiracy to PWID
pseudoephedrine, used to
manufacture methamphetamine.
[ 0:00-m -4188 ]
```

```
=========================
```

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al               PRIOR   APPEAL
                                                          INTERP
Case Assigned to:  Judge Daniel T. K. Hurley

AHMAD ALMASRI (3) , Language:    Howard Leslie Greitzer
Arabic                             [term  04/05/01]
     defendant                   FTS 763-4856
                                 [COR LD NTC cja]
                                 Lyons & Sanders
                                 600 NE 3rd Avenue
                                 Fort Lauderdale, FL 33304
                                 954-467-8700

                                 Francis Wesley Blankner, Sr.
                                 [COR LD NTC ret]
                                 Katz Jaeger & Blankner
                                 217 E Ivanhoe Boulevard N
                                 Orlando, FL 32804
                                 407-894-0341

                                 Richard Douglas Docobo
                                 FTS 326-0219
                                 305-326-0330
                                 [COR LD NTC ret]
                                 1571 NW 13th Court
                                 Miami, FL 33125

                                 Mark E. NeJame
                                 FTS 245-2980
                                 407-245-1232
                                 Suite 304
                                 [COR LD NTC ret]
                                 1 S Orange Avenue
                                 Orlando, FL 32801
```

| Pending Counts: | Disposition |
|---|---|
| 21:846=CM.F CONSPIRACY MANUFACTURE CONTRL SUBST (1rs) | Imprisonment 78 months; supervised release 3 years (1rs) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 21:846=CD.F CONSPIRACY DISTRIBUTE CONTRL SUBST (1) | dismissed (1) |
| 21:841D=CM.F CONTROLLED SUBSTANCE - MANUFACTURE (4) | dismissed (4) |

```
Proceedings include all events.                              AEV
0:00cr6211-ALL USA v. Narog, et al           PRIOR   APPEAL
                                                     INTERP
21:841D=CM.F CONTROLLED          dismissed
SUBSTANCE - MANUFACTURE         (10rs)
(10rs)


Offense Level (disposition): 4



Complaints                      Disposition

21:841,846 Conspiracy to PWID
& PWID pseudoephedrine used
to manufacture methamphetamine
[ 0:00-m -4189 ]



========================
Case Assigned to:  Judge Daniel T. K. Hurley

NADIA ALMASRI (4) , Language:   Robert E. Adler
Arabic    Address: 925 Fenton    [term  04/26/02]
Lane #4, Lakeland, Fl.33809     FTS 833-0368
DOB: 11/21/64 Prisoner #:        [COR LD NTC pda]
39192-018                       Public Defender
    defendant                    [term  03/21/01]
  [term  04/26/02]              FTS 833-0368
                                 [COR LD NTC pda]
                                Federal Public Defender's
                                Office
                                400 Australian Avenue N
                                Suite 300
                                West Palm Beach, FL 33401-5634
                                561-833-6288

                                Richard Douglas Docobo
                                 [term  03/21/01]
                                FTS 326-0219
                                305-326-0330
                                 [COR LD NTC ret]
                                1571 NW 13th Court
                                Miami, FL 33125
```

```
Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR   APPEAL
                                                                   INTERP
```

Pending Counts:                         Disposition

```
18:371.F CONSPIRACY TO DEFRAUD    Probation 2 years; Assessed $
THE UNITED STATES                 100.00
(1rss)                            (1rss)
```

Offense Level (opening): 4

Terminated Counts:                      Disposition

```
21:846=CD.F CONSPIRACY            dismissed
DISTRIBUTE CONTRL SUBST           (1)
(1)

21:846=CM.F CONSPIRACY            dismissed
MANUFACTURE CONTRL SUBST          (1rs)
(1rs)

21:841D=CM.F CONTROLLED           dismissed
SUBSTANCE - MANUFACTURE           (4)
(4)

21:841D=CM.F CONTROLLED           dismissed
SUBSTANCE - MANUFACTURE           (10rs)
(10rs)
```

Offense Level (disposition): 4

Complaints                              Disposition

```
21:841,846 Conspiracy to PWID
& PWID pseudoephedrine used
to manufacture methamphetamine
[ 0:00-m -4189 ]
```

==========================

```
Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR   APPEAL
                                                                    INTERP
Case Assigned to:  Judge Daniel T. K. Hurley

MUTASEM AL-SALHI (5)
        defendant
 [term  03/13/01]


Pending Counts:

    NONE


Terminated Counts:                          Disposition

21:846=CD.F CONSPIRACY              dismissed
DISTRIBUTE CONTRL SUBST             (1)
(1)

21:841D=CM.F CONTROLLED             dismissed
SUBSTANCE - MANUFACTURE             (2)
(2)

21:841D=CM.F CONTROLLED             dismissed
SUBSTANCE - MANUFACTURE             (3)
(3)


Offense Level (disposition): 4



Complaints:

    NONE


========================
```

```
Proceedings include all events.                                         AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR   APPEAL
                                                                    INTERP
Case Assigned to:  Judge Daniel T. K. Hurley

SABER ABDELMUTI (6) , Address:      Theodore Willard Weeks, IV
432 South Road Lakeland, FL.         [term  04/04/02]
33809 Language: Arabic DOB:         FTS 683-7462
12/5/59                             [COR LD NTC ret]
      defendant                     Lane Trohn Bertrand & Vreeland
 [term  04/04/02]                   1 Lake Morton Drive
                                    PO Box 3
                                    Lakeland, FL 33802-0003
                                    941-284-2200


Pending Counts:                          Disposition

21:846=CM.F CONSPIRACY              Imprisonment 1 year and 1 day;
MANUFACTURE CONTRL SUBST            supervised release 2 years;
(1rs)                               assessed $ 100.00
                                    (1rs)


Offense Level (opening): 4


Terminated Counts:                       Disposition

21:846=CD.F CONSPIRACY              dismissed
DISTRIBUTE CONTRL SUBST             (1)
(1)

21:841D=CM.F CONTROLLED             dismissed
SUBSTANCE - MANUFACTURE             (4)
(4)

21:841D=CM.F CONTROLLED             dismissed
SUBSTANCE - MANUFACTURE             (10rs)
(10rs)


Offense Level (disposition): 4



Complaints:

    NONE


========================


Docket as of October 22, 2002 11:41 am              Page 9
```

```
Proceedings include all events.                                         AEV
0:00cr6211-ALL USA v. Narog, et al                             PRIOR  APPEAL
                                                                      INTERP
```

Case Assigned to:  Judge Daniel T. K. Hurley

```
RAED NASER ALDIN (7) ,              Charles Garret White
Language: Arabic                   FTS 914-0166
        defendant                  [COR LD NTC ret]
                                   Charles G. White
                                   1031 Ives Dairy Road
                                   Suite 228
                                   Miami, FL 33179-3455
                                   305-914-0160
```

Pending Counts:                           Disposition

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:846=CM.F CONSPIRACY
MANUFACTURE CONTRL SUBST
(1rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(5)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(11rs)

Offense Level (opening): 4

Terminated Counts:

    NONE

Complaints                                Disposition

21:841,846 Conspiracy to PWID
pseudoephedrine, used to
manufacture methamphetamine.
[ 0:00-m -4188 ]

=========================

```
Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP
Case Assigned to:  Judge Daniel T. K. Hurley

NABIL AQUIL (8) , Address: 837      Paul Goodman
Sunrise Place Roselle,               [term  04/01/02]
Illinois 60172 DOB: 2/16/62         FTS 236-5498
Prisoner # 20047-424                312-236-3060
       defendant                    Suite 1015
  [term  04/01/02]                  [COR LD NTC ret]
                                    33 North Dearborn Street
                                    Chicago, IL 60602-3105


Pending Counts:

   NONE


Terminated Counts:                        Disposition

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:846=CM.F CONSPIRACY             acquittal
MANUFACTURE CONTRL SUBST           (1rs)
(1rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(5)

21:841D=CM.F CONTROLLED            acquittal
SUBSTANCE - MANUFACTURE            (11rs)
(11rs)


Offense Level (disposition): 4




Complaints                           Disposition

21:841,846 Conspiracy to PWID
& PWID pseudoephedrine used
to manufacture methamphetamine
[ 0:00-m -4190 ]


==========================
```

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                       PRIOR   APPEAL
                                                                 INTERP
Case Assigned to:  Judge Daniel T. K. Hurley

NIZAR FNEICHE (9) , Address:        Timothy Biasiello
6021 North Sacramento Chicago,      FTS 853-0507
IL. 60659 DOB: 2/16/76 and          312-853-0343
Prisoner # 20046-424                Suite 1015
       defendant                    [COR LD NTC ret]
   [term  06/17/02]                 33 North Dearborn Street
                                    Chicago, IL 60602-3105


Pending Counts:                          Disposition

21:841D=CM.F CONTROLLED             Imprisonment 63 months;
SUBSTANCE - MANUFACTURE             supervised release 3 years
(11rs)                              (11rs)


Offense Level (opening): 4


Terminated Counts:                       Disposition

21:846=CD.F CONSPIRACY              dismissed
DISTRIBUTE CONTRL SUBST             (1)
(1)

21:846=CM.F CONSPIRACY              aquitted
MANUFACTURE CONTRL SUBST            (1rs)
(1rs)

21:841D=CM.F CONTROLLED             dismissed
SUBSTANCE - MANUFACTURE             (5)
(5)


Offense Level (disposition): 4



Complaints                          Disposition

21:841,846 Conspiracy to PWID
& PWID pseudoephedrine used
to manufacture methamphetamine
[ 0:00-m -4190 ]


========================


Docket as of October 22, 2002 11:41 am            Page 12
```

```
Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR  APPEAL
                                                                       INTERP
Case Assigned to:  Judge Daniel T. K. Hurley

MOTLAQ JABER (10)
     defendant


Pending Counts:                        Disposition

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:846=CM.F CONSPIRACY
MANUFACTURE CONTRL SUBST
(1rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(2)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(3)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(5)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(6rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(8rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(11rs)


Offense Level (opening): 4


Terminated Counts:

     NONE
```

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                      PRIOR  APPEAL
                                                               INTERP

Complaints                              Disposition

21:841,846 Conspiracy to PWID
pseudoephedrine, used to
manufacture methamphetamine.
[ 0:00-m -4188 ]


========================

Case Assigned to:  Judge Daniel T. K. Hurley

TEREK ZAKI ABU-LAWI (11)
     defendant


Pending Counts:                         Disposition

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:846=CM.F CONSPIRACY
MANUFACTURE CONTRL SUBST
(1rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(2)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(6rs)


Offense Level (opening): 4


Terminated Counts:

     NONE


Complaints:

     NONE


========================


Docket as of October 22, 2002 11:41 am          Page 14
```

```
Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP
Case Assigned to:  Judge Daniel T. K. Hurley
```

```
RABAH EL HADDAD (12) ,               Howard Milton Srebnick
Address: 17112 SW 143 Place          FTS 358-2006
Miami 33177                          [COR LD NTC tmp]
     defendant                       Black Srebnick Kornspan &
                                     Stumpf
                                     201 S Biscayne Boulevard
                                     Suite 1300
                                     Miami, FL 33131
                                     305-371-6421

                                     Alvin Ernest Entin
                                     FTS 767-8343
                                     [COR LD NTC cja]
                                     Entin Margules & Della Fera
                                     110 SE 6th Street
                                     Suite 1970 Auto Nation Tower
                                     Fort Lauderdale, FL 33301
                                     954-761-7201

                                     John Robert Howes
                                     FTS 462-2255
                                     [COR LD NTC ret]
                                     John R. Howes
                                     Trial Lawyers Building
                                     633 SE 3rd Avenue
                                     Suite 4R
                                     Fort Lauderdale, FL 33302
                                     954-763-6003
```

```
Pending Counts:                      Disposition

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:846=CM.F CONSPIRACY
MANUFACTURE CONTRL SUBST
(1rs)

21:846=CM.F CONSPIRACY
MANUFACTURE CONTRL SUBST
(2rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(5)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(6)
```

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al             PRIOR  APPEAL
                                                      INTERP

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(11rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(12rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(14rs)


Offense Level (opening): 4


Terminated Counts:

    NONE



Complaints                          Disposition

21:841,846 Conspiracy to PWID
pseudoephedrine, used to
manufacture methamphetamine.
[ 0:00-m -4188 ]


========================
```

```
Proceedings include all events.                              AEV
0:00cr6211-ALL USA v. Narog, et al                 PRIOR  APPEAL
                                                          INTERP
Case Assigned to:  Judge Daniel T. K. Hurley

ZUHAIR MAHUMUD RABEI (13) ,        Randee J. Golder
Language: Arabic Address: 2131      [term  04/04/02]
Meridian Apt. 130 Tallahassee,     FTS 752-9889
FL 32303 DOB: 11/29/87             [COR LD NTC cja]
Prisoner # 88691-079               PO Box 243756
     defendant                     Boynton Beach, FL 33424-3756
  [term  04/04/02]                 561-752-9890


Pending Counts:                         Disposition

21:846=CM.F CONSPIRACY             Imprisonment for a term of time
MANUFACTURE CONTRL SUBST           served; Supervised Release   2
(1s)                               years; Assessed $ 100.00
                                   (1s)


Offense Level (opening): 4


Terminated Counts:                      Disposition

21:846=CD.F CONSPIRACY             dismissed
DISTRIBUTE CONTRL SUBST            (1)
(1)

21:841D=CM.F CONTROLLED            dismissed
SUBSTANCE - MANUFACTURE            (4)
(4)

21:841D=CM.F CONTROLLED            dismissed
SUBSTANCE - MANUFACTURE            (10s)
(10s)


Offense Level (disposition): 4



Complaints:

    NONE


========================
```

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                         PRIOR  APPEAL
                                                                  INTERP
Case Assigned to:  Judge Daniel T. K. Hurley
```

MOHAMMED SAMHAN (14) , 12901        Leonard Paul Fenn
SW 60th Street, Miami, Florida        [term  02/20/01]
33183                               FTS 444-0913
     defendant                      305-448-7200
  [term  06/17/02]                  [COR LD NTC ret]
                                    DeFabio & Fenn
                                    2121 Ponce de Leon Boulevard
                                    Suite 430
                                    Coral Gables, FL 33134
                                    305-448-7200

                                    Maria Rivas Hamar
                                      [term  06/17/02]
                                    FTS 550-0461
                                    [COR LD NTC ret]
                                    Richard A. Hamar
                                      [term  06/17/02]
                                    FTS 550-0461
                                    [COR LD NTC ret]
                                    Hamar & Hamar
                                    2437 Briarcrest Road
                                    Beverly Hills, CA 90210
                                    310-550-0460

                                    Jeffrey M. Voluck
                                    FTS 779-3908
                                    [COR LD NTC ret]
                                    Jeffrey M. Voluck
                                    200 SE 6th Street
                                    Suite 201
                                    Fort Lauderdale, FL 33301
                                    954-467-8989


Pending Counts:                          Disposition

21:841D=CM.F CONTROLLED             imprisonment 78 months as to
SUBSTANCE - MANUFACTURE             each count and supervised
(11rs)                              release 36 months as to each
                                    count to be served
                                    concurrently; assessed $
                                    300.00; fined $ 10,000.00
                                    (11rs)

21:841D=CM.F CONTROLLED             imprisonment 78 months as to
SUBSTANCE - MANUFACTURE             each count and supervised
(12rs)                              release 36 months as to each
                                    count to be served
                                    concurrently; assessed $
                                    300.00; fined $ 10,000.00
                                    (12rs)


Docket as of October 22, 2002 11:41 am                    Page 18

```
Proceedings include all events.                                        AEV
0:00cr6211-ALL USA v. Narog, et al                         PRIOR   APPEAL
                                                                   INTERP

21:841D=CM.F CONTROLLED        imprisonment 78 months as to
SUBSTANCE - MANUFACTURE        each count and supervised
(14rs)                         release 36 months as to each
                               count to be served
                               concurrently; assessed $
                               300.00; fined $ 10,000.00
                               (14rs)


Offense Level (opening): 4


Terminated Counts:                  Disposition

21:846=CD.F CONSPIRACY         dismissed
DISTRIBUTE CONTRL SUBST        (1)
(1)

21:846=CM.F CONSPIRACY         aquitted
MANUFACTURE CONTRL SUBST       (1rs)
(1rs)

21:846=CM.F CONSPIRACY         aquitted
MANUFACTURE CONTRL SUBST       (2rs)
(2rs)

21:841D=CM.F CONTROLLED        dismissed
SUBSTANCE - MANUFACTURE        (5)
(5)

21:841D=CM.F CONTROLLED        dismissed
SUBSTANCE - MANUFACTURE        (6)
(6)


Offense Level (disposition): 4



Complaints                          Disposition

21:841,846 Conspiracy to PWID
pseudoephedrine, used to
manufacture methamphetamine.
[ 0:00-m -4188 ]
```

```
Proceedings include all events.                                        AEV
0:00cr6211-ALL USA v. Narog, et al                         PRIOR   APPEAL
                                                                   INTERP
```

Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints:

    NONE

U. S. Attorneys:

    Laurence M. Bardfeld, AUSA
     [term  09/24/01]
    FTS 356-7336
    954-356-7255
    [COR LD NTC]
    Thomas Anthony O'Malley
    FTS 356-7336
    954-356-7255
    [COR LD NTC]
    United States Attorney's Office
    500 E Broward Boulevard
    7th Floor
    Fort Lauderdale, FL 33394-3002
    954-356-7255

    PTS Officer
    561-803-3460
    [COR LD NTC]
    Pretrial Services Office
    701 Clematis Street
    Room 221
    West Palm Beach, FL 33401
    561-803-3460

    Probation Officer
    FTS 655-1049
    561-804-6894
    [COR LD NTC]
    United States Probation Office
    501 S Flagler Drive
    Suite 400
    West Palm Beach, FL 33401-5912
    561-804-6894

*Begin Vol #1*

```
Proceedings include all events.                                            AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP
7/29/00  (1)     COMPLAINT as to Thomas Narog, Ghandi Jaber, Motlaq Jaber,
                 Rabah El Haddad, Mohammed Samhan, Raed Naser Aldin
                 [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/29/00   2       ARREST WARRANT issued as to Motlaq Jaber .    Warrant
                 issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                 Requested
                 [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/29/00   3       ARREST WARRANT issued as to Raed Naser Aldin .    Warrant
                 issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                 Requested
                 [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/29/00   4       ARREST WARRANT issued as to Rabah El Haddad .    Warrant
                 issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                 Requested
                 [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/30/00   --     ARREST of Thomas Narog, Ghandi Jaber, Mohammed Samhan
                 [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00   1      COMPLAINT as to Nabil Aquil, Nizar Fneiche
                 [ 0:00-m -4190 ] (dd) [Entry date 07/31/00]

7/31/00   1      COMPLAINT as to Ahmad Almasri, Nadia Almasri
                 [ 0:00-m -4189 ] (dd) [Entry date 07/31/00]

7/31/00   2       ARREST WARRANT issued as to Nabil Aquil .    Warrant
                 issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                 Requested
                 [ 0:00-m -4190 ] (dd) [Entry date 07/31/00]

7/31/00   2       ARREST WARRANT issued as to Ahmad Almasri .    Warrant
                 issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                 Requested
                 [ 0:00-m -4189 ] (dd) [Entry date 07/31/00]

7/31/00   3       ARREST WARRANT issued as to Nadia Almasri .    Warrant
                 issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                 Requested
                 [ 0:00-m -4189 ] (dd) [Entry date 07/31/00]

7/31/00   3       ARREST WARRANT issued as to Nizar Fneiche .    Warrant
                 issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                 Requested
                 [ 0:00-m -4190 ] (dd) [Entry date 07/31/00]
```

Vol # 1 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al               PRIOR  APPEAL
                                                         INTERP
```

7/31/00  (5)      ORDER on Initial Appearance as to Thomas Narog Bond set to
                  PTD Requested . Arraignment set for 11:00 8/10/00 ; Report
                  re counsel set for 11:00 8/10/00 ; Detention hearing set
                  for 10:00 8/8/00 before Magistrate Barry S. Seltzer, ,
                  ( Signed by Magistrate Barry S. Seltzer on 7/31/00) Tape #
                  00-061 CCAP
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00  6        ORDER on Initial Appearance as to Ghandi Jaber Bond set to
                  PTD Requested. Arraignment set for 11:00 8/10/00 ; Report
                  re counsel set for 10:00 8/8/00; Detention hearing set for
                  10:00 8/8/00 before Magistrate Barry S. Seltzer, , (
                  Signed by Magistrate Barry S. Seltzer on 7/31/00) Tape #
                  00-061 CCAP
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00  7        ORDER on Initial Appearance as to Mohammed Samhan Bond set
                  to PTD Requested . Arraignment set for 11:00 8/10/00 ;
                  Report re counsel set for 11:00 8/10/00; Detention hearing
                  set for 10:00 8/3/00 before Magistrate Barry S. Seltzer,
                  , ( Signed by Magistrate Barry S. Seltzer on 7/31/00)
                  Tape # 00-061 CCAP
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00  (8)      Minutes of Initial Appearance held on 7/31/00  before
                  Magistrate Barry S. Seltzer as to Thomas Narog ; Defendant
                  advised of charges, temp. retained Atty. Martin Jaffee, IRC
                  -Arraignment set 8/10/00, PTD set 8/8/00. Court Reporter
                  Name or Tape #: 00-061 [Entry date 07/31/00]
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00  9        Minutes of Initial Appearance held on 7/31/00  before
                  Magistrate Barry S. Seltzer as to Ghandi Jaber ; Defendant
                  advised of charges, Atty. Richard Rosenbaum temp. retained,
                  IRC/PTD set 8/8/00, arraignment 8/10/00. Court Reporter
                  Name or Tape #: 00-061
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00  10       Minutes of Initial Appearance held on 7/31/00  before
                  Magistrate Barry S. Seltzer as to Mohammed Samhan ;
                  Defendant advised of charges, Atty. Jose Puig temp.
                  retained, IRC/Arraignment set 8/10/00. PTD 8/3/00. Court
                  Reporter Name or Tape #: 00-061
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00  11       NOTICE of temp. appearance of Atty. Jose Puig as to
                  Mohammed Samhan
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00  --       ARREST of Ahmad Almasri, Nadia Almasri in Middle District of
                  Florida (kw) [Entry date 08/10/00] [Edit date 08/14/00]


Docket as of October 22, 2002 11:41 am              Page 22
```

VOl #1 Cont

Proceedings include all events.                                                      AEV
0:00cr6211-ALL USA v. Narog, et al                                    PRIOR  APPEAL
                                                                              INTERP

8/1/00   (12)    INDICTMENT as to Thomas Narog (1) count(s) 1, 2, 3, 4, 5,
                 6, 7, Ghandi Jaber (2) count(s) 1, 2, 3, 4, 5, Ahmad
                 Almasri (3) count(s) 1, 4, Nadia Almasri (4) count(s) 1, 4,
                 Mutasem Al-Salhi (5) count(s) 1, 2, 3, Saber Abdelmuti (6)
                 count(s) 1, 4, Raed Naser Aldin (7) count(s) 1, 5, Nabil
                 Aquil (8) count(s) 1, 5, Nizar Fneiche (9) count(s) 1, 5,
                 Motlaq Jaber (10) count(s) 1, 2, 3, 5, Terek Zaki Abu-Lawi
                 (11) count(s) 1, 2, Rabah El Haddad (12) count(s) 1, 5, 6,
                 Zuhair Mahumud Rabei (13) count(s) 1, 4, Mohammed Samhan
                 (14) count(s) 1, 5, 6 (Criminal Category 3) (pb)
                 [Entry date 08/02/00]

8/1/00   13      ARREST WARRANT issued as to Mutasem Al-Salhi .    Warrant
                 issued by Magistrate Barry S. Seltzer Pretrial Detention
                 Requested (pb) [Entry date 08/02/00]

8/1/00   14      ARREST WARRANT issued as to Saber Abdelmuti .    Warrant
                 issued by Magistrate Barry S. Seltzer Pretrial Detention
                 Requested (pb) [Entry date 08/02/00]

8/1/00   15      ARREST WARRANT issued as to Raed Naser Aldin .    Warrant
                 issued by Magistrate Barry S. Seltzer Pretrial Detention
                 Requested (pb) [Entry date 08/02/00]

8/1/00   16      ARREST WARRANT issued as to Motlaq Jaber .    Warrant
                 issued by Magistrate Barry S. Seltzer Pretrial Detention
                 Requested (pb) [Entry date 08/02/00]

8/1/00   17      ARREST WARRANT issued as to Terek Zaki Abu-Lawi . Warrant
                 issued by Magistrate Barry S. Seltzer Pretrial Detention
                 Requested (pb) [Entry date 08/02/00]

8/1/00   18      ARREST WARRANT issued as to Zuhair Mahumud Rabei . Warrant
                 issued by Magistrate Barry S. Seltzer Pretrial Detention
                 Requested (pb) [Entry date 08/02/00]

8/1/00   --      Magistrate identification:  Magistrate Judge Ann E. Vitunac
                 (pb) [Entry date 08/02/00]

8/3/00   19      Minutes of Pretrial Detention Hearing held on 8/3/00
                 before Magistrate Barry S. Seltzer as to Mohammed Samhan ;
                 Court Tape #: oo-062-PG# 1 453-1510 (pa)
                 [Entry date 08/04/00]

8/3/00   20      NOTICE of filing exhibit see attached, by Debbie Donvan CRD
                 for Magistrate Judge Barry S. Seltzer for defendant
                 Mohammed Samhan (pa) [Entry date 08/04/00]

8/7/00   24      ORDER OF DETENTION as to Mohammed Samhan ( Signed by
                 Magistrate Barry S. Seltzer on 8/4/00)  CCAP (kw)
                 [Entry date 08/10/00]

*VOl #1 Cont*

```
Proceedings include all events.                              AEV
0:00cr6211-ALL USA v. Narog, et al           PRIOR  APPEAL
                                                    INTERP
```

| | | |
|---|---|---|
| 8/8/00 | 22 | Minutes of report re: counsel & pretrial detention held on 8/8/00 before Ch. Magistrate Judge Linnea R. Johnson as to Ghandi Jaber ; Tape #: LRJ-00-67-329/2550 67 68-1, 69-1 (kw) [Entry date 08/10/00] |
| 8/8/00 | -- | Detention hearing as to Ghandi Jaber  held (kw) [Entry date 08/10/00] |
| 8/8/00 | (23) | Minutes of pretrial detention held on 8/8/00  before Ch. Magistrate Judge Linnea R. Johnson as to Thomas Narog ; Court Reporter Name or Tape #: LRJ-00-67-329/2550 67, 68-1, 69-1 (kw) [Entry date 08/10/00] |
| 8/8/00 | -- | Detention hearing as to Thomas Narog  held (kw) [Entry date 08/10/00] |
| 8/8/00 | 25 | MOTION by Ghandi Jaber for Glenn Seiden to appear pro hac vice (kw) [Entry date 08/11/00] |
| 8/8/00 | 27 | AFFIDAVIT as to Ghandi Jaber  Re: [25-1] motion for Glenn Seiden to appear pro hac vice (kw) [Entry date 08/11/00] |
| 8/9/00 | 26 | ORDER as to Ghandi Jaber  granting [25-1] motion for Glenn Seiden to appear pro hac vice as to Ghandi Jaber (2) ( Signed by Ch. Magistrate Judge Linnea R. Johnson on 8/8/00) CCAP [EOD Date: 8/11/00] CCAPΔ (kw) [Entry date 08/11/00] |
| 8/9/00 | 28 | Arrest WARRANT Returned Executed as to Rabah El Haddad on 8/8/00 (kw) [Entry date 08/11/00] |
| 8/9/00 | -- | ARREST of Rabah El Haddad (kw) [Entry date 08/11/00] |
| 8/10/00 | 21 | Rule 40 Documents as to Ahmad Almasri, Nadia Almasri received from Middle District of Florida (kw) [Entry date 08/10/00] |
| 8/10/00 | 29 | Minutes of report re: counsel & arraignment held on 8/10/00 before Ch. Magistrate Judge Linnea R. Johnson as to Mohammed Samhan ;  Court Reporter Name or Tape #: LRJ-00-69-1277 (kw) [Entry date 08/11/00] |
| 8/10/00 | -- | Status conference as to Mohammed Samhan  set at 9:30 9/11/00 for Mohammed Samhan  before Ch. Magistrate Judge Linnea R. Johnson (kw) [Entry date 08/11/00] |
| 8/10/00 | (30) | ORDER on Hearing to Report Re Counsel as to Thomas Narog Counsel by reset to 9:30 8/15/00 for Thomas Narog  before Ch. Magistrate Judge Linnea R. Johnson ( Signed by Ch. Magistrate Judge Linnea R. Johnson on 8/10/00)  Tape # LRJ-00-67-329/2550/68-1/69-1  CCAP (kw) [Entry date 08/11/00] |

Vol #1 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR  APPEAL
                                                             INTERP
```

8/10/00   --    Deadline updated as to Thomas Narog,  set Arraignment for
                 9:30 8/15/00 for Thomas Narog  before Ch. Magistrate Judge
                 Linnea R. Johnson (kw) [Entry date 08/11/00]

8/10/00   31    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Mohammed Samhan   Status conference set for 9:30
                 9/11/00 for Mohammed Samhan   before Duty Magistrate (
                 Signed by Ch. Magistrate Judge Linnea R. Johnson on
                 8/10/00) CCAP [EOD Date: 8/11/00]   CCAP (kw)
                 [Entry date 08/11/00]

8/10/00   32    STANDING DISCOVERY ORDER as to Mohammed Samhan   all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by Ch.
                 Magistrate Judge Linnea R. Johnson on 8/10/00)  CCAP (kw)
                 [Entry date 08/11/00]

8/10/00   33    NOTICE of Appearance for Mohammed Samhan by Attorney
                 Leonard Paul Fenn (kw) [Entry date 08/11/00]

8/10/00   34    ARRAIGNMENT INFORMATION SHEET for Mohammed Samhan (14)
                 count(s) 1, 5, 6   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (kw) [Entry date 08/11/00]

8/10/00   35    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Ghandi Jaber   Status conference set for 9:30 8/8/00
                 for Ghandi Jaber   before Duty Magistrate ( Signed by Ch.
                 Magistrate Judge Linnea R. Johnson on 8/8/00) CCAP [EOD
                 Date: 8/11/00]  CCAP (kw) [Entry date 08/11/00]

8/10/00   36    STANDING DISCOVERY ORDER as to Ghandi Jaber   all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Ch. Magistrate
                 Judge Linnea R. Johnson on nunc pro tunc 8/8/00 signed on
                 8/10/00) CCAP (kw) [Entry date 08/11/00]

8/10/00   37    ARRAIGNMENT INFORMATION SHEET for Ghandi Jaber (2) count(s)
                 1, 2, 3, 4, 5   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (kw) [Entry date 08/11/00]

8/10/00  (38)   ORDER OF DETENTION as to Thomas Narog, Ghandi Jaber (
                 Signed by Ch. Magistrate Judge Linnea R. Johnson on
                 8/10/00)  Tape #  CCAP (kw) [Entry date 08/11/00]

8/11/00   39    ARREST WARRANT Returned Executed as to Nadia Almasri on
                 7/31/00 (pa) [Entry date 08/14/00]

8/15/00   --    Report Re Counsel  as to Thomas Narog held (pa)
                 [Entry date 08/15/00]

8/15/00   --    Deadline updated as to Thomas Narog,  status/discovery
                 conference set for 9:30 9/22/00 for Thomas Narog before
                 Magistrate Ann E. Vitunac (pa) [Entry date 08/15/00]

Docket as of October 22, 2002 11:41 am                    Page 25

Vol #1 Cont.

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                               PRIOR  APPEAL
                                                                        INTERP

8/15/00  (42)     NOTICE of Appearance for Thomas Narog by Attorney Fred
                  Haddad (pa) [Entry date 08/15/00]

8/15/00  (43)     ARRAIGNMENT INFORMATION SHEET for Thomas Narog (1) count(s)
                  1, 2, 3, 4, 5, 6, 7   NOT GUILTY PLEA ENTERED as to all
                  counts. Court accepts plea. (pa) [Entry date 08/15/00]

8/15/00  (44)     ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                  as to Thomas Narog   Status conference set for 9:30 9/22/00
                  for Thomas Narog   before Magistrate Ann E. Vitunac (
                  Signed by Magistrate Ann E. Vitunac on 8/15/00) CCAP [EOD
                  Date: 8/15/00]   CCAP (pa) [Entry date 08/15/00]

8/15/00  --       Deadline updated as to Thomas Narog, set status conference
                  for 9:30 9/22/00 before Magistrate Ann E. Vitunac (pa)
                  [Entry date 08/15/00]

8/15/00  (45)     STANDING DISCOVERY ORDER as to Thomas Narog   all motions
                  concerning matters not covered by this order must be filed
                  within 28 days of this order ( Signed by Magistrate Ann E.
                  Vitunac on 8/15/00)   CCAP (pa) [Entry date 08/15/00]

8/16/00  46       Minutes of initial hearing held on 8/16/00  before
                  Magistrate Ann E. Vitunac as to Nadia Almasri ; Tape #: AEV
                  00-56-288/768 (kw) [Entry date 08/17/00]

8/16/00  --       Initial appearance as to Nadia Almasri  held (Defendant
                  informed of rights.) (kw) [Entry date 08/17/00]

8/16/00  47       Minutes of initial hearing held on 8/16/00  before
                  Magistrate Ann E. Vitunac as to Ahmad Almasri ;  Court
                  Reporter Name or Tape #: AEV 00-56-832 (kw)
                  [Entry date 08/17/00]

8/16/00  --       Initial appearance as to Ahmad Almasri  held (Defendant
                  informed of rights.) (kw) [Entry date 08/17/00]

8/16/00  48       ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                  as to Nadia Almasri   Status conference set for 9:30
                  9/18/00 for Nadia Almasri   before Magistrate Ann E.
                  Vitunac ( Signed by Magistrate Ann E. Vitunac on 8/16/00)
                  CCAP [EOD Date: 8/17/00]   CCAP (kw) [Entry date 08/17/00]

8/16/00  49       STANDING DISCOVERY ORDER as to Nadia Almasri   all motions
                  concerning matters not covered by this order must be filed
                  within 28 days of this order ( Signed by Magistrate Ann E.
                  Vitunac on 8/16/00)   CCAP (kw) [Entry date 08/17/00]

8/16/00  50       INTERPRETER required for Nadia Almasri    Language: Arabic
                  (kw) [Entry date 08/17/00]

8/16/00  51       NOTICE of Appearance for Ahmad Almasri by Attorney Mark E.
                  NeJame (kw) [Entry date 08/17/00]

V81 # 1 Cont.

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                           PRIOR    APPEAL
                                                                      INTERP

8/16/00   52   NOTICE of Appearance for Nadia Almasri by Attorney Mark E.
               NeJame (kw) [Entry date 08/17/00]

8/16/00   53   ARRAIGNMENT INFORMATION SHEET for Nadia Almasri (4)
               count(s) 1, 4   NOT GUILTY PLEA ENTERED as to all counts.
               Court accepts plea. (kw) [Entry date 08/17/00]

8/16/00   54    Arrest WARRANT Returned Executed as to Nizar Fneiche on
               8/3/00 (kw) [Entry date 08/17/00]

8/16/00   55    Arrest WARRANT Returned Executed as to Nabil Aquil on
               8/3/00 (kw) [Entry date 08/17/00]

8/16/00   --   Bond hearing as to Nadia Almasri  held (pa)
               [Entry date 08/18/00]

8/17/00   56   PERSONAL SURETY BOND entered by Nadia Almasri  in  Amount $
               50,000. Continued from M/D of Florida-Tampa Division.
               Approved by Magistrate Ann E. Vitunac. Surrender
               passports/travel documents; Do not apply for or receive any
               other travel documents. Report to PTS as follows: 1 X per
               week by phone & in person as directed. Additional
               conditions: All conditions as set in the M/D of
               Florida-Tampa Divion, are hereby adpted and remain in full
               force and effect. the M (pa) [Entry date 08/18/00]

8/17/00   57   ORDER on Initial Appearance as to Nadia Almasri Bond set to
               $50,000 PERSONAL SURETY Continued from M/D of Florida-Tampa
               , Mark E. Nejame appear as permanent counsel.
               Arraignment held and Bond hearing held(Signed by Magistrate
               Ann E. Vitunac on 8/16/00) Tape # AEV00-56-288-/768 CCAP (pa)
               [Entry date 08/18/00]

8/21/00   58   Rule 40 Documents as to Saber Abdelmuti received from
               Middle District of Florida (kw) [Entry date 08/21/00]

8/22/00   59    Arrest WARRANT Returned Executed as to Zuhair Mahumud
               Rabei on 8/3/00 (kw) [Entry date 08/22/00]

8/22/00   60   REPORT Commencing Criminal Action as to Nadia Almasri  DOB:
               11/21/64  Prisoner # 39192-018 (kw) [Entry date 08/22/00]

8/22/00   61    Arrest WARRANT Returned Executed as to Saber Abdelmuti on
               8/7/00 (kw) [Entry date 08/22/00]

8/22/00   62    Arrest WARRANT Returned Executed as to Mutasem Al-Salhi on
               8/3/00 (kw) [Entry date 08/22/00]

8/23/00   64   MOTION by Mohammed Samhan for disclosure of of general
               nature of evidence (kw) [Entry date 08/24/00]

8/23/00   67   MOTION by Rabah El Haddad for Pretrial Release (kw)
               [Entry date 08/25/00]

Vol #1 Cont

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al            PRIOR            APPEAL
                                                              INTERP
```

8/24/00   63   Minutes of initial hearing held on 8/24/00  before
               Magistrate Ann E. Vitunac as to Ahmad Almasri, Nadia
               Almasri Court Reporter Name or Tape #: AEV 00-60-1 (kw)
               [Entry date 08/24/00]

8/24/00   65   INTERPRETER required for Ahmad Almasri   Language: Arabic
               (kw) [Entry date 08/25/00]

8/25/00   66   ORDER as to Nadia Almasri for Appointment of Public
               Defender for Garcia Hearing only ( Signed by Magistrate
               Ann E. Vitunac on 8/24/00) CCAP [EOD Date: 8/25/00] CCAP∆
               (kw) [Entry date 08/25/00]

8/25/00   68    CSB cont. from M/D of FL. BOND entered by Ahmad Almasri
               in  Amount $ 50,000.00   Approved by Magistrate Ann E.
               Vitunac Additional conditions: all conditions as set in the
               Middle District of FL. remain in full force and effect (kw)
               [Entry date 08/25/00]

8/25/00   69   ORDER on Initial Appearance as to Ahmad Almasri Bond set to
               for Ahmad Almasri.   Arraignment set for 9:30 9/6/00 for
               Ahmad Almasri ;  before Magistrate Ann E. Vitunac,
               ( Signed by Magistrate Ann E. Vitunac  on 8/24/00)  CCAP (kw)
               [Entry date 08/25/00]

8/25/00   70   MOTION by Nizar Fneiche for Timothy Biasiello to appear
               pro hac vice (kw) [Entry date 08/28/00]

8/25/00   --   Filing Fee Paid by Nizar Fneiche  FILING FEE $ 75.00
               RECEIPT # 713046 (kw) [Entry date 08/28/00]

8/25/00   --   Filing Fee Paid by Nabil Aquil  FILING FEE $ 75.00   RECEIPT
               # 713049 (kw) [Entry date 08/28/00]

8/25/00   82   ORDER on Initial Appearance as to Rabah El Haddad
               Arraignment set for 10:00 9/5/00 for Rabah El Haddad ;
               Report re counsel set for 10:00 9/5/00 for Rabah El Haddad
               ;  Detention hearing set for 10:00 9/5/00 for Rabah El Haddad
               ;  before Duty Magistrate, ,  ( Signed by Magistrate
               Judge William C. Turnoff  on 8/24/00)  CCAP (kw)
               [Entry date 08/30/00]

8/25/00   71   MOTION by Nabil Aquil for Paul Goodman to appear pro hac
               vice (kw) [Entry date 09/20/00]

8/28/00   72   Clerk's receipt. Number: 713050 in the amount of $ 75.00
               for Glenn Seiden's motion to appear pro hac vice by Ghandi
               Jaber (kw) [Entry date 08/28/00]

8/28/00   73   Minutes of initial held on 8/28/00  before Ch. Magistrate
               Judge Linnea R. Johnson as to Nizar Fneiche ;  Court
               Reporter Name or Tape #: LRJ-00-80-170 (kw)
               [Entry date 08/28/00]

Vol #1 Cont.

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

8/28/00  74    Minutes of initial held on 8/28/00 before Ch. Magistrate
               Judge Linnea R. Johnson as to Nabil Aquil ;  Court Reporter
               Name or Tape #: LRJ-00-80-68 (kw) [Entry date 08/28/00]

8/28/00  76     PSB BOND entered by Nizar Fneiche  in  Amount $ 75,000.00
               Approved by Ch. Magistrate Judge Linnea R. Johnson . Report
               to PTS as follows: 1 time a week by phone and 1 time a month
               in person Additional conditions: comply with the following
               conditions set by Illinois (kw) [Entry date 08/29/00]
               [Edit date 08/29/00]

8/28/00  77     PSB BOND entered by Nabil Aquil  in  Amount $ 75,000.00
               Approved by Ch. Magistrate Judge Linnea R. Johnson .
               Report to PTS as follows: 1 time a week by phone and 1 time
               a week in person Additional conditions: comply with
               conditions set in Illinois (kw) [Entry date 08/29/00]

8/28/00  78    ORDER on Initial Appearance as to Nabil Aquil   Arraignment
               set for 9:30 9/18/00 for Nabil Aquil ; Report re counsel
               set for 9:30 9/18/00 for Nabil Aquil ;  before Duty
               Magistrate, ,  ( Signed by Ch. Magistrate Judge Linnea
               R. Johnson on 8/28/00) CCAP (kw) [Entry date 08/29/00]

8/28/00  75    ORDER on Initial Appearance as to Nizar Fneiche Arraignment
               set for 9:30 9/21/00 for Nizar Fneiche ; Report re counsel
               set for 9:30 9/21/00 for Nizar Fneiche ; before Duty
               Magistrate, ,  ( Signed Ch. Magistrate Judge Linnea R.
               Johnson  on 8/28/00)  CCAP (kw) [Entry date 08/30/00]

8/29/00  79    Clerk's receipt. Number: 401520305 in the amount of $
               $5000.00 for 10% cash bond posted in Houston Texas by
               Zuhair Mahumud Rabei (kw) [Entry date 08/29/00]

8/29/00  80    REPORT Commencing Criminal Action as to Nabil Aquil DOB:
               2/16/62 Prisoner # 20047-424 (kw) [Entry date 08/30/00]
               [Edit date 08/30/00]

8/29/00  81    REPORT Commencing Criminal Action as to Nizar Fneiche  DOB:
               2/16/76  Prisoner # 20046-424 (kw) [Entry date 08/30/00]
               [Edit date 08/30/00]

8/29/00  83    APPEAL of Magistrate Decision to District Court by USA  as
               to Rabah El Haddad  re: of magistrate Judge's denial of
               request for pretrial detention (kw) [Entry date 08/30/00]

8/29/00  84    NOTICE of Appeal of magistrate Judge's denial of request
               for pretrial detention by Rabah El Haddad as to Rabah El
               Haddad (kw) [Entry date 08/30/00]

8/29/00  93    ORDER DENYING GOVERNMENT'S REQUEST FOR PRETRIAL DETENTION &
               SETTING A BOND as to Rabah El Haddad granting [67-1] motion
               for Pretrial Release as to Rabah El Haddad (12) ( Signed by
               Magistrate Ted E. Bandstra on 8/29/00) CCAP [EOD Date:
               9/1/00] CCAP△ (kw) [Entry date 09/01/00]

Proceedings include all events.    Vol # 1 Cont                              AEV
0:00cr6211-ALL USA v. Narog, et al                       PRIOR    APPEAL
                                                                   INTERP

8/29/00    94    NOTICE of Temporary Appearance for Rabah El Haddad by
                 Attorney Howard Milton Srebnick (kw) [Entry date 09/01/00]

8/30/00    85    NOTICE of filing order which should have been attached to
                 8/29/00 Appeal of Magistrate Judge's denial of request for
                 pretrial detention by USA as to Rabah El Haddad (kw)
                 [Entry date 08/31/00]

8/30/00    86    RESPONSE to Standing Discovery Order by USA  as to Thomas
                 Narog, Ghandi Jaber, Mohammed Samhan (kw)
                 [Entry date 08/31/00]

8/30/00    87    Rule 40 Documents as to Zuhair Mahumud Rabei received from
                 Southern District of Texas (kw) [Entry date 08/31/00]

8/30/00    88    NOTICE of Hearing as to Zuhair Mahumud Rabei :  set
                 Initial Appearance for 9/12/00 @9:30   before Duty
                 Magistrate (kw) [Entry date 08/31/00]

8/30/00    89    ORDER STAYING MAGISTRATE JUDGE'S ORDER RELEASING DEFENDANT
                 ON BOND as to Rabah El Haddad ( Signed by Judge Daniel T.
                 K. Hurley on 8/30/00) CCAP [EOD Date: 8/31/00] CCAP◌ (kw)
                 [Entry date 08/31/00]

8/30/00    91    BOND entered by Rabah El Haddad  in  Amount $ 200,000.00
                 Approved by Magistrate Ted E. Bandstra .  Surrender
                 passports/travel documents;  Report to PTS as follows: 1
                 time in person plus as direc  Full-time employment;  Curfew
                 from: midnight to 6 am  Additional conditions: execute
                 waiver of extradition and surrender passports of wife and
                 children (kw) [Entry date 09/01/00] [Edit date 09/01/00]

8/30/00    92     CSB BOND entered by Rabah El Haddad  in  Amount $
                 100,000.00 (Surety Information: Ranger Insurance , Isaid
                 Awad , 1465 NW N. River Drive)   Approved by Magistrate
                 Ted E. Bandstra .  Surrender passports/travel documents;
                 Report to PTS as follows: 1 time a week in person
                 Full-time employment;  Curfew from: midnight to 6 am
                 Additional conditions: execute waiver of extradition;
                 surrender passports of wife and children (kw)
                 [Entry date 09/01/00]

8/30/00    95    WAIVER OF EXTRADITION  by Rabah El Haddad (kw)
                 [Entry date 09/01/00]

8/30/00    96    MOTION by Mohammed Samhan for disclosure of written
                 summary testimony that it intends to use (kw)
                 [Entry date 09/01/00]

8/31/00    90    ORDER as to Rabah El Haddad vacating [89-1] order (
                 Signed by Judge Daniel T. K. Hurley on 8/30/00) CCAP [EOD
                 Date: 8/31/00] CCAP◌ (kw) [Entry date 08/31/00]

Docket as of October 22, 2002 11:41 am                    Page 30

Vol #1 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR    APPEAL
                                                                   INTERP

9/5/00    98     TRANSCRIPT filed as to Rabah El Haddad  of Pretrial
                 Detention Hearing held 8/29/00  before Judge Ted E.
                 Bandstra  Volume #: 1  Pages: 1-29 (kw)
                 [Entry date 09/06/00]

9/6/00    97     Minutes of continuation of Garcia Hearing held on 9/6/00
                 before Magistrate Ann E. Vitunac as to Ahmad Almasri, Nadia
                 Almasri ;  Court Reporter Name or Tape #: AEV
                 00-60-2865/3480 00-61-1 (kw) [Entry date 09/06/00]

9/6/00    99     NOTICE of filing transcript of detention hearing on 8/29/00
                 before Judge Bandstra by USA as to Rabah El Haddad (kw)
                 [Entry date 09/07/00]

9/7/00    (101)  MOTION by Thomas Narog to extend time to file motions (kw)
                 [Entry date 09/08/00]

9/7/00    102    TRANSCRIPT filed as to Mohammed Samhan  of detention
                 hearing held 8/3/00  before Judge Seltzer  Volume #: 1
                 Pages: 1-25 (kw) [Entry date 09/11/00]

9/7/00    103    TRANSCRIPT filed as to Thomas Narog, Ghandi Jaber  of
                 pretrial detention hearing held 8/8/00  before Judge
                 Johnson  Volume #: 1  Pages: 1-117 (kw)          Vol #3
                 [Entry date 09/11/00]

9/7/00    104    ORDER on Hearing to Report Re Counsel as to Rabah El Haddad
                 Counsel by Alvin Ernest Entin    ( Signed by Magistrate
                 Barry L. Garber on 9/5/00)  Tape # 00C-59-580  CCAP (kw)
                 [Entry date 09/11/00]

9/7/00    105    ORDER as to Rabah El Haddad  reset Arraignment for 10:00
                 9/7/00 for Rabah El Haddad  before Magistrate Barry L.
                 Garber ( Signed by Magistrate Barry L. Garber on 9/5/00)
                 CCAP [EOD Date: 9/11/00] CCAP△ (kw) [Entry date 09/11/00]

9/7/00    106    ARRAIGNMENT INFORMATION SHEET for Rabah El Haddad (12)
                 count(s) 1, 5, 6   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (kw) [Entry date 09/11/00]

9/7/00    107    STANDING DISCOVERY ORDER as to Rabah El Haddad   all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by
                 Magistrate Barry L. Garber on 9/7/00)  Tape # 00C62-1  CCAP
                 (kw) [Entry date 09/11/00]

9/8/00    100    ORDER that the attorney Mark NeJame may jointly represent
                 both defendants with 2 conditions. See file for details as
                 to Ahmad Almasri, Nadia Almasri ( Signed by Magistrate Ann
                 E. Vitunac on 9/8/00) CCAP [EOD Date: 9/8/00] CCAP△ (kw)
                 [Entry date 09/08/00]

Vol # 1 Cat

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

9/8/00    108    Minutes of Status Conference held on 9/8/00 before
                 Magistrate Ann E. Vitunac as to Ghandi Jaber ; Court
                 Reporter Name or Tape #: AEV 00-61-2214 (kw)
                 [Entry date 09/11/00]

9/11/00   109    NOTICE of Appearance for Saber Abdelmuti by Attorney
                 Theodore Willard Weeks IV (kw) [Entry date 09/11/00]

9/11/00   (110)  ORDER as to Thomas Narog  granting [101-1] motion to extend
                 time to file motions as to Thomas Narog (1) ( Signed by
                 Magistrate Ann E. Vitunac on 9/11/00) CCAP [EOD Date:
                 9/11/00] CCAPΔ (kw) [Entry date 09/11/00]

9/12/00   111    Minutes of initial hearing held on 9/12/00 before
                 Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei ; Tape
                 #: AEV 00-62-599 (kw) [Entry date 09/12/00]

9/12/00   112    INTERPRETER required for Zuhair Mahumud Rabei    Language:
                 Arabic (kw) [Entry date 09/12/00]

9/12/00   113    ORDER on Initial Appearance as to Zuhair Mahumud Rabei Bond
                 set to 50,000.00 10% Cash bond from Texas Report re counsel
                 set for 9:30 9/19/00 Arraignment set for 9:30 9/19/00
                 before Magistrate Ann E. Vitunac, ,   ( Signed by
                 Magistrate Ann E. Vitunac  on 9/12/00)  CCAP (kw)
                 [Entry date 09/13/00]

9/12/00   114     $50,000.00 10% cash bond as set in S/D of Texas entered by
                 Zuhair Mahumud Rabei Approved by Magistrate Ann E. Vitunac .
                 Additional conditions: comply with all conditions set in the
                 Southern District of Texas are hereby adopted and remain in
                 full force and effect (kw) [Entry date 09/13/00]
                 [Edit date 09/13/00]

9/13/00   115    REPORT Commencing Criminal Action as to Zuhair Mahumud
                 Rabei  DOB: 11/29/87  Prisoner # 88691-079 (kw)
                 [Entry date 09/13/00]

9/18/00   116    Minutes of status re: counsel and arraign held on 9/18/00
                 before Magistrate Ann E. Vitunac as to Nabil Aquil Tape #:
                 AEV 80-62-3537/00-63-1 (kw) [Entry date 09/18/00]

9/18/00   117    ARRAIGNMENT INFORMATION SHEET for Nabil Aquil (8) count(s)
                 1, 5   NOT GUILTY PLEA ENTERED as to all counts. Court
                 accepts plea. (kw) [Entry date 09/18/00]

9/18/00   118    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Nabil Aquil   Status conference set for 9:30 11/20/00
                 for Nabil Aquil  before Ch. Magistrate Judge Linnea R.
                 Johnson ( Signed by Magistrate Ann E. Vitunac on 9/18/00)
                 CCAP [EOD Date: 9/18/00]  CCAP (kw) [Entry date 09/18/00]

Vol #1 Cont.

```
Proceedings include all events.                              AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR    APPEAL
                                                         INTERP
```

9/18/00   119   STANDING DISCOVERY ORDER as to Nabil Aquil    all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order ( Signed by Magistrate Ann E.
                Vitunac on 9/18/00)  CCAP (kw) [Entry date 09/18/00]

9/19/00   120   Minutes of status re: counsel held on 9/19/00  before
                Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei ; (kw)
                [Entry date 09/19/00]

9/19/00   126   MOTION by Ahmad Almasri, Nadia Almasri for Mark E. NeJame
                to appear pro hac vice (kw) [Entry date 09/21/00]

9/19/00   --    Filing Fee Paid by Ahmad Almasri, Nadia Almasri  FILING FEE
                $ 75.00  RECEIPT # 713199 (kw) [Entry date 09/21/00]

9/20/00   121   CJA 20 as to Zuhair Mahumud Rabei : Appointment of Attorney
                Randee J. Golder ( Signed by Magistrate Ann E. Vitunac  on
                9/19/00) (kw) [Entry date 09/21/00]

9/20/00   122   ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Zuhair Mahumud Rabei    Status conference set for 9:30
                10/20/00 for Zuhair Mahumud Rabei    before Ch. Magistrate
                Judge Linnea R. Johnson ( Signed by Magistrate Ann E.
                Vitunac on 9/20/00) CCAP [EOD Date: 9/21/00]  CCAP (kw)
                [Entry date 09/21/00]

9/20/00   123   STANDING DISCOVERY ORDER as to Zuhair Mahumud Rabei    all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Ann E. Vitunac on 9/20/00)  CCAP (kw)
                [Entry date 09/21/00]

9/20/00   124   ARRAIGNMENT INFORMATION SHEET for Zuhair Mahumud Rabei (13)
                count(s) 1, 4   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (kw) [Entry date 09/21/00]

9/20/00   125   Minutes of arraignment & possible review held on 9/20/00
                before Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei
                Tape #: AEV 00-63-3297 00-64-1 (kw) [Entry date 09/21/00]

9/21/00   127   NOTICE of Appearance for Rabah El Haddad by Attorney John
                Robert Howes (kw) [Entry date 09/21/00]

9/21/00   128   Minutes of status re: counsel and possible arraignment held
                on 9/21/00 before Magistrate Ann E. Vitunac as to Nizar
                Fneiche ; Court Reporter Name or Tape #: AEV 80-64-1160 (kw)
                [Entry date 09/21/00]

9/21/00   129   ARRAIGNMENT INFORMATION SHEET for Nizar Fneiche (9)
                count(s) 1, 5   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (kw) [Entry date 09/22/00]

Vol #1 Cont.

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                      PRIOR    APPEAL
                                                                 INTERP

9/21/00   130   ORDER as to Nizar Fneiche  granting [70-1] motion for
                Timothy Biasiello to appear pro hac vice as to Nizar
                Fneiche (9) ( Signed by Magistrate Ann E. Vitunac on
                9/21/00) CCAP [EOD Date: 9/22/00] CCAP△ (kw)
                [Entry date 09/22/00]

9/21/00   131   STANDING DISCOVERY ORDER as to Nizar Fneiche  all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order ( Signed by Magistrate Ann E.
                Vitunac on 9/21/00)  CCAP (kw) [Entry date 09/22/00]

9/21/00   132   ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Nizar Fneiche  Status conference set for 9:30
                11/20/00 for Nizar Fneiche  before Magistrate Ann E.
                Vitunac ( Signed by Magistrate Ann E. Vitunac on 9/21/00)
                CCAP [EOD Date: 9/22/00]  CCAP (kw) [Entry date 09/22/00]

9/22/00   --    ARREST of Raed Naser Aldin (dr) [Entry date 08/02/02]

9/25/00   133   NOTICE of Hearing as to Saber Abdelmuti :  set Initial
                Appearance for 10/3/00 9:30   before Magistrate Ann E.
                Vitunac (kw) [Entry date 09/25/00]

9/26/00   135    Arrest WARRANT Returned Executed as to Raed Naser Aldin on
                9/22/00 (kw) [Entry date 09/27/00]

9/26/00   134   CJA 20 as to Rabah El Haddad : Appointment of Attorney (
                Signed by Magistrate Barry L. Garber  on 9/5/00) (kw)
                [Entry date 01/29/01]

9/27/00   136   RESPONSE to Standing Discovery Order by USA  as to Nabil
                Aquil, Nizar Fneiche (kw) [Entry date 09/28/00]

9/28/00   137   DESIGNATION OF ATTORNEY APPEARANCE for Ghandi Jaber by
                Attorney Jack Alan Goldberger (kw) [Entry date 09/28/00]

9/28/00   138   MOTION with Memorandum in Support by Mohammed Samhan for
                De Novo review of order setting detention pending trial (kw)
                [Entry date 09/28/00]

9/28/00   139   NOTICE of Appearance for Mohammed Samhan by Attorney Maria
                Rivas Hamar, Richard A. Hamar (kw) [Entry date 09/28/00]

9/28/00   140   ORDER as to Zuhair Mahumud Rabei to exonerate bond set in
                the amount of $5000.00 cash plus accrued interest set in
                Southern District of Texas; Bond reset to $ 100,000.00 CSB
                with nebbia for Zuhair Mahumud Rabei. ( Signed by
                Magistrate Ann E. Vitunac on 9/28/00) CCAP [EOD Date:
                9/29/00] CCAP△ (kw) [Entry date 09/29/00]

10/2/00   141   DESIGNATION OF JACK A. GOLDBERGER as local counsel Ghandi
                Jaber (kw) [Entry date 10/03/00]

10/2/00   142   MOTION by Mohammed Samhan for disclosure of of testimony (kw)

Vol #1 Cont

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                      PRIOR    APPEAL
                                                                 INTERP

        [Entry date 10/03/00]

10/2/00  143    Rule 40 Documents as to Raed Naser Aldin received from
                Eastern District of Michigan (kw) [Entry date 10/03/00]

10/3/00  144    Minutes of initial hearing held on 10/3/00  before
                Magistrate Ann E. Vitunac as to Saber Abdelmuti ; Tape #:
                AEV 00-68-1 (kw) [Entry date 10/04/00]

10/3/00  145    NOTICE of Appearance for Saber Abdelmuti by Attorney
                Theodore Weeks (kw) [Entry date 10/04/00]

10/3/00  146    ARRAIGNMENT INFORMATION SHEET for Saber Abdelmuti (6)
                count(s) 1, 4   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (kw) [Entry date 10/04/00]

10/3/00  147    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Saber Abdelmuti   Status conference set for 9:30
                11/3/00 for Saber Abdelmuti    before Magistrate Ann E.
                Vitunac ( Signed by Magistrate Ann E. Vitunac on 10/3/00)
                CCAP [EOD Date: 10/4/00]  CCAP (kw) [Entry date 10/04/00]

10/3/00  148    STANDING DISCOVERY ORDER as to Saber Abdelmuti   all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Ann E. Vitunac on 10/3/00)  CCAP (kw)
                [Entry date 10/04/00]

10/4/00  149     CSB BOND entered by Saber Abdelmuti  in  Amount $
                50,000.00 set in M/D of FL.- T Receipt #   Approved by
                Magistrate Ann E. Vitunac .  Additional conditions: comply
                with conditions previously set in the M/D of FL (kw)
                [Entry date 10/04/00]

10/4/00  150    ORDER on Initial Appearance as to Saber Abdelmuti, , (
                Signed by Magistrate Ann E. Vitunac  on 10/3/00)  CCAP (kw)
                [Entry date 10/04/00]

10/4/00  151    INTERPRETER required for Saber Abdelmuti   Language: Arabic
                (kw) [Entry date 10/04/00]

10/4/00  152    ORDER as to Nabil Aquil  granting [71-1] motion for Paul
                Goodman to appear pro hac vice as to Nabil Aquil (8) (
                Signed by Judge Daniel T. K. Hurley on 10/2/00) CCAP [EOD
                Date: 10/4/00] CCAPΔ (kw) [Entry date 10/04/00]

Vol #1 Cont.

Proceedings include all events.                                           AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

10/4/00  (153)   ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
                 Nadia Almasri, Mutasem Al-Salhi, Saber Abdelmuti, Raed
                 Naser Aldin, Nabil Aquil, Nizar Fneiche, Motlaq Jaber,
                 Terek Zaki Abu-Lawi, Rabah El Haddad, Zuhair Mahumud Rabei,
                 Mohammed Samhan  set status conference for 8:40 10/17/00
                 for Thomas Narog, for Ghandi Jaber, for Ahmad Almasri, for
                 Nadia Almasri, for Mutasem Al-Salhi, for Saber Abdelmuti,
                 for Raed Naser Aldin, for Nabil Aquil, for Nizar Fneiche,
                 for Motlaq Jaber, for Terek Zaki Abu-Lawi, for Rabah El
                 Haddad, for Zuhair Mahumud Rabei, for Mohammed Samhan
                 before Judge Daniel T. K. Hurley ( Signed by Judge Daniel
                 T. K. Hurley on 10/2/00) CCAP [EOD Date: 10/5/00] CCAP△ (kw)
                 [Entry date 10/05/00]

10/5/00  154     Minutes of initial held on 10/5/00  before Ch. Magistrate
                 Judge Linnea R. Johnson as to Raed Naser Aldin ;  Court
                 Reporter Name or Tape #: LRJ-00-86-3076 (kw)
                 [Entry date 10/05/00]

10/5/00  155     INTERPRETER required for Raed Naser Aldin    Language:
                 Arabic (kw) [Entry date 10/06/00]

10/5/00  156     ORDER on Initial Appearance as to Raed Naser Aldin
                 Arraignment set for 9:30 10/10/00 for Raed Naser Aldin ;
                 before Duty Magistrate, ,  ( Signed by Ch. Magistrate
                 Judge Linnea R. Johnson  on 10/5/00)  CCAP (kw)
                 [Entry date 10/06/00]

10/6/00  (157)   MOTION by Thomas Narog to extend time to file motions (kw)
                 [Entry date 10/10/00]

10/6/00  158     RESPONSE to Standing Discovery Order by USA  as to Zuhair
                 Mahumud Rabei, Saber Abdelmuti, Ahmad Almasri, Nadia
                 Almasri (kw) [Entry date 10/10/00]

10/6/00  159     RESPONSE to Standing Discovery Order by USA  as to Rabah El
                 Haddad (kw) [Entry date 10/10/00]

10/10/00 160     ARRAIGNMENT INFORMATION SHEET for Raed Naser Aldin (7)
                 count(s) 1, 5   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (kw) [Entry date 10/10/00]

10/10/00 161     ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Raed Naser Aldin   Status conference set for 9:30
                 11/13/00 for Raed Naser Aldin   before Ch. Magistrate Judge
                 Linnea R. Johnson ( Signed by Magistrate Ann E. Vitunac on
                 10/10/00) CCAP [EOD Date: 10/10/00]  CCAP (kw)
                 [Entry date 10/10/00]

10/10/00 162     STANDING DISCOVERY ORDER as to Raed Naser Aldin   all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by
                 Magistrate Ann E. Vitunac on 10/10/00)  CCAP (kw)
                 [Entry date 10/10/00]

Vol #1 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR   APPEAL
                                                        INTERP
```

10/10/00  163    Minutes of arraignment & Bond held on 10/10/00  before
                 Magistrate Ann E. Vitunac as to Raed Naser Aldin ; Tape #:
                 AEV 00-73-490 (kw) [Entry date 10/10/00]

10/10/00  164    REPORT Commencing Criminal Action as to Saber Abdelmuti
                 DOB: 12/5/59 (kw) [Entry date 10/11/00]

10/10/00  (165)  ORDER as to Thomas Narog  granting [157-1] motion to extend
                 time to file motions( Signed by Magistrate Ann E. Vitunac
                 on 10/10/00) CCAP [EOD Date: 10/11/00] CCAPΔ (kw)
                 [Entry date 10/11/00]

10/10/00  166    NOTICE of Unavailabilty by Mohammed Samhan  for dates of:
                 3/29/01-4/7/01 (kw) [Entry date 10/11/00]

10/10/00  167    SUPPLEMENT by Mohammed Samhan  to: [138-1] motion for De
                 Novo review of order setting detention pending trial (kw)
                 [Entry date 10/11/00]

10/10/00  168    MOTION by Mohammed Samhan to extend time to file pretrial
                 motions (kw) [Entry date 10/11/00]

10/12/00  170    MOTION by Mohammed Samhan for order of reference (kw)
                 [Entry date 10/13/00]

10/13/00  169    ORDER as to Mohammed Samhan  granting [168-1] motion to
                 extend time to file pretrial motions as to Mohammed Samhan
                 (14) ( Signed by Magistrate Ann E. Vitunac on 10/12/00)
                 CCAP [EOD Date: 10/13/00] CCAPΔ (kw) [Entry date 10/13/00]

10/13/00  171    MOTION by Rabah El Haddad to extend time to file a brief
                 in response to brief filed by the government appealing the
                 order setting bond in this matter (kw) [Entry date 10/16/00]

10/16/00  172    SEALED DOCUMENT (kw) [Entry date 10/16/00]

10/16/00  173    SEALED DOCUMENT (kw) [Entry date 10/16/00]

10/16/00  174    MOTION by Raed Naser Aldin for authorization to retain
                 arabic interpreter (kw) [Entry date 10/16/00]

10/20/00  175    MOTION by Zuhair Mahumud Rabei to modify Bond (pa)
                 [Entry date 10/20/00]

10/20/00  176    DEMAND FOR DISCLOSURE of Witness by Zuhair Mahumud Rabei (pa)
                 [Entry date 10/20/00]

Vol # 1 Cont.

Proceedings include all events.                                                      AEV
0:00cr6211-ALL USA v. Narog, et al                                      PRIOR   APPEAL
                                                                                INTERP

10/20/00  177    ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME:
                 ORDER as to Rabah El Haddad granting [171-1] motion to
                 extend time to file a brief in response to brief filed by
                 the government appealing the order setting bond in this
                 matter as to Rabah El Haddad (12). Reply brief due 10/27/00
                 (Signed by Judge Daniel T. K. Hurley on 10/18/00) CCAP [EOD
                 Date: 10/20/00] CCAPΔ (pa) [Entry date 10/20/00]

10/20/00  178    Minutes of Status Re: Discovery held on 10/20/00  before
                 Ch. Magistrate Judge Linnea R. Johnson as to Zuhair Mahumud
                 Rabei; Government will provide the Court with the status of
                 the case later this afternoon. Tape #: LRJ-00-92-2400 (pa)
                 [Entry date 10/23/00]

10/20/00  --     Status conference as to Zuhair Mahumud Rabei  held (pa)
                 [Entry date 10/23/00]

10/20/00  179    CJA 20 as to Raed Naser Aldin : Appointment of Attorney
                 Charles Garret White ( Signed by Ch. Magistrate Judge
                 Linnea R. Johnson  on 10/19/00) (pa) [Entry date 10/23/00]

10/23/00  180    MOTION by Saber Abdelmuti for Theodore W. Weeks III  to
                 appear pro hac vice (kw) [Entry date 10/24/00]

10/23/00  --     Filing Fee Paid by Saber Abdelmuti  FILING FEE $ 75.00
                 RECEIPT # 713366 (kw) [Entry date 10/24/00]

10/23/00  181    ORDER as to Zuhair Mahumud Rabei  denying [175-1] motion to
                 modify Bond (Signed by Magistrate Ann E. Vitunac on
                 10/23/00) CCAP [EOD Date: 10/24/00] CCAPΔ (kw)
                 [Entry date 10/24/00]

10/23/00  182    ORDER OF REFERENCE referring Motion(s)  to Magistrate Ann
                 E. Vitunac as to Mohammed Samhan : [138-1] motion for De
                 Novo review of order setting detention pending trial as to
                 Mohammed Samhan (14)   ( Signed by Judge Daniel T. K. Hurley
                 on 10/18/00) CCAP [EOD Date: 10/24/00]   CCAP (kw)
                 [Entry date 10/24/00]

10/24/00  183    PRETRIAL ORDER as to Zuhair Mahumud Rabei  ( Signed by Ch.
                 Magistrate Judge Linnea R. Johnson on ) CCAP [EOD Date:
                 10/24/00]  CCAP (kw) [Entry date 10/24/00]

10/24/00  184    ORDER as to Saber Abdelmuti  granting [180-1] motion for
                 Theodore W. Weeks III  to appear pro hac vice as to Saber
                 Abdelmuti (6) ( Signed by Magistrate Ann E. Vitunac on )
                 CCAP [EOD Date: 10/24/00] CCAPΔ (kw) [Entry date 10/24/00]

10/24/00  185    ORDER as to Raed Naser Aldin  granting [174-1] motion for
                 authorization to retain arabic interpreter as to Raed Naser
                 Aldin (7) ( Signed by Judge Daniel T. K. Hurley on
                 10/23/00) CCAP [EOD Date: 10/24/00] CCAPΔ (kw)
                 [Entry date 10/24/00]

Docket as of October 22, 2002 11:41 am                        Page 38

Vol # 1 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al             PRIOR  APPEAL
                                                      INTERP
```

10/24/00  186    SEALED DOCUMENT (kw) [Entry date 10/25/00]

10/24/00  187    SEALED DOCUMENT (kw) [Entry date 10/25/00]

10/26/00 (194)   MOTION by Thomas Narog to extend time to file motions (kw)
                 [Entry date 10/30/00]

10/27/00  188    RESPONSE by Rabah El Haddad in opposition to [83-1]
                 Magistrate appeal (kw) [Entry date 10/27/00]

10/27/00  189    INFORMATION SHEET RE: BOND STATUS OF DEFENDANTS of by
                 Mohammed Samhan (kw) [Entry date 10/27/00]

10/27/00  190    NOTICE of filing attached letter from Immigration Agent
                 Richard Kalb and Save the Children for use at the DeNovo
                 Bond hearing  by Mohammed Samhan (kw) [Entry date 10/27/00]

10/27/00  191    NOTICE of Hearing as to Ahmad Almasri :  hearing on Motion
                 to modify conditions of release set for 11/2/00 @10:00
                 before Magistrate Ann E. Vitunac (kw) [Entry date 10/30/00]

10/27/00  192    NOTICE of APPEAL OF MAGISTRATE JUDGE'S DENIAL OF REQUESST
                 FOR PRETRIAL DETENTION by Mohammed Samhan (kw)
                 [Entry date 10/30/00]

10/27/00  193    Minutes of PTD hearing held on 10/27/00  before Magistrate
                 Barry S. Seltzer as to Mohammed Samhan ; Tape #: 00-085/086
                 1106-3913 (kw) [Entry date 10/30/00]

10/31/00  195    ORDER as to Ahmad Almasri  granting [126-1] motion for Mark
                 E. NeJame to appear pro hac vice ( Signed by Judge Daniel
                 T. K. Hurley on 10/30/00) CCAP [EOD Date: 11/1/00] CCAPΔ (kw)
                 [Entry date 11/01/00]

10/31/00 (196)   ORDER as to Thomas Narog  granting [194-1] motion to extend
                 time to file motions  set motion filing deadline for
                 12/1/00 for Thomas Narog ( Signed by Magistrate Ann E.
                 Vitunac on 10/30/00) CCAP [EOD Date: 11/1/00] CCAPΔ (kw)
                 [Entry date 11/01/00]

11/1/00   197    APPEAL of Magistrate Decision to District Court by USA  as
                 to Mohammed Samhan  re: [24-1] order (ch)
                 [Entry date 11/03/00]

11/1/00   198    BRIEF by USA as to Mohammed Samhan  in support of [197-1]
                 Magistrate appeal (ch) [Entry date 11/03/00]

11/2/00   199    Minutes of Unopposed Motion To Modify held on 11/02/00
                 before Magistrate Ann E. Vitunac as to Ahmad Almasri; Deft
                 present with co-counsel, defense presents arguments. Govt
                 does not object. Deft promise not to abscond. Court grants
                 motion for dft to be released from electronic monitoring
                 and home detention. Tape #: AEV-00-81-155 (at)
                 [Entry date 11/03/00]
```

Proceedings include all events.        Vol # 1 Cont.              AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP

11/2/00   200    UNOPPOSED MOTION by Ahmad Almasri to Modify Conditions of
                 Release (at) [Entry date 11/03/00]

11/2/00   201    ORDER ON DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITION
                 OF RELEASE as to Ahmad Almasri granting [200-1] motion to
                 Modify Conditions of Release as to Ahmad Almasri (3) (
                 Signed by Magistrate Ann E. Vitunac on 11/02/00) CCAP [EOD
                 Date: 11/3/00] CCAPΔ (at) [Entry date 11/03/00]

11/2/00   202    ORDER GRANTING MOTION TO RE-OPEN DETENTION HEARING:ORDER as
                 to Mohammed Samhan granting [138-1] motion for De Novo
                 review of order setting detention pending trial denying
                 [167-1] supplement to (Signed by Judge Daniel T. K. Hurley
                 on 11/1/00) CCAP [EOD Date: 11/3/00] CCAPΔ (pa)
                 [Entry date 11/03/00]

11/6/00   204    TRANSCRIPT filed as to Mohammed Samhan  of pretrial
                 detention hearing held 10/27/00  before Judge Seltzer
                 Volume #: 1  Pages: 1-50 (kw) [Entry date 11/08/00]

11/7/00   (203)  ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
                 Nadia Almasri, Saber Abdelmuti, Nabil Aquil, Nizar Fneiche,
                 Rabah El Haddad, Mohammed Samhan  set Jury trial for
                 3/5/01 before Judge Daniel T. K. Hurley, and  set
                 calendar call for 2/23/01 before Judge Daniel T. K.
                 Hurley, and to Continue in Interest of Justice ( Signed
                 by Judge Daniel T. K. Hurley on 11/4/00) CCAP [EOD Date:
                 11/8/00] CCAPΔ (kw) [Entry date 11/08/00]

11/9/00   205     Arrest WARRANT Returned Executed as to Raed Naser Aldin on
                 9/22/00 (kw) [Entry date 11/09/00]

11/13/00  206    PRETRIAL ORDER as to Raed Naser Aldin  ( Signed by Ch.
                 Magistrate Judge Linnea R. Johnson ) CCAP [EOD Date:
                 11/13/00]  CCAP (kw) [Entry date 11/13/00]

11/13/00  207    RESPONSE to Standing Discovery Order by USA  as to Raed
                 Naser Aldin (kw) [Entry date 11/14/00]

11/15/00  208    NOTICE that all documents related to the bond appeal have
                 been submitted of by Mohammed Samhan as to Mohammed Samhan
                 (kw) [Entry date 11/16/00]

11/15/00  209    NOTICE of filing the attached transcript of the detention
                 hearing on 10/27/00 before Judge Seltzer by Mohammed Samhan
                 (kw) [Entry date 11/16/00]

11/20/00  210    PRETRIAL ORDER as to Nabil Aquil  ( Signed by Ch.
                 Magistrate Judge Linnea R. Johnson on ) CCAP [EOD Date:
                 11/20/00]  CCAP (kw) [Entry date 11/20/00]

Vol # 1 Cont.

Proceedings include all events.                                                    AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR APPEAL
                                                                      INTERP

11/20/00 211    Minutes of status re: discovery held on 11/20/00 before
                Ch. Magistrate Judge Linnea R. Johnson as to Nabil Aquil ;
                Court Reporter Name or Tape #: LRJ-00-102-1238 (kw)
                [Entry date 11/20/00]

11/21/00 (212)  MOTION by Thomas Narog to extend time to file motions (kw)
                [Entry date 11/21/00]

11/27/00 (213)  ORDER granting [212-1] motion to extend time to file
                motions as to Thomas Narog (1) ( Signed by Magistrate Ann
                E. Vitunac on 11/26/00) CCAP [EOD Date: 11/27/00] CCAP△ (kw)
                [Entry date 11/27/00]

11/27/00 214    MOTION by Mohammed Samhan to dissolve stay (kw)
                [Entry date 11/28/00]

12/4/00  215    ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER SETTING TERMS &
                CONDITIONS FOR PRETRIAL RELEASE as to Mohammed Samhan (
                Signed by Judge Daniel T. K. Hurley on 12/2/00) CCAP [EOD
                Date: 12/4/00] CCAP (kw) [Entry date 12/04/00]

12/6/00  216    Minutes of Posting of Bond held on 12/6/00 before
                Magistrate Judge Lurana S. Snow as to Mohammed Samhan ;
                Tape #: 00-062-720 (pa) [Entry date 12/07/00]

12/6/00  217    PERSONAL SURETY BOND entered by Mohammed Samhan in Amount
                $ 400,000 Approved by Magistrate Judge Lurana S. Snow.
                Surrender passports/travel documents; Report to PTS as
                follows: as directed Random urine testing; Treatment as
                deemed necessary. Avoid victims/witnesses; No
                firearms/weapons; Do not dispose real/personal property
                Additional conditions: 24 hour house arrest. Reside at
                currect address, no illegal drugs or exces alcohol.
                Electronic monitoring at defendants expense. (pa)
                [Entry date 12/07/00]

12/7/00  218    CSB BOND entered by Mohammed Samhan in Amount $
                100,000.00 conditions same as on PSB(Surety Information:
                A Alternative Bail Bonds , , Meike Moss)  Approved by
                Magistrate Judge Lurana S. Snow . (kw) [Entry date 12/08/00]

12/11/00 219    NOTICE of Hearing as to Zuhair Mahumud Rabei: set Nebbia
                Hearing for 9:30 12/13/00 before Magistrate Ann E. Vitunac
                (pa) [Entry date 12/12/00]

12/11/00 220    ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER SETTING TERMS &
                CONDITIONS FOR PRETRIAL RELEASE: ORDER as to Rabah El
                Haddad affirming [93-1] order ( Signed by Judge Daniel T.
                K. Hurley on 12/7/00) CCAP [EOD Date: 12/12/00] CCAP△ (pa)
                [Entry date 12/12/00]

12/13/00 221    Minutes of nebbia hearing held on 12/13/00 before
                Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei ;
                Court Reporter Name or Tape #: AEV 00-93-773 (kw)

Vol #1 Cont.

Proceedings include all events.
0:00cr6211-ALL USA v. Narog, et al

PRIOR APPEAL INTERP AEV

[Entry date 12/13/00]

| | | |
|---|---|---|
| 12/15/00 | 222 | MOTION by Mohammed Samhan for Brady Material (kw) [Entry date 12/18/00] |
| 12/18/00 | 223 | MOTION by Thomas Narog for Hearing on motion to reopen and reconsider the pretrial detention (kw) [Entry date 12/19/00] |
| 12/18/00 | 224 | MOTION by Thomas Narog for reconsideration of [38-1] order (kw) [Entry date 12/19/00] |
| 12/21/00 | 225 | ORDER as to Thomas Narog  granting [224-1] motion for reconsideration of [38-1] order Motion hearing  before Ch. Magistrate Judge Linnea R. Johnson set for 9:30 12/22/00 for Thomas Narog for [223-1] motion for Hearing on motion to reopen and reconsider the pretrial detention (Signed by Ch. Magistrate Judge Linnea R. Johnson on 12/20/00) CCAP [EOD Date: 12/21/00] CCAPΔ (pa) [Entry date 12/21/00] |
| 12/22/00 | 226 | Minutes of bond hearing held on 12/22/00  before Ch. Magistrate Judge Linnea R. Johnson as to Thomas Narog ; Court Reporter Name or Tape #: LRJ-00-114-1420 (kw) [Entry date 12/26/00] |
| 12/22/00 | 227 | PSB BOND entered by Thomas Narog  in  Amount $ 250,000.00 Approved by Ch. Magistrate Judge Linnea R. Johnson . Report to PTS as follows: 1 week in person or as otherwi Additional conditions: properties not to be encumbered except for legal & investigative fees (no substitutions of collateral) and defendant to submit to electronic monitoring (kw) [Entry date 12/26/00] |
| 12/22/00 | 228 | CSB BOND entered by Thomas Narog  in  Amount $ 100,000.00 (Surety Information: International Fidelity Insuran ,  , Stephen Falwell)    Approved by Ch. Magistrate Judge Linnea R. Johnson .  Report to PTS as follows: 1 time a week in person or as  Additional conditions: properties not to be encumbered except for legal investigative fees (no substitution of collateral) submit to electronic monitoring (kw) [Entry date 12/26/00] |
| 12/26/00 | 229 | MOTION with Memorandum in Support by Thomas Narog for discovery, and for Brady Material (kw) [Entry date 12/27/00] |
| 12/26/00 | 230 | MOTION by Thomas Narog to extend time to file motions (kw) [Entry date 12/27/00] |
| 12/26/00 | 231 | MOTION by Thomas Narog to suppress statements (kw) [Entry date 12/27/00] |
| 12/26/00 | 232 | MOTION with Memorandum in Support by Thomas Narog for rule 104(c)Hearing regarding admissibility of any rule 404(b) evidence (kw) [Entry date 12/27/00] |

Vol # 1 Cont.

Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                      PRIOR  APPEAL
                                                               INTERP

12/26/00 (234)    MOTION by Thomas Narog for Bill of Particulars, and for
                  discovery regarding electronic surveillance, and for
                  disclosure of all intercepted communication (kw)
                  [Entry date 12/27/00]

12/26/00 (235)    MOTION by Thomas Narog to Adopt Motion of Other Defendant
                  [222-1] motion for Brady Material (kw) [Entry date 12/27/00]

12/26/00 ( 233 )  SUPPLEMENT by Thomas Narog  to: [231-1] motion to suppress
                  statements (kw) [Entry date 12/27/00]
                  [Edit date 12/27/00]

12/27/00 236      NOTICE of filing attached motion to reconsider and reopen
                  order setting detention pending trial by Ghandi Jaber (kw)
                  [Entry date 12/27/00]

12/27/00 237      MOTION by Ghandi Jaber for reconsideration of [38-1]
                  order (kw) [Entry date 12/28/00]

12/29/00 239      Minutes of stipulated bond setting held on 12/29/00  before
                  Magistrate Barry S. Seltzer as to Ghandi Jaber ; Tape #:
                  00-102 822-1206 (kw) [Entry date 01/02/01]

12/29/00 240      10% PSB BOND entered by Ghandi Jaber  in  Amount $
                  100,000.00   Approved by Magistrate Barry S. Seltzer .
                  Surrender passports/travel documents;  Report to PTS as
                  directed by Pretrial Services  Random urine testing;
                  Full-time employment; Educational program;  Avoid
                  victims/witnesses;  No firearms/weapons;  Curfew from:  Do
                  not dispose real/personal property  Additional conditions:
                  no excessive alcohol or illegal drugs; travel extended to
                  Chicago for counsel (kw) [Entry date 01/02/01]

12/29/00 241       PSB BOND entered by Ghandi Jaber  in  Amount $ 250,000.00
                  Approved by Magistrate Barry S. Seltzer . conditions remain
                  the same as 10%. (kw) [Entry date 01/02/01]

1/2/01   (238)    NOTICE of adoption of defendant Narog's motions by Rabah El
                  Haddad (kw) [Entry date 01/02/01]

1/3/01   242      ORDER directing Government to review evidence and to comply
                  with the dictates of Brady and Kyles vs. Whitley as to
                  Mohammed Samhan ( Signed by Magistrate Ann E. Vitunac on
                  1/2/01) CCAP [EOD Date: 1/3/01] CCAP△ (kw)
                  [Entry date 01/03/01]

1/17/01  243      MOTION by Mutasem Al-Salhi to dismiss indictment (kw)
                  [Entry date 01/19/01]

1/17/01  244      MOTION by Mohammed Samhan to enlarge Bond conditions (kw)
                  [Entry date 01/19/01]

1/18/01  (245)    MOTION by USA  as to Thomas Narog to extend time to file
                  responses to pretrial motions (kw) [Entry date 01/19/01]

Proceedings include all events.
0:00cr6211-ALL USA v. Narog, et al

Vol #1 Cont.



PRIOR

AEV
APPEAL
INTERP

1/19/01  247    NOTICE of filing co-signature bond page as to Ghandi Jaber
                (kw) [Entry date 01/22/01] [Edit date 01/24/01]

1/22/01  246    ORDER as to Thomas Narog  granting [245-1] motion to extend
                time to file responses to pretrial motions as to Thomas
                Narog (1) ( Signed by Magistrate Ann E. Vitunac on 1/22/01)
                CCAP [EOD Date: 1/22/01] CCAP△ (kw) [Entry date 01/22/01]

1/22/01  248    MOTION by Thomas Narog to extend time to file additional
                motions (kw) [Entry date 01/23/01]

1/23/01  249    ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
                Nadia Almasri, Saber Abdelmuti, Nabil Aquil, Nizar Fneiche,
                Rabah El Haddad, Mohammed Samhan  set status conference
                for 8:40 2/1/01    before Judge Daniel T. K. Hurley (
                Signed by Judge Daniel T. K. Hurley on 1/22/01) CCAP [EOD
                Date: 1/23/01] CCAP△ (kw) [Entry date 01/23/01]

1/23/01  250    ORDER as to Thomas Narog  granting [248-1] motion to extend
                time to file additional motions as to Thomas Narog (1) (
                Signed by Magistrate Ann E. Vitunac on 1/23/01) CCAP [EOD
                Date: 1/23/01] CCAP△ (kw) [Entry date 01/23/01]

1/23/01  251    ORDER as to Mohammed Samhan  granting [244-1] motion to
                enlarge Bond conditions ( Signed by Magistrate Barry S.
                Seltzer on 1/22/01) CCAP [EOD Date: 1/25/01] CCAP△ (kw)
                [Entry date 01/25/01]

1/24/01  252    MOTION by Ghandi Jaber to Travel (kw) [Entry date 01/25/01]

1/26/01  253    RESPONSE by USA  as to Thomas Narog re [234-1] motion for
                Bill of Particulars (kw) [Entry date 01/29/01]

1/26/01  254    RESPONSE by USA  as to Thomas Narog re [232-1] motion for
                rule 104(c)Hearing regarding admissibility of any rule
                404(b) evidence (kw) [Entry date 01/29/01]

1/26/01  255    RESPONSE by USA  as to Thomas Narog re [231-1] motion to
                suppress statements (kw) [Entry date 01/29/01]

1/26/01  256    RESPONSE by USA  as to Thomas Narog re [234-2] motion for
                discovery regarding electronic surveillance (kw)
                [Entry date 01/29/01]

1/28/01  259    ORDER as to Ghandi Jaber  granting [252-1] motion to Travel
                ( Signed by Magistrate Barry S. Seltzer on 1/25/01) CCAP
                [EOD Date: 1/30/01] CCAP△ (kw) [Entry date 01/30/01]

1/29/01  257    ORDER as to Thomas Narog  denying [232-1] motion for rule
                104(c)Hearing regarding admissibility of any rule 404(b)
                evidence as to Thomas Narog (1) ( Signed by Magistrate Ann
                E. Vitunac on 1/29/01) CCAP [EOD Date: 1/30/01] CCAP△ (kw)
                [Entry date 01/30/01]

Vol #1 Cont.

Proceedings include all events.                                          AEV
0:06cr6211-ALL USA v. Narog, et al                        PRIOR   APPEAL
                                                                  INTERP

1/29/01 (258)    ORDER as to Thomas Narog  granting [235-1] motion to Adopt
                 Motion of Other Defendant [222-1] motion for Brady Material
                 as to Thomas Narog (1) ( Signed by Magistrate Ann E.
                 Vitunac on 1/29/01) CCAP [EOD Date: 1/30/01] CCAPΔ (kw)
                 [Entry date 01/30/01]

1/29/01  --      Motion joined by Thomas Narog : joinder in [222-1] motion
                 for Brady Material (kw) [Entry date 01/30/01]

1/30/01 (260)    ORDER as to Thomas Narog  denying [234-1] motion for Bill
                 of Particulars , denying [234-2] motion for discovery
                 regarding electronic surveillance , denying [234-3] motion
                 for disclosure of all intercepted communication , denying
                 [229-1] motion for discovery , denying [229-2] motion for
                 Brady Material ( Signed by Magistrate Ann E. Vitunac on
                 1/30/01) CCAP [EOD Date: 1/31/01] CCAPΔ (kw)
                 [Entry date 01/31/01]

1/30/01 (261)    MOTION by Thomas Narog to quash search warrants, and to
                 suppress evidence and statements (kw) [Entry date 02/01/01]

1/31/01  262     NOTICE OF CONFLICT AND MOTION by Rabah El Haddad to
                 continue jury trial (kw) [Entry date 02/01/01]

2/7/01   263     ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE
                 referring evidentiary hearing to Magistrate Ann E. Vitunac
                 as to Mutasem Al-Salhi : ( Signed by Judge Daniel T. K.
                 Hurley on 2/6/01) CCAP [EOD Date: 2/8/01] CCAP (kw)
                 [Entry date 02/08/01]

2/8/01   264     ORDER as to Rabah El Haddad  denying [262-1] motion to
                 continue jury trial as to Rabah El Haddad (12) ( Signed by
                 Judge Daniel T. K. Hurley on 2/8/01) CCAP [EOD Date:
                 2/9/01] CCAPΔ (kw) [Entry date 02/09/01]

2/8/01  (265)    NOTICE of Hearing as to Thomas Narog : Motion hearing
                 before Magistrate Ann E. Vitunac set for 10:00 3/1/01 for
                 Thomas Narog for [261-2] motion to suppress evidence and
                 statements (kw) [Entry date 02/09/01]

2/13/01  266     MOTION by Mohammed Samhan for Leonard Fenn to withdraw as
                 attorney (kw) [Entry date 02/15/01]

2/14/01  267     RESPONSE by USA  as to Mutasem Al-Salhi re [243-1] motion
                 to dismiss indictment (kw) [Entry date 02/15/01]

2/16/01  268     NOTICE of Hearing as to Zuhair Mahumud Rabei :  set Nebbia
                 Hearing for 9:30 2/21/01 for Zuhair Mahumud Rabei  before
                 Magistrate Ann E. Vitunac (kw) [Entry date 02/20/01]

2/20/01  269     ORDER as to Mohammed Samhan  granting [266-1] motion for
                 Leonard Fenn to withdraw as attorney ( Signed by Magistrate
                 Ann E. Vitunac on 2/20/01) CCAP [EOD Date: 2/21/01] CCAPΔ

Vol #1 Cont

Proceedings include all events.                                                AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR    APPEAL
                                                                         INTERP
                (kw) [Entry date 02/21/01]

2/21/01   270    Minutes of second nebbia hearing (to substitute property)
                 held on 2/21/01 before Magistrate Ann E. Vitunac as to
                 Zuhair Mahumud Rabei ; Tape #: AEV 01-7-3800 01-8-60 (kw)
                 [Entry date 02/22/01]

2/21/01   271    REPORT AND RECOMMENDATIONS of Magistrate Ann E. Vitunac as
                 to Mutasem Al-Salhi recommending that [243-1] motion to
                 dismiss indictment as to Mutasem Al-Salhi (5) be granted.
                 Motion no longer referred.  Signed on: 2/21/01 Objections
                 to R and R due by 3/3/01  CCAP (kw) [Entry date 02/22/01]

2/22/01   272    CSB BOND entered by Zuhair Mahumud Rabei  in  Amount $
                 100,000.00 (Surety Information: Ranger Insurance , Almand
                 Asad , PO Box 2807 Houston, TX 77252)   Approved by
                 Magistrate Ann E. Vitunac .  Surrender passports/travel
                 documents;  Full-time employment;  Avoid victims/witnesses;
                  No firearms/weapons;  Additional conditions: do not move
                 without court permission and travel restricted to S/D of TX
                 and S/D of Fl. for court appearances and meet with counsel,
                 must reside at 10157 Westview Drive # 26 Houston, TX. 77043
                 (kw) [Entry date 02/22/01]

2/27/01   273    SUPERSEDING INDICTMENT as to  Thomas Narog (1) count(s)
                 1s, 2s, 3s-5s, 6s, 7s, 8s, 9s-14s, Ghandi Jaber (2)
                 count(s) 1s, 6s, 8s, 10s-11s, Ahmad Almasri (3) count(s)
                 1s, 10s, Nadia Almasri (4) count(s) 1s, 10s, Saber
                 Abdelmuti (6) count(s) 1s, 10s, Raed Naser Aldin (7)
                 count(s) 1s, 11s, Nabil Aquil (8) count(s) 1s, 11s, Nizar
                 Fneiche (9) count(s) 1s, 11s, Motlaq Jaber (10) count(s)
                 1s, 6s, 8s, 11s, Terek Zaki Abu-Lawi (11) count(s) 1s, 6s,
                 Rabah El Haddad (12) count(s) 1s, 2s, 11s, 12s, 14s, Zuhair
                 Mahumud Rabei (13) count(s) 1s, 10s, Mohammed Samhan (14)
                 count(s) 1s, 2s, 11s, 12s, 14s (Criminal Category 3) (kw)
                 [Entry date 03/01/01]

3/1/01    274    Minutes of motion to supress statements held on 3/1/01
                 before Magistrate Ann E. Vitunac as to Thomas Narog ;
                 Court Reporter Name or Tape #: AEV 01-15-1 and Kim Mesfun
                 (kw) [Entry date 03/02/01]

3/7/01    275    NOTICE of Hearing as to Thomas Narog, Ghandi Jaber, Ahmad
                 Almasri, Nadia Almasri, Saber Abdelmuti, Raed Naser Aldin,
                 Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Zuhair Mahumud
                 Rabei, Mohammed Samhan :  set Arraignment for 10:00
                 3/14/01 before Magistrate Ann E. Vitunac (kw)
                 [Entry date 03/07/01]

3/7/01    276    RESPONSE by USA  as to Thomas Narog re [261-1] motion to
                 quash search warrants (kw) [Entry date 03/08/01]

Vol #1 Cont

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                      PRIOR  APPEAL
                                                               INTERP

3/13/01  277   ORDER adopting as to Mutasem Al-Salhi [271-1] report and
               recommendations  granting [243-1] motion to dismiss
               indictment as to Mutasem Al-Salhi (5) ( Signed by Judge
               Daniel T. K. Hurley on 3/12/01) CCAP [EOD Date: 3/14/01]
               CCAP (kw) [Entry date 03/14/01]

3/13/01  --    DISMISSAL of Count(s) on Court or Defendant Motion as to
               Mutasem Al-Salhi   Terminated motions:  Counts Dismissed:
               Mutasem Al-Salhi (5) count(s) 1, 2, 3 (kw)
               [Entry date 03/14/01]

3/13/01  278    Bench WARRANT issued as to Ghandi Jaber .    Warrant
               issued by Magistrate Ann E. Vitunac    Bail fixed at no bond
               (kw) [Entry date 03/14/01]

3/14/01  279    Bench WARRANT issued as to Nizar Fneiche .    Warrant
               issued by Magistrate Ann E. Vitunac    Bail fixed at no bond
               (kw) [Entry date 03/14/01]

3/14/01  280    Arrest WARRANT issued as to Nabil Aquil .    Warrant
               issued by Magistrate Ann E. Vitunac    Bail fixed at no bond
               (kw) [Entry date 03/14/01]

3/14/01  281   ARRAIGNMENT INFORMATION SHEET for Rabah El Haddad (12)
               count(s) 1s, 2s, 11s, 12s, 14s   NOT GUILTY PLEA ENTERED as
               to all counts. Court accepts plea. (kw)
               [Entry date 03/15/01]

3/14/01  282   ARRAIGNMENT INFORMATION SHEET for Mohammed Samhan (14)
               count(s) 1s, 2s, 11s, 12s, 14s   NOT GUILTY PLEA ENTERED as
               to all counts. Court accepts plea. (kw)
               [Entry date 03/15/01]

3/14/01  283   ARRAIGNMENT INFORMATION SHEET for Saber Abdelmuti (6)
               count(s) 1s, 10s   NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (kw) [Entry date 03/15/01]

3/14/01  284   ARRAIGNMENT INFORMATION SHEET for Raed Naser Aldin (7)
               count(s) 1s, 11s   NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (kw) [Entry date 03/15/01]

3/14/01  (285)  ARRAIGNMENT INFORMATION SHEET for Thomas Narog (1) count(s)
               1s, 2s, 3s-5s, 6s, 8s, 7s, 9s-14s   NOT GUILTY PLEA ENTERED
               as to all counts. Court accepts plea. (kw)
               [Entry date 03/15/01]

3/14/01  286   ARRAIGNMENT INFORMATION SHEET for Zuhair Mahumud Rabei (13)
               count(s) 1s, 10s   NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (kw) [Entry date 03/15/01]

Vol #1 Cont

Proceedings include all events.                                           AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

3/14/01   287     ORDER enlarging conditions of bond to permit defendant to
                  remove permanently his electronic monitoring device, and
                  that defendant maintain an active cel phone for pretrial
                  purposes as to Saber Abdelmuti ( Signed by Magistrate Ann
                  E. Vitunac ) CCAP [EOD Date: 3/15/01] CCAPΔ (kw)
                  [Entry date 03/15/01]

3/14/01   288     MOTION by Saber Abdelmuti to enlarge bond conditions Bond
                  (kw) [Entry date 03/15/01]

3/14/01   (289)   REPORT AND RECOMMENDATIONS  of Magistrate Ann E. Vitunac as
                  to Thomas Narog recommending that [231-1] motion to
                  suppress statements as to Thomas Narog (1) be denied.
                  Motion no longer referred.  Signed on: 3/15/01 Objections
                  to R and R due by 3/24/01  CCAP (kw) [Entry date 03/15/01]

3/14/01   (290)   ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                  as to Thomas Narog, Saber Abdelmuti, Raed Naser Aldin,
                  Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed Samhan
                  Status conference set for 9:30 4/16/01 before Magistrate
                  Ann E. Vitunac ( Signed by Magistrate Ann E. Vitunac on
                  3/14/01) CCAP [EOD Date: 3/15/01] CCAP (kw)
                  [Entry date 03/15/01]

3/14/01   (291)   STANDING DISCOVERY ORDER as to Thomas Narog, Saber
                  Abdelmuti, Raed Naser Aldin, Rabah El Haddad, Zuhair
                  Mahumud Rabei, Mohammed Samhan    all motions concerning
                  matters not covered by this order must be filed within 28
                  days of this order ( Signed by Magistrate Ann E. Vitunac on
                  3/14/01) CCAP (kw) [Entry date 03/15/01]

3/15/01   292     MOTION by Rabah El Haddad to Modify Conditions of Release
                  (kw) [Entry date 03/15/01]

3/15/01   293     Minutes of arraignment on superseding indictment held on
                  3/14/01 before Magistrate Ann E. Vitunac as to Mohammed
                  Samhan ; Tape #: AEV 01-16-3400 (kw) [Entry date 03/15/01]

3/15/01   294     Minutes of arraignment on superseding indictment held on
                  3/14/01 before Magistrate Ann E. Vitunac as to Rabah El
                  Haddad ; Tape #: AEV 01-17-724 (kw) [Entry date 03/15/01]

3/15/01   295     Minutes of arraignment on superseding indictment not held on
                  3/14/01, defendant not present, warrant issued before
                  Magistrate Ann E. Vitunac as to Nizar ; Tape #: AEV
                  01-16-3368 (kw) [Entry date 03/15/01]
                  [Edit date 03/15/01]

3/15/01   296     Minutes of arraignment on superseding indictment not held
                  on 3/14/01 before Magistrate Ann E. Vitunac as to Nabil
                  Aquil ; defendant not present; warrant issued Tape #: AEV
                  01-16-330 (kw) [Entry date 03/15/01]

Proceedings include all events.        Vol #1 Cont                           AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR  APPEAL
                                                                       INTERP

3/15/01  297    Minutes of arraignment on superseding indictment not held
                on 3/14/01 before Magistrate Ann E. Vitunac as to Ghandi
                Jaber ;defendant not present; warrant issued; Tape #: AEV
                01-16-3247 (kw) [Entry date 03/15/01]

3/15/01  298    Minutes of arraignment on superseding indictment held on
                3/14/01 before Magistrate Ann E. Vitunac as to Thomas Narog
                ; Tape #: AEV 01-16-3037 AEV 01-17-1 (kw)
                [Entry date 03/15/01]

3/15/01  299    Minutes of arraignment on superseding indictment held on
                3/14/01 before Magistrate Ann E. Vitunac as to Raed Naser
                Aldin ; Tape #: AEV 01-16-2987 (kw) [Entry date 03/15/01]

3/15/01  300    Minutes of arraignment on superseding ind held on 3/14/01
                before Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei
                Tape #: AEV 01-16-2904 (kw) [Entry date 03/15/01]

3/15/01  301    Minutes of arraignment on superseding ind held on 3/14/01
                before Magistrate Ann E. Vitunac as to Saber Abdelmuti ;
                Tape #: AEV 01-16-2745 (kw) [Entry date 03/15/01]

3/15/01  302    Minutes of arraignment on superseding indictment held on
                3/14/01 before Magistrate Ann E. Vitunac as to Nadia
                Almasri ; Tape #: AEV 01-16-2327 (kw) [Entry date 03/15/01]

3/15/01  303    Minutes of arraignment on superseding indictment held on
                3/14/01 before Magistrate Ann E. Vitunac as to Ahmad
                Almasri ; Tape #: AEV 01-16-2327 (kw) [Entry date 03/15/01]

3/15/01  304    ORDER as to Nadia Almasri for Appointment of Public
                Defender ( Signed by Magistrate Ann E. Vitunac on 3/14/01)
                CCAP [EOD Date: 3/15/01] CCAPΔ (kw) [Entry date 03/15/01]

3/15/01  305    ORDER as to Rabah El Haddad  granting [292-1] motion to
                Modify Conditions of Release as to Rabah El Haddad (12) (
                Signed by Magistrate Ann E. Vitunac on 3/15/01) CCAP [EOD
                Date: 3/15/01] CCAPΔ (kw) [Entry date 03/15/01]

3/15/01  306    NOTICE of Unavailabilty by Thomas Narog  for dates of:
                4/12/01-4/22/01 and 7/26/01-8/19/01 (kw)
                [Entry date 03/16/01]

3/16/01  307    Minutes of arraignment on superseding held on 3/16/01
                before Magistrate Ann E. Vitunac as to Nadia Almasri ; Tape
                #: AEV 01-17-871 (kw) [Entry date 03/16/01]

3/16/01  308    Minutes of status re: counsel and arraignment on
                superseding indictment held on 3/16/01 before Magistrate
                Ann E. Vitunac as to Ahmad Almasri ; Tape #: AEV 01-17-958
                (kw) [Entry date 03/16/01]

Vol #1 Cont

Proceedings include all events.                                                    AEV
0:00cr6211-ALL USA v. Narog, et al                                    PRIOR  APPEAL
                                                                             INTERP

3/16/01  309    CJA 20 as to Ahmad Almasri : Appointment of Attorney Howard
                Leslie Greitzer ( Signed by Magistrate Ann E. Vitunac  on
                3/16/01) (kw) [Entry date 03/16/01]

3/16/01  310    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Ahmad Almasri, Nadia Almasri    Status conference set
                for 9:30 4/16/01 for Ahmad Almasri, for Nadia Almasri
                before Magistrate Ann E. Vitunac ( Signed by Magistrate Ann
                E. Vitunac on 3/16/01) CCAP [EOD Date: 3/16/01]  CCAP (kw)
                [Entry date 03/16/01]

3/16/01  311    RESPONSE to Standing Discovery Order by USA  as to Ahmad
                Almasri, Nadia Almasri (kw) [Entry date 03/16/01]

3/16/01  312    ARRAIGNMENT INFORMATION SHEET for Ahmad Almasri (3)
                count(s) 1s, 10s   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (kw) [Entry date 03/16/01]

3/16/01  313    ARRAIGNMENT INFORMATION SHEET for Nadia Almasri (4)
                count(s) 1s, 10s   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (kw) [Entry date 03/16/01]

3/16/01  314    MOTION by Zuhair Mahumud Rabei to permit change of address
         (kw) [Entry date 03/16/01]

3/16/01  315    NOTICE of adoption of motions filed by Thomas Narog by
                Nizar Fneiche (kw) [Entry date 03/19/01]

3/16/01  --     Motion(s) joined by Nizar Fneiche : joinder in [222-1]
                motion for Brady Material, joinder in [229-1] motion for
                discovery, joinder in [229-2] motion for Brady Material (kw)
                [Entry date 03/19/01]

3/16/01  316    MOTION by Nabil Aquil to continue arraignment, andto
                quash warrant of March 14, 2001 (kw) [Entry date 03/19/01]

3/16/01  317    MOTION by Nizar Fneiche to continue arraignment, and to
                quash warrant of March 14, 2001 (kw) [Entry date 03/19/01]

3/19/01  318    Minutes of report re: quashing warrant and arraignment on
                superseding indictment held on 3/19/01 before Ch.
                Magistrate Judge Linnea R. Johnson as to Nabil Aquil ;
                Court Reporter Name or Tape #: LRJ-01-17-864 (kw)
                [Entry date 03/20/01]

3/19/01  319    Minutes of report re: quashing warrant & arraignment on
                superseding indictment held on 3/19/01 before Ch.
                Magistrate Judge Linnea R. Johnson as to Nizar Fneiche ;
                Court Reporter Name or Tape #: LRJ-01-17-864 (kw)
                [Entry date 03/20/01]

Vol #1 Cont

Proceedings include all events.
0:00cr6211-ALL USA v. Narog, et al                              PRIOR    AEV
                                                                          APPEAL
                                                                          INTERP

3/19/01  (320)    ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
                  Nadia Almasri, Saber Abdelmuti, Raed Naser Aldin, Nabil
                  Aquil, Nizar Fneiche, Motlaq Jaber, Terek Zaki Abu-Lawi,
                  Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed Samhan
                  set Jury trial for 4/2/01    before Judge Daniel T. K.
                  Hurley, and  set calendar call for 1:30 3/23/01
                  before Judge Daniel T. K. Hurley, and to Continue in
                  Interest of Justice ( Signed by Judge Daniel T. K. Hurley
                  on 3/17/01) CCAP [EOD Date: 3/20/01] CCAPΔ (kw)
                  [Entry date 03/20/01]

3/19/01  322      NOTICE  intent to use expert witness' memorandum of law of
                  by Mohammed Samhan (pa) [Entry date 03/21/01]

3/19/01  323      Specially Requested  Voir Dire Questions to the prospective
                  jurors, by Mohammed Samhan as to Mohammed Samhan (pa)
                  [Entry date 03/21/01]

3/20/01  321      STANDING DISCOVERY ORDER as to Nabil Aquil, Nizar Fneiche
                  all motions concerning matters not covered by this order
                  must be filed within 28 days of this order ( Signed by Ch.
                  Magistrate Judge Linnea R. Johnson on 3/19/01)  Tape #
                  LRJ-01  CCAP (pa) [Entry date 03/21/01]

3/20/01  324      ARRAIGNMENT INFORMATION SHEET for Nizar Fneiche (9)
                  count(s) 1s, 11s   NOT GUILTY PLEA ENTERED as to all
                  counts. Court accepts plea. (pa) [Entry date 03/21/01]

3/20/01  325      ARRAIGNMENT INFORMATION SHEET for Nabil Aquil (8) count(s)
                  1s, 11s   NOT GUILTY PLEA ENTERED as to all counts. Court
                  accepts plea. (pa) [Entry date 03/21/01]

3/20/01  326      ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                  as to Nabil Aquil, Nizar Fneiche    Status conference set
                  for 9:30 4/16/01 before Magistrate Ann E. Vitunac ( Signed
                  by Ch. Magistrate Judge Linnea R. Johnson on 3/19/01) CCAP
                  [EOD Date: 3/21/01] (pa) [Entry date 03/21/01]

3/21/01  327      NOTICE of Assignment of Assistant Public Defender for Nadia
                  Almasri . Terminated attorney Public Defender for Nadia
                  Almasri, attorney Richard Douglas Docobo for Nadia Almasri,
                  attorney Mark E. NeJame for Nadia Almasri AFPD Robert E.
                  Adler assigned. (kw) [Entry date 03/22/01]

3/21/01  328      DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                  Nadia Almasri (kw) [Entry date 03/22/01]

3/21/01  329      DEMAND FOR DISCLOSURE of Witness by Nadia Almasri (kw)
                  [Entry date 03/22/01]

Vol #1 Cont

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR APPEAL
                                                                        INTERP

3/21/01  330    ORDER as to Nabil Aquil  mooting [316-1] motion to continue
                arraignment as to Nabil Aquil (8), granting [316-2] motion
                to quash warrant of March 14, 2001 as to Nabil Aquil (8) (
                Signed by Ch. Magistrate Judge Linnea R. Johnson on
                3/19/01) CCAP [EOD Date: 3/22/01] CCAPΔ (kw)
                [Entry date 03/22/01]

3/21/01  331    ORDER as to Nizar Fneiche  mooting [317-1] motion to
                continue arraignment as to Nizar Fneiche (9), granting
                [317-2] motion to quash warrant of March 14, 2001 as to
                Nizar Fneiche (9) ( Signed by Ch. Magistrate Judge Linnea
                R. Johnson on 3/19/01) CCAP [EOD Date: 3/22/01] CCAPΔ (kw)
                [Entry date 03/22/01]

3/21/01  (332)  OBJECTION by Thomas Narog  to [289-1] report and
                recommendations (kw) [Entry date 03/23/01]

3/21/01  350    Letter by attorney Mark NeJame in compliance with court
                order regarding fees: by Ahmad Almasri, Nadia Almasri with
                (kw) [Entry date 04/05/01]

3/23/01  (333)  UNOPPOSED MOTION by USA  as to Thomas Narog to continue
                suppression hearing (pa) [Entry date 03/26/01]

3/26/01  334    NOTICE of Unavailabilty by Ahmad Almasri  for dates of:
                4/9/01-4/13/01 (kw) [Entry date 03/27/01]

3/26/01  335    NOTICE of change of plea hearing scheduled for 3/28/01 @
                1:30 by Saber Abdelmuti (kw) [Entry date 03/27/01]

3/26/01  336    ORDER PERMITTING DEFENDANT RABEI TO CHANGE ADDRESS as to
                Zuhair Mahumud Rabei ( Signed by Magistrate Ann E. Vitunac
                on 3/26/01) CCAP [EOD Date: 3/27/01] CCAPΔ (kw)
                [Entry date 03/27/01]

3/26/01  337    ORDER RE: BOND ENLARGMENT; defendant will no longer be
                required to wear an electronic monitoring device or adhere
                to curfew as to Mohammed Samhan ( Signed by Magistrate Ann
                E. Vitunac on 3/26/01) CCAP [EOD Date: 3/27/01] CCAPΔ (kw)
                [Entry date 03/27/01]

3/28/01  338    NOTICE of Appearance for Nadia Almasri by Attorney Richard
                Docobo (kw) [Entry date 03/29/01]

3/28/01  (339)  ORDER adopting as to Thomas Narog [289-1] report and
                recommendations  denying [261-2] motion to suppress
                evidence and statements as to Thomas Narog (1) ( Signed by
                Judge Daniel T. K. Hurley on 3/28/01) CCAP [EOD Date:
                3/29/01] CCAP (kw) [Entry date 03/29/01]

3/28/01  340    Plea Agreement as to Saber Abdelmuti (kw)
                [Entry date 03/29/01]

Vol #1 Cont

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR   APPEAL
                                                                    INTERP

3/28/01   --    PLEA entered by Saber Abdelmuti . Court accepts plea.
                GUILTY: Saber Abdelmuti (6) count(s) 1s (kw)
                [Entry date 03/29/01]

3/28/01   341   NOTICE of Hearing as to Saber Abdelmuti :  set Sentencing
                for 9:30 6/22/01 for Saber Abdelmuti   before Judge Daniel
                T. K. Hurley (kw) [Entry date 03/29/01]

3/28/01   343   Minutes of change of plea held on 3/28/01  before Judge
                Daniel T. K. Hurley as to Saber Abdelmuti ;  Court Reporter
                Name or Tape #: Pauline Stipes (kw) [Entry date 03/30/01]

3/29/01   342   ORDER as to Thomas Narog  granting [333-1] motion to
                continue suppression hearing as to Thomas Narog (1) (
                Signed by Magistrate Ann E. Vitunac on 3/28/01) CCAP [EOD
                Date: 3/29/01] CCAPΔ (kw) [Entry date 03/29/01]

3/29/01   344   ORDER GRANTING CONTINUANCE OF MOTION TO SUPPRESS HEARING as
                to Thomas Narog ( Signed by Magistrate Ann E. Vitunac on
                3/29/01) CCAP [EOD Date: 3/30/01] CCAPΔ (kw)
                [Entry date 03/30/01]

3/30/01   345   MOTION by Thomas Narog to continue motion to suppress
                hearing (kw) [Entry date 04/02/01]

4/2/01    346   NOTICE of Appearance for Ahmad Almasri by Attorney Francis
                Wesley Blankner Sr. (kw) [Entry date 04/03/01]

4/3/01    347   Minutes of Leon Hearing held on 4/3/01  before Magistrate
                Ann E. Vitunac as to Thomas Narog ;  Court Reporter Name or
                Tape #: AEV 01-23-1 and Paul Haferling (kw)
                [Entry date 04/03/01]

4/4/01    348   MOTION by Ahmad Almasri to substitute F. Wesley Blankner,
                Jr. as Attorney (kw) [Entry date 04/05/01]

4/5/01    349   ORDER directing all monies are to be returned to the
                Almasri's as to Ahmad Almasri, Nadia Almasri ( Signed by
                Magistrate Ann E. Vitunac on 4/5/01) CCAP [EOD Date:
                4/5/01] CCAPΔ (kw) [Entry date 04/05/01]

4/5/01    351   ORDER FOR SUBSTITUTION OF COUNSEL as to Ahmad Almasri
                granting [348-1] motion to substitute F. Wesley Blankner,
                Jr. as Attorney as to Ahmad Almasri (3) ( Signed by
                Magistrate Ann E. Vitunac on 4/5/01) CCAP [EOD Date:
                4/5/01] CCAPΔ (kw) [Entry date 04/05/01]

4/6/01    352   Plea Agreement as to Zuhair Mahumud Rabei (kw)
                [Entry date 04/09/01]

4/6/01    --    PLEA entered by Zuhair Mahumud Rabei . Court accepts plea.
                GUILTY: Zuhair Mahumud Rabei (13) count(s) 1s (kw)
                [Entry date 04/09/01]

End of Vol #1

*Begin Vol #2*

Proceedings include all events.                                                    AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR    APPEAL
                                                                         INTERP

4/6/01    353    Minutes of change of plea held on 4/6/01 before Judge
                 Daniel T. K. Hurley as to Zuhair Mahumud Rabei ; Court
                 Reporter Name Pauline Stipes (kw) [Entry date 04/09/01]

4/6/01    354    NOTICE of Hearing as to Zuhair Mahumud Rabei : set
                 Sentencing for 9:30 7/13/01 for Zuhair Mahumud Rabei before
                 Judge Daniel T. K. Hurley (kw) [Entry date 04/09/01]

4/9/01    355    MOTION by Nadia Almasri for termination of appointment of
                 counsel (kw) [Entry date 04/10/01]

4/10/01   356    ORDER granting ore tenus motion to remove monitor as to
                 Thomas Narog ( Signed by Magistrate Ann E. Vitunac on
                 4/10/01) CCAP [EOD Date: 4/11/01] CCAP△ (kw)
                 [Entry date 04/11/01]

4/10/01   357    ORDER as to Nadia Almasri granting [355-1] motion for
                 termination of appointment of counsel as to Nadia Almasri
                 (4) ( Signed by Magistrate Ann E. Vitunac on 4/10/01) CCAP
                 [EOD Date: 4/11/01] CCAP△ (kw) [Entry date 04/11/01]

4/10/01   358    MOTION by Thomas Narog to Adopt all Motions filed to
                 original indictment (kw) [Entry date 04/12/01]

4/11/01   359    REPORT AND RECOMMENDATIONS of Magistrate Ann E. Vitunac as
                 to Thomas Narog recommending that be denied. Motion no
                 longer referred. Signed on: 4/11/01 Objections to R and R
                 due by 4/23/01 CCAP (kw) [Entry date 04/12/01]

4/11/01   360    RESPONSE to Standing Discovery Order by USA as to Ahmad
                 Almasri, Nadia Almasri (kw) [Entry date 04/12/01]

4/11/01   361    RESPONSE by Mark E. NeJame as to Thomas Narog in
                 opposition to [349-1] order (kw) [Entry date 04/12/01]

4/16/01   362    MOTION to seal accompanying defense document (pa)
                 [Entry date 04/16/01]

4/16/01   363    ORDER as to Thomas Narog granting [358-1] motion to Adopt
                 all Motions filed to original indictment as to Thomas Narog
                 (1) ( Signed by Magistrate Ann E. Vitunac on 4/16/01) CCAP
                 [EOD Date: 4/17/01] CCAP△ (kw) [Entry date 04/17/01]

4/16/01   364    Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Rabah El Haddad ;
                 Court Reporter Name : AEV 01-24-1 (kw) [Entry date 04/17/01]

4/16/01   365    Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Thomas Narog ;
                 Court Reporter Name or Tape #: AEV 01-24-1 (kw)
                 [Entry date 04/17/01]

Vol #2 Cont

```
Proceedings include all events.                                        AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR  APPEAL
                                                              INTERP
```

4/16/01   366    Minutes of status/discovery held on 4/16/01 before
                 Magistrate Ann E. Vitunac as to Raed Naser Aldin ;  Court
                 Reporter Name or Tape #: AEV 01-24-1 (kw)
                 [Entry date 04/17/01]

4/16/01   367    Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei
                 Court Reporter Name or Tape #: AEV 01-24-1 (kw)
                 [Entry date 04/17/01]

4/16/01   368    Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Saber Abdelmuti ;
                 Court Reporter Name or Tape #: AEV 01-24-1 (kw)
                 [Entry date 04/17/01]

4/16/01   369    Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Mohammed Samhan ;
                 Tape #: AEV 01-24-1 (kw) [Entry date 04/17/01]

4/16/01   370    Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Nizar Fneiche ;
                 Court Reporter Name or Tape #: AEV 01-24-1 (kw)
                 [Entry date 04/17/01]

4/16/01   371    Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Nabil Aquil ;  Court
                 Reporter Name or Tape #: AEV 01-24-1 (kw)
                 [Entry date 04/17/01]

4/18/01   373    SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as
                 to Mohammed Samhan (kw) [Entry date 04/19/01]

4/19/01   372    SEALED DOCUMENT as to Raed Naser Aldin (kw)
                 [Entry date 04/19/01]

4/23/01  (374)   Exhibit and Witness List as to Thomas Narog (kw)
                 [Entry date 04/24/01]

4/23/01  (375)   OBJECTION by Thomas Narog  to [359-1] report and
                 recommendations (kw) [Entry date 04/24/01]

4/26/01  (376)   SUPPLEMENT by USA as to Mohammed Samhan  to: [373-1] order
                 response (kw) [Entry date 04/26/01]

5/4/01    377    MOTION by Raed Naser Aldin to suppress statements (kw)
                 [Entry date 05/08/01]

5/9/01    378    NOTICE of Hearing as to Raed Naser Aldin : Motion hearing
                 before Magistrate Ann E. Vitunac set for 10:00 5/24/01 for
                 Raed Naser Aldin for [377-1] motion to suppress statements
                 (kw) [Entry date 05/09/01]

*Vol #2 Cont.*

```
Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR   APPEAL
                                                                  INTERP
```

5/14/01  (379)   ORDER adopting as to Thomas Narog [359-1] report and
                 recommendations  denying [261-1] motion to quash search
                 warrants as to Thomas Narog (1), ( Signed by Judge Daniel
                 T. K. Hurley on 5/14/01) CCAP [EOD Date: 5/15/01] CCAP (kw)
                 [Entry Date 05/15/01]

5/21/01  380     RESPONSE by USA  as to Raed Naser Aldin re [377-1] motion
                 to suppress statements (kw) [Entry date 05/22/01]

5/22/01  381     NOTICE of Hearing as to Raed Naser Aldin : Motion hearing
                 before Magistrate Ann E. Vitunac set for 9:30 5/30/01 for
                 Raed Naser Aldin for [377-1] motion to suppress statements
                 (kw) [Entry date 05/23/01]

5/22/01  382     MOTION by USA  as to Raed Naser Aldin to continue
                 suppression hearing (kw) [Entry date 05/23/01]

5/23/01  384     NOTICE of Hearing as to Raed Naser Aldin : Motion hearing
                 before Magistrate Ann E. Vitunac set for 10:00 6/11/01 for
                 Raed Naser Aldin for [377-1] motion to suppress statements
                 (kw) [Entry date 05/24/01]

5/24/01  383     ORDER as to Raed Naser Aldin  granting [382-1] motion to
                 continue suppression hearing as to Raed Naser Aldin (7) (
                 Signed by Magistrate Ann E. Vitunac on 5/23/01) CCAP [EOD
                 Date: 5/24/01] CCAPΔ (kw) [Entry date 05/24/01]

5/29/01  385     TRIAL BRIEF by Mohammed Samhan (kw) [Entry date 05/30/01]

5/30/01  386     ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
                 Nadia Almasri, Raed Naser Aldin, Nabil Aquil, Nizar
                 Fneiche, Rabah El Haddad, Mohammed Samhan  set status
                 conference for 8:45 6/5/01 before Judge Daniel T. K.
                 Hurley ( Signed by Judge Daniel T. K. Hurley on 5/29/01)
                 CCAP [EOD Date: 5/30/01] CCAPΔ (kw) [Entry date 05/30/01]

5/30/01  (387)   MOTION by Thomas Narog to continue trial (kw)
                 [Entry date 05/31/01]

5/30/01  388     ARREST WARRANT Returned Unexecuted as to Nizar Fneiche (ch)
                 [Entry date 05/31/01]

5/31/01  389     SEALED DOCUMENT as to Raed Naser Aldin (kw)
                 [Entry date 06/01/01]

5/31/01  390     SEALED DOCUMENT as to Raed Naser Aldin (kw)
                 [Entry date 06/01/01]

5/31/01  (391)   PETITION by Thomas Narog  for Writ of Habeas Corpus ad
                 testificandum for Khaled Al-Hababih to appear as a witness
                 in a trial set for 6/11/01 @9:00 as to Thomas Narog (kw)
                 [Entry date 06/01/01]

6/1/01   392     MOTION by Rabah El Haddad to Travel (kw)

Vol #2 Cont.

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR    APPEAL
                                                                    INTERP

                    [Entry date 06/01/01]

6/4/01   393   WRIT of Habeas Corpus ad Testificandum issued for Khaled
               Al-Hababih for 6/11/01 in caseas to Thomas Narog granting
               [391-1] petition as to Thomas Narog (1)    ( Signed by Ch.
               Magistrate Judge Linnea R. Johnson on 6/4/01) CCAP [EOD
               Date: 6/4/01] (kw) [Entry date 06/04/01]

6/4/01   394   ORDER as to Rabah El Haddad  granting [392-1] motion to
               Travel as to Rabah El Haddad (12) to travel to Talos Hills,
               Illinois is GRANTED. (Signed by Magistrate Ann E. Vitunac
               on 06/04/01) CCAP [EOD Date: 6/4/01] CCAPΔ (at)
               [Entry date 06/04/01]

6/6/01   395   ORDER TO SEAL: ORDER as to Raed Naser Aldin  granting
               [362-1] motion to seal accompanying defense document as to
               Raed Naser Aldin (7) until the end of trial. (Document in
               vault) (Signed by Judge Daniel T. K. Hurley on 6/4/01) CCAP
               [EOD Date: 6/6/01] (pa) [Entry date 06/06/01]
               [Edit date 06/06/01]

6/6/01   396   MOTION by Mohammed Samhan to sever (kw)
               [Entry date 06/07/01]

6/6/01   397   ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
               Nadia Almasri, Saber Abdelmuti, Raed Naser Aldin, Nabil
               Aquil, Nizar Fneiche, Motlaq Jaber, Terek Zaki Abu-Lawi,
               Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed Samhan
               set Jury trial for 10/9/01 before Judge Daniel T. K.
               Hurley, and  set calendar call for 1:30 9/28/01 before
               Judge Daniel T. K. Hurley, and to Continue in Interest of
               Justice ( Signed by Judge Daniel T. K. Hurley on 6/6/01)
               CCAP [EOD Date: 6/7/01] CCAPΔ (kw) [Entry date 06/07/01]

6/11/01  398   ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
               as to Mohammed Samhan    Status conference set for 11:30
               6/15/01 before Judge Daniel T. K. Hurley ( Signed by Judge
               Daniel T. K. Hurley on 6/11/01) CCAP [EOD Date: 6/11/01]
               CCAP (kw) [Entry date 06/11/01]

6/11/01  399   Minutes of motion to supress statements held on 6/11/01
               before Magistrate Ann E. Vitunac as to Raed Naser Aldin ;
               Tape #: AEV 01-51-94, 01-52-1 and Kimberly Mesfun (kw)
               [Entry date 06/11/01] [Edit date 06/11/01]

6/13/01  400   RESPONSE by USA  as to Mohammed Samhan re [396-1] motion to
               sever (kw) [Entry date 06/13/01]

6/14/01  401   REPORT AND RECOMMENDATIONS  of Magistrate Ann E. Vitunac as
               to Raed Naser Aldin recommending that [377-1] motion to
               suppress statements as to Raed Naser Aldin (7) be DENIED.
               Motion no longer referred.  Signed on: 6/14/01 Objections
               to R and R due by 6/25/01  CCAP (kw) [Entry date 06/14/01]

√ol #2 Cont.

Proceedings include all events.                                                          AEV
0:00cr6211-ALL USA v. Narog, et al                                    PRIOR  APPEAL
                                                                             INTERP

6/18/01   402   NOTICE of Change of Address of Attorney by Raed Naser Aldin
                (kw) [Entry date 06/19/01]

6/18/01   403   MOTION by Raed Naser Aldin to sever (kw)
                [Entry date 06/19/01]

6/19/01   404   OBJECTION by Zuhair Mahumud Rabei  to Presentence
                Investigation Report (kw) [Entry date 06/19/01]

6/20/01   405   MOTION by Saber Abdelmuti to continue sentencing (kw)
                [Entry date 06/20/01]

6/20/01   406   ORDER as to Raed Naser Aldin  denying [403-1] motion to
                sever as to Raed Naser Aldin (7) ( Signed by Judge Daniel
                T. K. Hurley on 6/20/01) CCAP [EOD Date: 6/20/01] CCAP△ (kw)
                [Entry date 06/20/01]

6/20/01   407   ORDER DENYING MOTION TO SEVER as to Mohammed Samhan denying
                [396-1] motion to sever as to Mohammed Samhan (14) ( Signed
                by Judge Daniel T. K. Hurley on 6/20/01) CCAP [EOD Date:
                6/20/01] CCAP△ (kw) [Entry date 06/20/01]

6/21/01   408   OBJECTION by Raed Naser Aldin  to [401-1] report and
                recommendations (kw) [Entry date 06/21/01]

6/21/01   409   ORDER GRANTING MOTION TO CONTINUE AND RESETTING SENTENCING
                HEARING as to Saber Abdelmuti granting [405-1] motion to
                continue sentencing as to Saber Abdelmuti (6)  set
                Sentencing for 3:30 10/19/01 for Saber Abdelmuti  before
                Judge Daniel T. K. Hurley in West Palm Beach ( Signed by
                Judge Daniel T. K. Hurley on 6/21/01) CCAP [EOD Date:
                6/21/01] CCAP△ (kw) [Entry date 06/21/01]

7/5/01    410   ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
                adopting as to Raed Naser Aldin [401-1] report and
                recommendations  denying [377-1] motion to suppress
                statements as to Raed Naser Aldin (7) ( Signed by Judge
                Daniel T. K. Hurley on 7/5/01) [EOD Date: 7/5/01] CCAP (kw)
                [Entry date 07/05/01]

7/6/01    411   UNOPPOSED MOTION TO CONTINUE SENTENCING by Zuhair Mahumud
                Rabei to continue sentencing (kw) [Entry date 07/06/01]

7/10/01   412   ORDER CONTINUING SENTENCING as to Zuhair Mahumud Rabei
                granting [411-1] motion to continue sentencing as to Zuhair
                Mahumud Rabei (13)  set Sentencing for 9:30 12/7/01 for
                Zuhair Mahumud Rabei before Judge Daniel T. K. Hurley (
                Signed by Judge Daniel T. K. Hurley on 7/10/01) [EOD Date:
                7/11/01] CCAP△ (kw) [Entry date 07/11/01]

Vol #2 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP
```

8/13/01  413    ORDER SETTING STATUS CONFERENCE: ORDER as to Thomas Narog,
                Ghandi Jaber, Ahmad Almasri, Nadia Almasri, Saber
                Abdelmuti, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche,
                Motlaq Jaber, Terek Zaki Abu-Lawi, Rabah El Haddad, Zuhair
                Mahumud Rabei, Mohammed Samhan set status conference for
                8:40 8/20/01 for before Judge Daniel T. K. Hurley (Signed
                by Judge Daniel T. K. Hurley on 8/11/01) (EOD Date:
                8/14/01] CCAPΔ (pa) [Entry date 08/14/01]

8/17/01  414    TRANSCRIPT filed as to Raed Naser Aldin  of motion to
                suppress held 6/11/01  before Judge Vitunac   Volume #: 1
                Pages: 1-87 (kw) [Entry date 08/21/01]

9/4/01   415    MOTION by Thomas Narog to Travel (kw) [Entry date 09/05/01]

9/6/01   416    ORDER as to Thomas Narog  granting [415-1] motion to Travel
                as to Thomas Narog (1) ( Signed by Ch. Magistrate Judge
                Linnea R. Johnson on 9/6/01) [EOD Date: 9/7/01] CCAPΔ (kw)
                [Entry date 09/07/01]

9/7/01   417    NOTICE of Hearing as to Thomas Narog, Ghandi Jaber, Ahmad
                Almasri, Nadia Almasri, Raed Naser Aldin, Nabil Aquil,
                Nizar Fneiche, Rabah El Haddad, Mohammed Samhan :  set
                status conference for 11:00 9/13/01 before Magistrate Ann
                E. Vitunac (kw) [Entry date 09/10/01]

9/13/01  418    Minutes of status conference held on 9/13/01  before
                Magistrate Ann E. Vitunac as to Ghandi Jaber ;   Court
                Reporter Name or Tape #: AEV 01-68-240 (kw)
                [Entry date 09/14/01]

9/13/01  419    Minutes of status conference held on 9/13/01  before
                Magistrate Ann E. Vitunac as to Nizar Fneiche ;   Court
                Reporter Name or Tape #: AEV 01-68-240 (kw)
                [Entry date 09/14/01]

9/13/01  420    Minutes of status conference held on 9/13/01  before
                Magistrate Ann E. Vitunac as to Rabah El Haddad ;   Court
                Reporter Name or Tape #: AEV 01-68-240 (kw)
                [Entry date 09/14/01]

9/13/01  421    Minutes of status conference held on 9/13/01  before
                Magistrate Ann E. Vitunac as to Mohammed Samhan ;   Court
                Reporter Name or Tape #: AEV 01-68-240 (kw)
                [Entry date 09/14/01]

9/13/01  422    Minutes of status conference held on 9/13/01  before
                Magistrate Ann E. Vitunac as to Thomas Narog ;   Court
                Reporter Name or Tape #: AEV 01-68-240 (kw)
                [Entry date 09/14/01]

9/13/01  423    Minutes of status conference held on 9/13/01  before
                Magistrate Ann E. Vitunac as to Ahmad Almasri ;   Court
                Reporter Name or Tape #: AEV 01-68-240 (kw)
```


Vol #2 Cont.

Proceedings include all events.                                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR    APPEAL
                                                                     INTERP

                    [Entry date 09/14/01]

9/13/01   424    Minutes of status conference held on 9/13/01  before
                 Magistrate Ann E. Vitunac as to Nadia Almasri ;  Court
                 Reporter Name or Tape #: AEV 01-68-240 (kw)
                 [Entry date 09/14/01]

9/13/01   425    Minutes of status conference held on 9/13/01  before
                 Magistrate Ann E. Vitunac as to Raed Naser Aldin ;  Court
                 Reporter Name or Tape #: AEV 01-68-240 (kw)
                 [Entry date 09/14/01]

9/13/01   426    Minutes of status conference held on 9/13/01  before
                 Magistrate Ann E. Vitunac as to Nabil Aquil ;  Court
                 Reporter Name or Tape #: AEV 01-68-240 (kw)
                 [Entry date 09/14/01]

9/24/01   427    NOTICE of Reassignment of US Attorney. Terminated attorney
                 Laurence M. Bardfeld for USA Added Thomas Anthony O'Malley
                 (kw) [Entry date 09/25/01]

9/25/01   428    MOTION by Thomas Narog to continue trial due to
                 exceptional circumstances (kw) [Entry date 09/26/01]

9/26/01   429    MOTION by Rabah El Haddad to continue trial (kw)
                 [Entry date 09/26/01]

9/26/01   430    MOTION by Rabah El Haddad to Travel (kw)
                 [Entry date 09/26/01]

9/26/01   431    NOTICE of filing certificate of service of motion to remove
                 above case from calendar call by Nizar Fneiche (kw)
                 [Entry date 09/26/01]

9/26/01   432    MOTION by Nizar Fneiche to continue calendar call (kw)
                 [Entry date 09/26/01]

9/26/01   433    NOTICE of adoption of the motion to remove the instant
                 matter from the October Trial Call filed by Nizar Fneiche
                 by Nabil Aquil (kw) [Entry date 09/27/01]

9/27/01   434    ORDER as to Rabah El Haddad  denying [430-1] motion to
                 Travel as to Rabah El Haddad (12) ( Signed by Magistrate
                 Ann E. Vitunac on 9/27/01) [EOD Date: 9/27/01] CCAPΔ (kw)
                 [Entry date 09/27/01]

9/28/01   435    SEALED DOCUMENT (kw) [Entry date 09/28/01]

9/28/01   436    SEALED DOCUMENT (kw) [Entry date 09/28/01]

Vol # 2 Cont

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR    APPEAL
                                                         INTERP
9/28/01  437   ORDER SETTING TELEPHONE CONFERENCE ON MOTIONS TO CONTINUE
               as to Thomas Narog, Ghandi Jaber, Ahmad Almasri, Nadia
               Almasri, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche,
               Motlaq Jaber, Terek Zaki Abu-Lawi, Rabah El Haddad,
               Mohammed Samhan Motion hearing  before Judge Daniel T. K.
               Hurley set for 8:45 10/2/01 for Thomas Narog, for Ghandi
               Jaber, for Ahmad Almasri, for Nadia Almasri, for Raed Naser
               Aldin, for Nabil Aquil, for Nizar Fneiche, for Motlaq
               Jaber, for Terek Zaki Abu-Lawi, for Rabah El Haddad, for
               Mohammed Samhan for [432-1] motion to continue calendar
               call, set for 8:45 10/2/01 for Thomas Narog, for Ghandi
               Jaber, for Ahmad Almasri, for Nadia Almasri, for Raed Naser
               Aldin, for Nabil Aquil, for Nizar Fneiche, for Motlaq
               Jaber, for Terek Zaki Abu-Lawi, for Rabah El Haddad, for
               Mohammed Samhan for [429-1] motion to continue trial, set
               for 8:45 10/2/01 for Thomas Narog, for Ghandi Jaber, for
               Ahmad Almasri, for Nadia Almasri, for Raed Naser Aldin, for
               Nabil Aquil, for Nizar Fneiche, for Motlaq Jaber, for Terek
               Zaki Abu-Lawi, for Rabah El Haddad, for Mohammed Samhan for
               [428-1] motion to continue trial due to exceptional
               circumstances ( Signed by Magistrate Ann E. Vitunac on
               9/28/01) [EOD Date: 9/28/01] CCAP△ (kw)
               [Entry date 09/28/01]

9/28/01  438   MOTION by Mohammed Samhan to dismiss speedy trial
               violations (kw) [Entry date 10/01/01]

9/28/01  439   Proposed Voir Dire Questions by Mohammed Samhan (kw)
               [Entry date 10/01/01]

9/28/01  440   Proposed Jury Instructions by Mohammed Samhan (kw)
               [Entry date 10/01/01]

10/2/01  441   MOTION by Ahmad Almasri, Nadia Almasri to Adopt each and
               every motion for continuance of the 10/9/01 trial date
               Motion of Other Defendant (kw) [Entry date 10/02/01]
```

Vol #2 Cont.

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR  APPEAL
                                                                       INTERP

10/3/01  (442)    ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL &
                  RESETTING TRIAL DATE as to Thomas Narog, Ghandi Jaber,
                  Ahmad Almasri, Nadia Almasri, Saber Abdelmuti, Raed Naser
                  Aldin, Nabil Aquil, Nizar Fneiche, Motlaq Jaber, Terek Zaki
                  Abu-Lawi, Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed
                  Samhan  terminating [441-1] motion to Adopt each and every
                  motion for continuance of the 10/9/01 trial date Motion of
                  Other Defendant as to Ahmad Almasri (1), Nadia Almasri (1),
                  granting [432-1] motion to continue calendar call as to
                  Nizar Fneiche (9), granting [429-1] motion to continue
                  trial as to Rabah El Haddad (12), granting [428-1] motion
                  to continue trial due to exceptional circumstances as to
                  Thomas Narog (1)  set calendar call for 1:30 1/25/02 for
                  Thomas Narog, for Ghandi Jaber, for Ahmad Almasri, for
                  Nadia Almasri, for Saber Abdelmuti, for Raed Naser Aldin,
                  for Nabil Aquil, for Nizar Fneiche, for Motlaq Jaber, for
                  Terek Zaki Abu-Lawi, for Rabah El Haddad, for Zuhair
                  Mahumud Rabei, for Mohammed Samhan  before Judge Daniel T.
                  K. Hurley, and  set Jury trial for 2/4/02 for Thomas
                  Narog, for Ghandi Jaber, for Ahmad Almasri, for Nadia
                  Almasri, for Saber Abdelmuti, for Raed Naser Aldin, for
                  Nabil Aquil, for Nizar Fneiche, for Motlaq Jaber, for Terek
                  Zaki Abu-Lawi, for Rabah El Haddad, for Zuhair Mahumud
                  Rabei, for Mohammed Samhan  before Judge Daniel T. K.
                  Hurley ( Signed by Judge Daniel T. K. Hurley on 10/2/01)
                  [EOD Date: 10/3/01] CCAPΔ (kw) [Entry date 10/03/01]

10/4/01  443      SEALED DOCUMENT as to Raed Naser Aldin (kw)
                  [Entry date 10/04/01]

10/4/01  444      SEALED DOCUMENT as to Raed Naser Aldin (kw)
                  [Entry date 10/04/01]

10/4/01  445      ORDER DIRECTING THE CLERK TO TRANSFER DEFENDANT'S CASE TO
                  THE SUSPENDED/FUGITIVE FILE as to Terek Zaki Abu-Lawi (
                  Signed by Judge Daniel T. K. Hurley on 10/3/01 ) [EOD Date:
                  10/4/01] CCAPΔ (kw) [Entry date 10/04/01]

10/5/01  446      ORDER DIRECTING THE CLERK TO TRANSFER DEFENDANT'S CASE TO
                  THE SUSPENDED/FUGITIVE FILE as to Ghandi Jaber ( Signed by
                  Judge Daniel T. K. Hurley on 10/4/01) [EOD Date: 10/9/01]
                  CCAPΔ (kw) [Entry date 10/09/01]

10/9/01  447      MOTION by Saber Abdelmuti to continue of sentencing (kw)
                  [Entry date 10/10/01]

10/10/01 (448)    MOTION by Thomas Narog to Travel (kw) [Entry date 10/11/01]

10/15/01 449      ORDER ON UNOPPOSED CONTINUANCE OF SENTENCING as to Saber
                  Abdelmuti granting [447-1] motion to continue of sentencing
                  as to Saber Abdelmuti (6)  set Sentencing for 1:30
                  12/21/01 for Saber Abdelmuti before Judge Daniel T. K.
                  Hurley ( Signed by Judge Daniel T. K. Hurley on 10/15/01)
                  [EOD Date: 10/15/01] CCAPΔ (kw) [Entry date 10/15/01]

Vol #2 Cont.

Proceedings include all events.                                            AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

10/17/01 450    ORDER OF REFERENCE referring Motion(s) to Magistrate Ann
                E. Vitunac as to Mohammed Samhan : [438-1] motion to
                dismiss speedy trial violations as to Mohammed Samhan (14)
                ( Signed by Judge Daniel T. K. Hurley on 10/17/01) [EOD
                Date: 10/17/01] CCAP (kw) [Entry date 10/17/01]

10/18/01 451    ORDER as to Thomas Narog granting [448-1] motion to Travel
                as to Thomas Narog (1) ( Signed by Judge Daniel T. K.
                Hurley on 10/17/01) [EOD Date: 10/19/01] CCAP△ (pa)
                [Entry date 10/19/01]

10/22/01 452    NOTICE of Unavailability by Thomas Narog as to Thomas
                Narog for dates of: 3/29/01-4/8/01 (kw)
                [Entry date 10/23/01]

10/22/01 453    SEALED DOCUMENT placed in vault (pa) [Entry date 10/23/01]

10/23/01 454    SEALED DOCUMENT (pa) [Entry date 10/23/01]

10/23/01 455    Rule 40 Documents as to Rabah El Haddad received from
                Northern District of California (kw) [Entry date 10/24/01]

10/31/01 456    ORDER DENYING WITHOUT PREJUDICE RENEWED EXPARTE MOTION FOR
                SUPPLEMENTAL AUTHORIZATION: ORDER as to Raed Naser Aldin
                denyintg without prejudice motion for supplemental
                authorization to utilize Criminal Juste Act (CJA) funds for
                private investigator (Signed by Daniel T.K. Hurley on
                10/28/01) [EOD Date: 10/31/01] CCAP△ (pa)
                [Entry date 10/31/01]

11/6/01  457    MOTION by Thomas Narog to Travel (kw) [Entry date 11/07/01]

11/15/01 458    ORDER as to Thomas Narog granting [457-1] motion to Travel
                as to Thomas Narog (1) ( Signed by Ch. Magistrate Judge
                Linnea R. Johnson on 11/9/01) [EOD Date: 11/15/01] CCAP△ (kw)
                [Entry date 11/15/01]

12/6/01  459    ORDER SETTING STATUS CONFERENCE as to Thomas Narog, Ghandi
                Jaber, Ahmad Almasri, Nadia Almasri, Raed Naser Aldin,
                Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Zuhair Mahumud
                Rabei, Mohammed Samhan  set status conference for 8:40
                1/15/02 for Thomas Narog, for Ghandi Jaber, for Ahmad
                Almasri, for Nadia Almasri, for Raed Naser Aldin, for Nabil
                Aquil, for Nizar Fneiche, for Rabah El Haddad, for Zuhair
                Mahumud Rabei, for Mohammed Samhan before Judge Daniel T.
                K. Hurley ( Signed by Judge Daniel T. K. Hurley on
                12/5/01) [EOD Date: 12/6/01] CCAP△ (kw)
                [Entry date 12/06/01]

12/6/01  460    MOTION by Zuhair Mahumud Rabei to continue sentencing (kw)
                [Entry date 12/06/01]

Docket as of October 22, 2002 11:41 am                    Page 63

Proceedings include all events.          Vol #2 Cont
0:00cr6211-ALL USA v. Narog, et al                              PRIOR     AEV
                                                                          APPEAL
                                                                          INTERP

12/7/01   461     ARREST WARRANT Returned Executed as to Nabil Aquil on
                  3/19/01 (kw) [Entry date 12/10/01]

12/11/01  462     ORDER as to Zuhair Mahumud Rabei  granting [460-1] motion
                  to continue sentencing as to Zuhair Mahumud Rabei (13)
                  reset Sentencing for 1:30 3/15/02 for Zuhair Mahumud Rabei
                  before Judge Daniel T. K. Hurley ( Signed by Judge Daniel
                  T. K. Hurley on 12/6/01) [EOD Date: 12/12/01] CCAP△ (kw)
                  [Entry date 12/12/01]

12/18/01  463     MOTION by Saber Abdelmuti to continue sentencing (kw)
                  [Entry date 12/19/01]

12/20/01  464     ORDER ON UNOPPOSED CONTINUANCE OF SENTENCING as to Saber
                  Abdelmuti  set Sentencing for 2:30 3/15/02 for Saber
                  Abdelmuti   before Judge Daniel T. K. Hurley ( Signed by
                  Judge Daniel T. K. Hurley on 12/20/01) [EOD Date: 12/21/01]
                  CCAP△ (kw) [Entry date 12/21/01]

12/26/01  465     RESPONSE by USA  as to Mohammed Samhan re [438-1] motion to
                  dismiss speedy trial violations (kw) [Entry date 12/27/01]

12/31/01  466     RESPONSE by USA  as to Mohammed Samhan re [438-1] motion to
                  dismiss speedy trial violations (kw) [Entry date 12/31/01]

1/7/02    467     REPORT AND RECOMMENDATIONS  of Magistrate Ann E. Vitunac as
                  to Mohammed Samhan recommending that [438-1] motion to
                  dismiss speedy trial violations as to Mohammed Samhan (14)
                  be DENIED. Motion no longer referred.  Signed on: 1/7/02
                  Objections to R and R due by 1/17/02  CCAP (kw)
                  [Entry date 01/09/02]

1/10/02   468     REPLY by Mohammed Samhan  to response to [438-1] motion to
                  dismiss speedy trial violations (kw) [Entry date 01/11/02]

1/10/02   468     MOTION by Mohammed Samhan to strike [466-1] motion
                  response (kw) [Entry date 01/11/02]

1/11/02   469     OBJECTION by Mohammed Samhan  to report and recommendation
                  (kw) [Entry date 01/15/02]

1/14/02   470     RESPONSE by USA as to Mohammed Samhan  in opposition to
                  [469-1] objection (kw) [Entry date 01/16/02]

1/16/02   471     MOTION by Zuhair Mahumud Rabei to Travel (kw)
                  [Entry date 01/18/02]

1/17/02   472     NOTICE of Unavailability by Mohammed Samhan  for dates of:
                  February 11, 2002 (kw) [Entry date 01/18/02]

1/18/02   473     ORDER as to Zuhair Mahumud Rabei  granting [471-1] motion
                  to Travel as to Zuhair Mahumud Rabei (13) ( Signed by Judge
                  Daniel T. K. Hurley on 1/18/02) [EOD Date: 1/22/02] CCAP△
                  (kw) [Entry date 01/22/02]

Proceedings include all events.             AEV
0:00cr6211-ALL USA v. Narog, et al                     PRIOR  APPEAL
                                                              INTERP

1/18/02  474  ORDER adopting as to Mohammed Samhan [467-1] report and
              recommendations denying [438-1] motion to dismiss speedy
              trial violations as to Mohammed Samhan (14) ( Signed by
              Judge Daniel T. K. Hurley on 1/18/02) [EOD Date: 1/22/02]
              CCAP (kw) [Entry date 01/22/02]

1/22/02  475  FINAL CASE MANAGEMENT ORDER as to Thomas Narog, Ghandi
              Jaber, Ahmad Almasri, Nadia Almasri, Saber Abdelmuti, Raed
              Naser Aldin, Nabil Aquil, Nizar Fneiche, Motlaq Jaber,
              Terek Zaki Abu-Lawi, Rabah El Haddad, Zuhair Mahumud Rabei,
              Mohammed Samhan set Jury trial for 2/4/02 before Judge
              Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley
              on 1/21/02) [EOD Date: 1/22/02] CCAPΔ (kw)
              [Entry date 01/22/02]

1/23/02  476  NOTICE of Hearing as to Nadia Almasri : set Change of
              Plea Hearing for 2:30 2/1/02 for Nadia Almasri  before
              Judge Daniel T. K. Hurley (kw) [Entry date 01/25/02]

1/24/02  477  PETITION by Thomas Narog  for Writ of Habeas Corpus ad
              testificandum of William Vissaggi  as to Thomas Narog (kw)
              [Entry date 01/28/02] [Edit date 01/28/02]

1/24/02  478  PETITION by Thomas Narog  for Writ of Habeas Corpus ad
              testificandum of John Raftopoulos  as to Thomas Narog (kw)
              [Entry date 01/28/02]

1/24/02  479  PETITION by Thomas Narog  for Writ of Habeas Corpus ad
              testificandum of Mark Maher  as to Thomas Narog (kw)
              [Entry date 01/28/02]

1/24/02  480  PETITION by Thomas Narog  for Writ of Habeas Corpus ad
              testificandum of Peter Elias (kw) [Entry date 01/28/02]

1/25/02  481  NOTICE of Unavailability by Rabah El Haddad  for dates of:
              2/4/02 (kw) [Entry date 01/28/02]

1/25/02  482  ORDER as to Thomas Narog  denying [480-1] petition, denying
              [479-1] petition, denying [478-1] petition, denying [477-1]
              petition ( Signed by Magistrate Ann E. Vitunac on 1/25/02)
              [EOD Date: 1/29/02] CCAPΔ (kw) [Entry date 01/29/02]

1/28/02  483  MOTION by Thomas Narog to Adopt El Haddad's Voir Dire
              Questions (kw) [Entry date 01/30/02]

1/29/02  484  Proposed Voir Dire Questions by Rabah El Haddad (kw)
              [Entry date 01/31/02]

1/30/02  485  MOTION by Raed Naser Aldin  for additional peremptory
              challenges (kw) [Entry date 02/01/02]

1/30/02  486  MOTION by Thomas Narog to receive additional peremptory
              challenges (kw) [Entry date 02/01/02]



Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR  APPEAL
                                                             INTERP

1/30/02  487   MOTION by Rabah El Haddad to receive additional peremptory
               challenge (kw) [Entry date 02/01/02]

1/30/02  488   MOTION by Rabah El Haddad to bring electronic equipment
               into the courtroom (kw) [Entry date 02/01/02]

1/31/02  (490) MOTION by USA  as to Thomas Narog, Ghandi Jaber, Ahmad
               Almasri, Nadia Almasri, Saber Abdelmuti, Raed Naser Aldin,
               Nabil Aquil, Nizar Fneiche, Motlaq Jaber, Terek Zaki
               Abu-Lawi, Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed
               Samhan to bring electronic equipment into the courtroom (kw)
               [Entry date 02/01/02]

1/31/02  491   NOTICE of plea of defendant by Ahmad Almasri (kw)
               [Entry date 02/01/02] [Edit date 02/05/02]

2/1/02   489   INFORMATION as to  Nadia Almasri (4) count(s) 1ss (Criminal
               Category 1) (kw) [Entry date 02/01/02]

2/1/02   493   RESPONSE by Mohammed Samhan to [492-1] motion in limine to
               exclude testimony of cultural expert witness (kw)
               [Entry date 02/05/02]

2/1/02   495   WAIVER OF INDICTMENT by Nadia Almasri (kw)
               [Entry date 02/06/02]

2/1/02   496   Minutes of change of plea held on 2/1/02  before Judge
               Daniel T. K. Hurley as to Ahmad Almasri, Nadia Almasri ;
               Court Reporter Name : Pauline Stipes (kw)
               [Entry date 02/06/02]

2/1/02   497   Plea Agreement as to Ahmad Almasri (kw)
               [Entry date 02/06/02]

2/1/02   499   Plea Agreement as to Nadia Almasri (kw)
               [Entry date 02/06/02]

2/1/02   --    PLEA entered by Nadia Almasri . Court accepts plea.
               GUILTY: Nadia Almasri (4) count(s) 1ss (kw)
               [Entry date 02/06/02]

2/1/02   500   NOTICE of Hearing as to Nadia Almasri :  set Sentencing
               for 3:30 4/19/02 for Nadia Almasri   before Judge Daniel T.
               K. Hurley (kw) [Entry date 02/06/02]

2/1/02   501   NOTICE of Hearing as to Ahmad Almasri :  set Sentencing
               for 2:30 4/19/02 for Ahmad Almasri   before Judge Daniel T.
               K. Hurley (kw) [Entry date 02/06/02]

2/1/02   --    Change of Plea Hearing as to Ahmad Almasri  held  before
               Judge Daniel T. K. Hurley (kw) [Entry date 03/06/02]

VOl #2 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR   APPEAL
                                                              INTERP
```

2/1/02    --    PLEA entered by Ahmad Almasri . Court accepts plea.
                GUILTY: Ahmad Almasri (3) count(s) 1s (kw)
                [Entry date 03/06/02]

2/1/02    --    PLEA entered by Nadia Almasri . Court accepts plea.
                GUILTY: Nadia Almasri (4) count(s) 1rss (kw)
                [Entry date 03/13/02]

2/4/02    492   MOTION by USA as to Mohammed Samhan in limine to exclude
                testimony of cultural expert witness (kw)
                [Entry date 02/05/02]

2/4/02    498   Minutes of jury trial held on 2/4/02 before Judge Daniel T.
                K. Hurley as to Thomas Narog, Raed Naser Aldin, Nabil Nizar
                Fneiche, Rabah El Haddad, Mohammed Samhan ; Court Reporter
                Name: Pauline Stipes (kw) [Entry date 02/06/02]

2/4/02    --    Voir dire begun as to Thomas Narog (1) count(s) 1s, 2s,
                3s-5s, 6s, 7s, 8s, 9s-14s, Raed Naser Aldin (7) count(s)
                1s, 11s, Nabil Aquil (8) count(s) 1s, 11s, Nizar Fneiche
                (9) count(s) 1s, 11s, Rabah El Haddad (12) count(s) 1s, 2s,
                11s, 12s, 14s, Mohammed Samhan (14) count(s) 1s, 2s, 11s,
                12s, 14s (kw) [Entry date 02/06/02]

2/5/02    494   NOTICE of Change of Address of Attorney by Raed Naser Aldin
                (kw) [Entry date 02/06/02]

2/5/02    502   ORDER as to Rabah El Haddad granting [488-1] motion to
                bring electronic equipment into the courtroom as to Rabah
                El Haddad (12) ( Signed by Judge Daniel T. K. Hurley on
                2/4/02) [EOD Date: 2/8/02] CCAP∆ (kw) [Entry date 02/08/02]

2/5/02    504   WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
                to Raed Naser Aldin ( Signed by Judge Daniel T. K. Hurley
                on 2/4/02) [EOD Date: 2/11/02] CCAP∆ (kw)
                [Entry date 02/11/02]

2/5/02    505   WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
                to Nizar Fneiche ( Signed by Judge Daniel T. K. Hurley on
                2/4/02) [EOD Date: 2/11/02] CCAP∆ (kw) [Entry date 02/11/02]

2/5/02    506   WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
                to Mohammed Samhan ( Signed by Judge Daniel T. K. Hurley on
                2/4/02) [EOD Date: 2/11/02] CCAP∆ (kw) [Entry date 02/11/02]

2/5/02    507   WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
                to Nabil Aquil ( Signed by Judge Daniel T. K. Hurley on
                2/4/02) [EOD Date: 2/11/02] CCAP∆ (kw) [Entry date 02/11/02]

2/5/02    508   WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
                to Thomas Narog ( Signed by Judge Daniel T. K. Hurley on
                2/4/02) [EOD Date: 2/11/02] CCAP∆ (kw) [Entry date 02/11/02]

Vol #2 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR   APPEAL
                                                        INTERP
```

| Date | No. | Description |
|------|-----|-------------|
| 2/5/02 | 509 | WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as to Rabah El Haddad ( Signed by Judge Daniel T. K. Hurley on 2/4/02) [EOD Date: 2/11/02] CCAPΔ (kw) [Entry date 02/11/02] |
| 2/5/02 | 510 | ORDER ON FUGITIVE STATUS AND DIRECTING CLERK TO TRANSFER CASE TO SUSPENDED/FUGITIVE FILE as to Ghandi Jaber ( Signed by Judge Daniel T. K. Hurley on 2/4/02) [EOD Date: 2/11/02] CCAPΔ (kw) [Entry date 02/11/02] |
| 2/7/02 | (503) | ORDER as to Thomas Narog  granting [490-1] motion to bring electronic equipment into the courtroom as to Thomas Narog (1), Ghandi Jaber (2), Ahmad Almasri (3), Nadia Almasri (4), Saber Abdelmuti (6), Raed Naser Aldin (7), Nabil Aquil (8), Nizar Fneiche (9), Motlaq Jaber (10), Terek Zaki Abu-Lawi (11), Rabah El Haddad (12), Zuhair Mahumud Rabei (13), Mohammed Samhan (14) ( Signed by Judge Daniel T. K. Hurley on 2/5/02) [EOD Date: 2/8/02] CCAPΔ (kw) [Entry date 02/08/02] |
| 2/12/02 | 512 | PETITION by USA  for Writ of Habeas Corpus ad testificandum of Khaled Ali-Habahbih on 2/6/02 @ 9:00 (kw) [Entry date 02/13/02] |
| 2/12/02 | 511 | PETITION by USA  for Writ of Habeas Corpus ad testificandum as to Terek Zaki Abu-Lawi  on 2/6/02 @ 9:00 (kw) [Entry date 02/13/02] |
| 2/13/02 | 512 | SEALED DOCUMENT as to Raed Naser Aldin (kw) [Entry date 02/14/02] |
| 2/13/02 | 513 | SEALED DOCUMENT as to Raed Naser Aldin (kw) [Entry date 02/14/02] |
| 2/13/02 | 514 | SEALED DOCUMENT as to Raed Naser Aldin (kw) [Entry date 02/14/02] |
| 2/13/02 | 515 | SEALED DOCUMENT as to Raed Naser Aldin (kw) [Entry date 02/14/02] |
| 2/13/02 | 516 | SEALED DOCUMENT as to Raed Naser Aldin (kw) [Entry date 02/14/02] |
| 2/13/02 | 517 | SEALED DOCUMENT as to Raed Naser Aldin (kw) [Entry date 02/14/02] |
| 2/19/02 | 518 | SEALED DOCUMENT (kw) [Entry date 02/20/02] |
| 2/19/02 | 519 | SEALED DOCUMENT (kw) [Entry date 02/20/02] |
| 2/19/02 | 520 | SEALED DOCUMENT as to Raed Naser Aldin (kw) [Entry date 02/20/02] |
| 2/19/02 | 521 | SEALED DOCUMENT (kw) [Entry date 02/20/02] |

Vol #2 Cont.

```
Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP
```

2/22/02  524    SUPPLEMENTAL MEMORANDUM RE: EXPERT TESTIMONY  by Mohammed
                Samhan (kw) [Entry date 02/26/02]

2/25/02  522    SEALED DOCUMENT (kw) [Entry date 02/25/02]

2/25/02  523    SEALED DOCUMENT (kw) [Entry date 02/25/02]

2/27/02  525    MOTION by Zuhair Mahumud Rabei to permit change of address
         (kw) [Entry date 02/28/02]

2/28/02  526    ORDER as to Zuhair Mahumud Rabei  granting [525-1] motion
                to permit change of address as to Zuhair Mahumud Rabei (13)
                ( Signed by Judge Daniel T. K. Hurley on 2/28/02) [EOD
                Date: 3/1/02] CCAPΔ (kw) [Entry date 03/01/02]

3/4/02   527    MOTION by Mohammed Samhan for rule 16 evidence , and to
                exclude evidence of booking statement (kw)
                [Entry date 03/04/02]

3/4/02   528    NOTICE of filing supplemental jury instructions and
                objections to government instructions by Mohammed Samhan (kw)
                [Entry date 03/05/02]

3/5/02   529    NOTICE of filing second supplemental jury instructions by
                Mohammed Samhan (kw) [Entry date 03/06/02]

3/11/02  530    Court's Jury instructions as to Thomas Narog, Raed Naser
                Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad,
                Mohammed Samhan (kw) [Entry date 03/13/02]

Vol #2 Cont.

Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR  APPEAL
                                                             INTERP

3/11/02  --    Count Redaction  Thomas Narog (1): Former count 1s is now
               count 1rs.    Thomas Narog (1): Former count 2s is now count
               2rs.    Thomas Narog (1): Former count 3s is now count 3rs.
               Former count 4s is now count 4rs.   Former count 5s is now
               count 5rs.    Thomas Narog (1): Former count 6s is now count
               6rs.    Thomas Narog (1): Former count 8s is now count 8rs.
               Thomas Narog (1): Former count 7s is now count 7rs.
               Thomas Narog (1): Former count 9s is now count 9rs.   Former
               count 10s is now count 10rs.   Former count 11s is now count
               11rs. Former count 12s is now count 12rs.   Former count 13s
               is now count 13rs.   Former count 14s is now count 14rs.
               Ahmad Almasri (3): Former count 1s is now count 1rs.
               Ahmad Almasri (3): Former count 10s is now count 10rs.
               Nadia Almasri (4): Former count 1ss is now count 1rss.
               Saber Abdelmuti (6): Former count 1s is now count 1rs.
               Former count 10s is now count 10rs.   Raed Naser Aldin (7):
               Former count 1s is now count 1rs.   Former count 11s is now
               count 11rs.   Nabil Aquil (8): Former count 1s is now count
               1rs. Former count 11s is now count 11rs.   Nizar Fneiche
               (9): Former count 1s is now count 1rs.   Former count 11s is
               now count 11rs.   Motlaq Jaber (10): Former count 1s is now
               count 1rs.   Former count 6s is now count 6rs.   Former count
               8s is now count 8rs.   Former count 11s is now count 11rs.
               Terek Zaki Abu-Lawi (11): Former count 1s is now count 1rs.
               Former count 6s is now count 6rs.   Rabah El Haddad (12):
               Former count 1s is now count 1rs.   Former count 2s is now
               count 2rs.   Former count 11s is now count 11rs.   Former
               count 12s is now count 12rs.   Former count 14s is now count
               14rs.   Mohammed Samhan (14): Former count 1s is now count
               1rs.   Former count 2s is now count 2rs.   Former count 11s
               is now count 11rs.   Former count 12s is now count 12rs.
               Former count 14s is now count 14rs. (kw)
               [Entry date 03/13/02]

3/11/02  --    Count Redaction  Ghandi Jaber (2): Former count 1s is now
               count 1rs.   Former count 6s is now count 6rs.   Former count
               8s is now count 8rs.   Former count 10s is now count 10rs.
               Former count 11s is now count 11rs.   Nadia Almasri (4):
               Former count 1s is now count 1rs.   Former count 10s is now
               count 10rs. (kw) [Entry date 03/13/02]

3/11/02 (531)  REDACTED SUPERSEDING INDICTMENT by Thomas Narog, Ghandi
               Jaber, Ahmad Almasri, Nadia Almasri, Mutasem Al-Salhi,
               Saber Abdelmuti, Raed Naser Aldin, Nabil Aquil, Nizar
               Fneiche, Motlaq Jaber, Terek Zaki Abu-Lawi, Rabah El
               Haddad, Zuhair Mahumud Rabei, Mohammed Samhan (kw)
               [Entry date 03/13/02]

3/13/02  532   MEMORANDUM OF LAW RELATED TO NOTE 3 by Mohammed Samhan (kw)
               [Entry date 03/13/02]

3/14/02  533   Proposed Jury Instructions by Raed Naser Aldin (kw)
               [Entry date 03/15/02]

Vol # 2 Cont.

```
Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR   APPEAL
                                                                  INTERP
```

3/14/02 (534)    Court's Jury instructions as to Thomas Narog, Raed Naser
                 Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad,
                 Mohammed Samhan (kw) [Entry date 03/18/02]

3/14/02 (535)    Jury notes and Court's answers as to Thomas Narog, Raed
                 Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad,
                 Mohammed Samhan (kw) [Entry date 03/18/02]

3/14/02 (536)    Proposed Voir Dire Questions by Mohammed Samhan (kw)
                 [Entry date 03/18/02]

3/15/02  537     JURY VERDICT as to Nabil Aquil Not Guilty: Nabil Aquil (8)
                 count(s) 1rs, 11rs (kw) [Entry date 03/18/02]

3/15/02  538     JURY VERDICT as to Rabah El Haddad Guilty: Rabah El Haddad
                 (12) count(s) 1rs, 2rs, 11rs, 12rs, 14rs (kw)
                 [Entry date 03/18/02]

3/15/02  539     JURY VERDICT as to Mohammed Samhan Not Guilty: Mohammed
                 Samhan (14) count(s) 1rs, 2rs, and Guilty: Mohammed
                 Samhan (14) count(s) 11rs, 12rs, 14rs (kw)
                 [Entry date 03/18/02]

3/15/02  540     JURY VERDICT as to Nizar Fneiche Not Guilty: Nizar Fneiche
                 (9) count(s) 1rs, and Guilty: Nizar Fneiche (9) count(s)
                 11rs (kw) [Entry date 03/18/02]

3/15/02  541     JURY VERDICT as to Raed Naser Aldin Guilty: Raed Naser
                 Aldin (7) count(s) 1rs, 11rs (kw) [Entry date 03/18/02]

3/15/02 (542)    JURY VERDICT as to Thomas Narog Guilty: Thomas Narog (1)
                 count(s) 1rs, 2rs, 3rs-5rs, 6rs, 7rs, 8rs, 9rs-14rs (kw)
                 [Entry date 03/18/02]

3/15/02 (543)    SPECIAL JURY VERDICT ON FORFEITURE ALLEGATIONS as to Thomas
                 Narog for Forfeiture allegations (kw) [Entry date 03/18/02]

3/15/02  555     MOTION by USA  as to Saber Abdelmuti for downward
                 departure (kw) [Entry date 04/01/02]

3/15/02  559     MOTION by USA  as to Zuhair Mahumud Rabei for downward
                 departure (kw) [Entry date 04/02/02]

3/15/02  --      Sentencing held  before Judge Daniel T. K. Hurley  Saber
                 Abdelmuti (6) count(s) 1rs (kw) [Entry date 04/04/02]

3/15/02  --      Sentencing held  before Judge Daniel T. K. Hurley  Zuhair
                 Mahumud Rabei (13) count(s) 1s (kw) [Entry date 04/04/02]

3/19/02  544     ORDER DIRECTING THE CLERK TO TRANSFER DEFENDANT'S CASE TO
                 FUGITIVE STATUS as to Rabah El Haddad ( Signed by Judge
                 Daniel T. K. Hurley on 3/18/02) [EOD Date: 3/20/02] CCAPΔ
                 (kw) [Entry date 03/20/02]

Proceedings include all events.          Vol # 2 Cont.                 AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR APPEAL
                                                                 INTERP

3/22/02   545   NOTICE of Hearing as to Mohammed Samhan :  set Sentencing
                for 1:30 6/7/02 for Mohammed Samhan   before Judge Daniel
                T. K. Hurley (kw) [Entry date 03/25/02]

3/22/02   546   NOTICE of Hearing as to Nizar Fneiche :  set Sentencing
                for 10:30 6/7/02 for Nizar Fneiche   before Judge Daniel T.
                K. Hurley (kw) [Entry date 03/25/02]

3/22/02   547   NOTICE of Hearing as to Thomas Narog :  set Sentencing for
                8:30 6/7/02 for Thomas Narog   before Judge Daniel T. K.
                Hurley (kw) [Entry date 03/25/02]

3/22/02   548   NOTICE of Hearing as to Raed Naser Aldin :  set Sentencing
                for 9:30 6/7/02 for Raed Naser Aldin   before Judge Daniel
                T. K. Hurley (kw) [Entry date 03/25/02]

3/25/02   549   MEMORANDUM by Nabil Aquil  of law with respect to jury note
                # 3. (kw) [Entry date 03/26/02]

3/25/02   550   Proposed Jury Instructions by Nabil Aquil (kw)
                [Entry date 03/26/02]

3/25/02   551   MOTION by Nabil Aquil for Judgment of Acquittal (kw)
                [Entry date 03/26/02]

3/25/02   552   MOTION by Mohammed Samhan for new trial (kw)
                [Entry date 03/26/02]

3/27/02   553   MOTION by Thomas Narog for Judgment of Acquittal, and
                for new trial, and to dismiss forfeiture, or to set
                aside verdict (kw) [Entry date 03/28/02]

3/27/02   554   NOTICE of objections to forfeiture motion for judgment
                setting aside verdict and to dismiss forfeiture by Thomas
                Narog as to Thomas Narog (kw) [Entry date 03/28/02]

4/1/02    556   ORDER as to Thomas Narog  denying [553-1] motion for
                Judgment of Acquittal as to Thomas Narog (1), denying
                [553-2] motion for new trial as to Thomas Narog (1),
                denying [553-3] motion to dismiss forfeiture as to Thomas
                Narog (1), denying [553-4] motion to set aside verdict as
                to Thomas Narog (1) ( Signed by Judge Daniel T. K. Hurley
                on 3/28/02) [EOD Date: 4/2/02] CCAP△ (kw)
                [Entry date 04/02/02]

4/1/02    557   ORDER denying motion for judgment setting aside verdict and
                to dismiss forfeiture as to Thomas Narog ( Signed by Judge
                Daniel T. K. Hurley on 3/28/02) [EOD Date: 4/2/02] CCAPΔ (kw)
                [Entry date 04/02/02]

4/1/02    558   JUDGMENT OF ACQUITTAL as to Nabil Aquil (8) count(s) 1rs,
                11rs acquittal ( Signed by Judge Daniel T. K. Hurley on
                [EOD Date: 4/2/02]  CCAP (kw) [Entry date 04/02/02]

Vol #1 Cont.

Proceedings include all events.                                          AEV
0:00'cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                    INTERP

4/3/02   560   NOTICE of filing Rule 29 motion and supporting memorandum
               by Nizar Fneiche (kw) [Entry date 04/03/02]

4/3/02   561   RULE 29 MOTION FOR JUDGMENT OF ACQUITTAL AND ALTERNATIVE
               MOTION FOR NEW TRIAL AND MEMORANDUM OF LAW IN SUPPORT by
               Nizar Fneiche for Judgment of Acquittal, and for new
               trial (kw) [Entry date 04/03/02]

4/3/02   562   MOTION by Raed Naser Aldin for new trial, or for
               Judgment of Acquittal (kw) [Entry date 04/03/02]

4/3/02   563   MOTION by Raed Naser Aldin to extend time to file
               memorandum in support of motion for new trial or judgment
               of acquittal (kw) [Entry date 04/03/02]

4/4/02   564   MOTION by Rabah El Haddad for Judgment of Acquittal, and
               for new trial (kw) [Entry date 04/04/02]

4/4/02   565   JUDGMENT as to  Saber Abdelmuti (6) count(s) 1rs.
               Imprisonment 1 year and 1 day; supervised release 2 years;
               assessed $ 100.00 , Saber Abdelmuti (6) count(s) 1, 4 ,
               10rs dismissed  ( Signed by Judge Daniel T. K. Hurley on
               4/2/02) [EOD Date: 4/4/02]  CCAP (kw) [Entry date 04/04/02]

4/4/02   566   JUDGMENT as to  Zuhair Mahumud Rabei (13) count(s) 1s.
               Imprisonment for a term of time served; Supervised Release
               2 years; Assessed $ 100.00 , Zuhair Mahumud Rabei (13)
               count(s) 1, 4 , 10s . dismissed  ( Signed by Judge Daniel
               T. K. Hurley on 4/2/02) [EOD Date: 4/4/02]  CCAP (kw)
               [Entry date 04/04/02]

4/4/02   567   ORDER as to Raed Naser Aldin  denying [563-1] motion to
               extend time to file memorandum in support of motion for new
               trial or judgment of acquittal as to Raed Naser Aldin (7) (
               Signed by Judge Daniel T. K. Hurley on 4/4/02) [EOD Date:
               4/5/02] CCAPÓ (kw) [Entry date 04/05/02]

4/4/02   568   ORDER as to Raed Naser Aldin  denying [564-1] motion for
               Judgment of Acquittal as to Rabah El Haddad (12), denying
               [564-2] motion for new trial as to Rabah El Haddad (12) (
               Signed by Judge Daniel T. K. Hurley on 4/4/02) [EOD Date:
               4/5/02] CCAPÓ (kw) [Entry date 04/05/02]

4/5/02   569   ORDER DENYING MOTION FOR NEW TRIAL as to Mohammed Samhan
               denying [552-1] motion for new trial as to Mohammed Samhan
               (14) ( Signed by Judge Daniel T. K. Hurley on 4/4/02) [EOD
               Date: 4/8/02] CCAPÓ (kw) [Entry date 04/08/02]

4/10/02  570   ORDER denying [561-1] motion for Judgment of Acquittal as
               to Nizar Fneiche (9), denying [561-2] motion for new trial
               as to Nizar Fneiche (9) ( Signed by Judge Daniel T. K.
               Hurley on 4/10/02) [EOD Date: 4/11/02] (pa)
               [Entry date 04/11/02]

Vol # 2 Cont

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                            PRIOR  APPEAL
                                                                     INTERP

4/12/02   571       MOTION by Ahmad Almasri to continue sentencing (kw)
                    [Entry date 04/15/02]

4/15/02   572       ORDER as to Rabah El Haddad  denying [562-1] motion for new
                    trial as to Raed Naser Aldin (7), denying [562-2] motion
                    for Judgment of Acquittal as to Raed Naser Aldin (7) (
                    Signed by Judge Daniel T. K. Hurley on 4/12/02) [EOD Date:
                    4/16/02] CCAP△ (kw) [Entry date 04/16/02]

4/15/02  (573)      MOTION by USA  as to Thomas Narog for Forfeiture (kw)
                    [Entry date 04/16/02]

4/17/02   574       Judgment Returned Executed as to Zuhair Mahumud Rabei on
                    at no further action required by USM (kw)
                    [Entry date 04/17/02]

4/17/02   575       SEALED DOCUMENT as to Raed Naser Aldin (kw)
                    [Entry date 04/17/02]

4/17/02   576       SEALED DOCUMENT as to Raed Naser Aldin (kw)
                    [Entry date 04/17/02]

4/19/02  (577)      PRELIMINARY ORDER OF FORFEITURE as to Thomas Narog granting
                    [573-1] motion for Forfeiture as to Thomas Narog (1) (
                    Signed by Judge Daniel T. K. Hurley on 4/18/02) [EOD Date:
                    4/22/02] CCAP△ (kw) [Entry date 04/22/02]

4/19/02   578       ORDER GRANTING MOTION TO CONTINUE AND RESETTING SENTENCING
                    HEARING as to Ahmad Almasri granting [571-1] motion to
                    continue sentencing as to Ahmad Almasri (3)  set
                    Sentencing for 11:00 5/10/02 for Ahmad Almasri   before
                    Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K.
                    Hurley on 4/18/02) [EOD Date: 4/22/02] CCAP△ (kw)
                    [Entry date 04/22/02]

4/19/02   --        Sentencing  held  before Judge Daniel T. K. Hurley  Nadia
                    Almasri (4) count(s) 1rss (kw) [Entry date 04/29/02]

4/22/02   579       SEALED DOCUMENT as to Raed Naser Aldin (kw)
                    [Entry date 04/22/02]

4/23/02  (580)      MOTION by USA  as to Thomas Narog to continue sentencing (kw)
                    [Entry date 04/24/02]

4/26/02   581       JUDGMENT as to  Nadia Almasri (4) count(s) 1rss.  Probation
                    2 years; Assessed $ 100.00 , Nadia Almasri (4) count(s)
                    1rs, 1 , 4 , 10rs . dismissed ( Signed by Judge Daniel T.
                    K. Hurley on 4/25/02) [EOD Date: 4/29/02]  CCAP (kw)
                    [Entry date 04/29/02]

5/2/02    582       SEALED DOCUMENT as to Raed Naser Aldin (kw)
                    [Entry date 05/03/02]

5/2/02    583       SEALED DOCUMENT as to Raed Naser Aldin (kw)

Vol #2 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR  APPEAL
                                                             INTERP
```

                    [Entry date 05/03/02]

5/2/02    584    Judgment Returned Executed as to Nadia Almasri on No
                 Further Action Required by the US Marshal Service (kw)
                 [Entry date 05/03/02]

5/7/02    (585)  ORDER DENYING GOVERNMENT'S MOTION TO CONTINUE SENTENCING as
                 to Thomas Narog, Raed Naser Aldin, Mohammed Samhan, Nizar
                 Fneiche  denying [580-1] motion to continue sentencing as
                 to Thomas Narog (1) ( Signed by Judge Daniel T. K. Hurley
                 on 5/7/02) [EOD Date: 5/7/02] CCAPᴧ (kw)
                 [Entry date 05/07/02]

5/8/02    586    MOTION by Ahmad Almasri to continue sentencing (kw)
                 [Entry date 05/09/02]

5/8/02    587    POSITION with respect to sentencing factors by Mohammed
                 Samhan (kw) [Entry date 05/09/02]

5/10/02   588    SEALED DOCUMENT as to Raed Naser Aldin (kw)
                 [Entry date 05/10/02]

5/15/02   589    SUPPLEMENTAL OBJECTIONS AND ENCLOSURES RELATED TO POSITION
                 OF DEFENDANT SAMHAN WITH RESPECT TO SENTENCING FACTORS;
                 ISSUES IN DISPUTE AND OBJECTIONS TO PRESENTENCE
                 INVESTIGATION by Mohammed Samhan [587-1] miscellaneous (kw)
                 [Entry date 05/16/02]

5/15/02   590    SEALED DOCUMENT as to Mohammed Samhan (kw)
                 [Entry date 05/16/02]

5/16/02   (591)  OBJECTION by Thomas Narog  to Presentence Investigation
                 Report (kw) [Entry date 05/17/02]

5/17/02   592    MOTION by Nizar Fneiche to continue sentencing (kw)
                 [Entry date 05/17/02]

5/17/02   593    NOTICE of filing motion to continue sentencing by Nizar
                 Fneiche (kw) [Entry date 05/17/02]

5/21/02   594    NOTICE of Change of Address of Attorney by Ghandi Jaber (kw)
                 [Entry date 05/21/02]

5/21/02   595    SUPPLEMENT by Mohammed Samhan  to: [589-1] opposition
                 response (kw) [Entry date 05/21/02]

5/28/02   596    OBJECTION by Raed Naser Aldin  to Presentence Investigation
                 Report (kw) [Entry date 05/28/02]

5/28/02   597    MOTION by Raed Naser Aldin for downward departure (kw)
                 [Entry date 05/28/02]

5/31/02   (598)  NOTICE of filing letters for consideration at the time of
                 sentencing by Thomas Narog (kw) [Entry date 06/03/02]

Vol #2 Cont.

Proceedings include all events.
0:00cr6211-ALL USA v. Narog, et al

PRIOR

AEV
APPEAL
INTERP

6/3/02    599    MOTION by Nizar Fneiche for downward departure (kw)
                 [Entry date 06/04/02]

6/3/02    600    NOTICE of filing motion for downward departure by Nizar
                 Fneiche (kw) [Entry date 06/04/02]

6/4/02    601    RESPONSE by USA as to Mohammed Samhan in opposition to
                 [595-1] supplement to (kw) [Entry date 06/05/02]

6/7/02    --     Sentencing held before Judge Daniel T. K. Hurley
                 Mohammed Samhan (14) count(s) 11rs, 12rs, 14rs (kw)
                 [Entry date 06/17/02]

6/7/02    --     Sentencing held before Judge Daniel T. K. Hurley Thomas
                 Narog (1) count(s) 1rs, 2rs, 3rs-5rs, 6rs, 7rs, 8rs,
                 9rs-14rs (kw) [Entry date 06/17/02]

6/7/02    --     Sentencing held before Judge Daniel T. K. Hurley Nizar
                 Fneiche (9) count(s) 11rs (kw) [Entry date 06/18/02]

6/10/02   602    TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
                 Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
                 Samhan of Testimony and Proceedings held 2/4/02 before
                 Judge Daniel T.K. Hurley and a Jury Volume #: 1 Pages:   Vol #4
                 1-144 (mr) [Entry date 06/12/02]

6/10/02   603    TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
                 Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
                 Samhan of Testimony and Proceedings held 2/5/02 before   Vol #5
                 Judge Daniel T.K. Hurley and a Jury Volume #: 2 Pages:
                 145-354 (mr) [Entry date 06/12/02]

6/10/02   604    TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
                 Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
                 Samhan of Testimony and Proceedings held 2/6/02 before   Vol #6
                 Judge Daniel T.K. Hurley and a Jury Volume #: 3 Pages:
                 355-577 (mr) [Entry date 06/12/02]

6/10/02   605    TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
                 Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
                 Samhan of Testimony and Proceedings held 2/7/02 before   Vol #7
                 Judge Daniel T.K. Hurley and a Jury Volume #: 4 Pages:
                 578-710 (mr) [Entry date 06/12/02]

6/10/02   606    TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
                 Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
                 Samhan of Testimony and Proceedings held 2/11/02 before  Vol #8
                 Judge Daniel T.K. Hurley and a Jury Volume #: 5 Pages:
                 711-934 (mr) [Entry date 06/12/02]

Vol #2 Cont.

```
Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                   PRIOR   APPEAL
                                                             INTERP
```

| | | | |
|---|---|---|---|
| 6/10/02 | 607 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan  of Testimony and Proceedingss held 2/12/02  before Judge Daniel T.K. Hurley  Volume #: 6  Pages: 935-1172 (mr) [Entry date 06/12/02] | Vol #9 |
| 6/10/02 | 608 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan  of Testimony and Proceedings held 2/13/02  before Judge Daniel T. K. Hurley and a Jury  Volume #: 7  Pages: 1173-1421 (mr) [Entry date 06/12/02] | Vol #10 |
| 6/10/02 | 609 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan  of Testimony & Proceedings held 2/14/02  before Judge Daniel T.K.Hurley  Volume #: 8  Pages: 1422-1609 (mr) [Entry date 06/12/02] | Vol #11 |
| 6/10/02 | 610 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan  of Testimony and Proceedings held 2/19/02  before Judge Daniel T.K. Hurley and a Jury  Volume #: 9  Pages: 1610-1855 (mr) [Entry date 06/12/02] | Vol #12 |
| 6/10/02 | 611 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan  of Testimony and Proceedings held 2/20/02  before Judge Daniel T.K. Hurley and a Jury  Volume #: 10  Pages: 1856-2052 (mr) [Entry date 06/12/02] | Vol #13 |
| 6/10/02 | 612 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan  of Testimony and Proceedings held 2/21/02  before Judge Daniel T.K. Hurley and a Jury  Volume #: 11  Pages: 2053-2289 (mr) [Entry date 06/12/02] | Vol #14 |
| 6/10/02 | 613 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan  of Testimony and Proceedings held 2/25/02  before Judge Daniel T.K. Hurley and a Jury  Volume #: 12  Pages: 2290-2523 (mr) [Entry date 06/12/02] | Vol #15 |
| 6/10/02 | 614 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan  of Testimony and Proceedings held 2/26/02  before Judge Daniel T.K. Hurley and a Jury  Volume #: 13  Pages: 2524-2757 (mr) [Entry date 06/12/02] | Vol #16 |
| 6/10/02 | 615 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan  of Testimony and Proceedings held 2/27/02  before Judge Daniel T.K. Hurley and a Jury  Volume #: 14  Pages: 2758-3013 (mr) [Entry date 06/12/02] | Vol #17 |

Vol #2 Cont

Proceedings include all events.                                                AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR   APPEAL
                                                                    INTERP

---

| 6/10/02 | 616 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/28/02 before Judge Daniel T. K. Hurley and a Jury Volume #: 15 Pages: 3014-3201 (mr) [Entry date 06/12/02] | Vol #18 |

---

| 6/10/02 | 617 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony a;nd Proceedings held 3/4/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 16 Pages: 3202-3476 (mr) [Entry date 06/12/02] | Vol #20 |

---

| 6/10/02 | 618 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/5/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 17 Pages: 3477-3673 (mr) [Entry date 06/12/02] | Vol #21 |

---

| 6/10/02 | 619 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony aand Proceedings held 3/6/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 18 Pages: 3674-3924 (mr) [Entry date 06/12/02] | Vol #22 |

---

| 6/10/02 | 620 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/7/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 19 Pages: 3925-4112 (mr) [Entry date 06/12/02] | Vol #23 |

---

| 6/10/02 | 621 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/8/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 20 Pages: 4113-4305 (mr) [Entry date 06/12/02] | Vol #24 |

---

| 6/10/02 | 622 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/11/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 21 Pages: 4306-4423 (mr) [Entry date 06/12/02] | Vol #25 |

---

| 6/10/02 | 623 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/12/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 22 Pages: 4424-4467 (mr) [Entry date 06/12/02] | Vol #26 |

---

| 6/10/02 | 624 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/13/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 23 Pages: 4468-4558 (mr) [Entry date 06/12/02] | Vol #27 |

---

Vol #2 Cont.

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                           PRIOR  APPEAL
                                                                    INTERP

6/10/02  625   TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
               Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
               Samhan  of Testimony and Proceedings held 3/14/02  before  Vol #28
               Judge Daniel T.K. Hurley and a Jury  Volume #: 24  Pages:
               4559-4613 (mr) [Entry date 06/12/02]

6/10/02  626   TRANSCRIPT filed as to Raed Naser Aldin  of Testimony and
               Proceedings held 5/29/02  before Judge Daniel T.K. Hurley
               and a Jury  Volume #: 25  Pages: 4614-4716 (mr)
               [Entry date 06/12/02]

6/14/02  627   MOTION by USA  as to Thomas Narog for final order of
               Forfeiture (kw) [Entry date 06/17/02]

6/17/02  628   JUDGMENT as to  Mohammed Samhan (14) count(s) 11rs, 12rs ,
               14rs imprisonment 78 months as to each count and supervised
               release 36 months as to each count to be served concurrently
               assessed $ 300.00; fined $ 10,000.00 , Mohammed Samhan (14)
               count(s) 1, 5 , 6 . dismissed  ( Signed by Judge Daniel T.
               K. Hurley on 6/15/02) [EOD Date: 6/17/02]  CCAP (kw)
               [Entry date 06/17/02] [Edit date 06/18/02]

6/17/02  630   JUDGMENT as to  Thomas Narog (1) count(s) 1rs, 3rs -5rs ,
               6rs , 7rs , 8rs , 9rs -14rs imprisonment 235 months as to
               each of counts and supervised release 36 months. Thomas
               Narog (1) count(s) 2rs imprisonment 235 months to be served
               concurrently with counts 1 and 3-14; supervised release 60
               months to be served concurrently with counts 1 and 3-14.
               Thomas Narog (1) count(s) 1 , 2 , 3 , 4 , 5 , 6 , 7 dismissed
               Assessed $ 1400.00; Fined $ 25,000.00  ( Signed by Judge
               Daniel T. K. Hurley on 6/7/02) [EOD Date: 6/17/02] CCAP (kw)
               [Entry date 06/17/02] [Edit date 06/18/02]

6/17/02  629   JUDGMENT as to  Nizar Fneiche (9) count(s) 11rs.
               Imprisonment 63 months; supervised release 3 years , Nizar
               Fneiche (9) count(s) 1, 5  dismissed; count 1rs aquitted;
               Assessed $ 100.00 ( Signed by Judge Daniel T. K. Hurley on
               6/15/02) [EOD Date: 6/18/02]  CCAP (kw)
               [Entry date 06/18/02]

6/17/02  631   NOTICE OF APPEAL by Thomas Narog re: [630-1] judgment order
               EOD Date: 6/17/02; Thomas Narog (1) count(s) 1rs, 2rs,
               3rs-5rs, 6rs, 7rs, 8rs, 9rs-14rs;  Filing Fee: $ 105.00
               Receipt #: 716453 Copies to USCA, AUSA, USM, USPO and
               Counsel of Record. (mr) [Entry date 06/19/02]

6/17/02  632   NOTICE OF APPEAL by Nizar Fneiche re: [629-1] judgment
               order EOD Date: 6/18/02; Nizar Fneiche (9) count(s) 11rs;
               Copies to USCA, AUSA, USM, USPO and Counsel of Record. (mr)
               [Entry date 06/19/02]

Vol #2 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR  APPEAL
                                                             INTERP
```

6/17/02  633    NOTICE OF APPEAL by Mohammed Samhan re: [628-1] judgment
                order  EOD Date: 6/17/02; Mohammed Samhan (14) count(s)
                11rs, 12rs, 14rs;  Filing Fee: $ 105.00 Receipt #: 716454
                Copies to USCA, AUSA, USM, USPO and Counsel of Record. (mr)
                [Entry date 06/19/02]

6/19/02  --     Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Mohammed Samhan [633-1] appeal
                (mr) [Entry date 06/19/02]

6/19/02  --     Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Nizar Fneiche [632-1] appeal (mr)
                [Entry date 06/19/02]

6/19/02  --     Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Thomas Narog [631-1] appeal (mr)
                [Entry date 06/19/02]

6/24/02  (634)  FINAL ORDER OF FORFEITURE as to Thomas Narog for
                Forfeiture ( Signed by Judge Daniel T. K. Hurley on
                6/19/02) [EOD Date: 6/25/02] CCAP△ (kw)
                [Entry date 06/25/02]

6/24/02  635    AMENDED JUDGMENT IN A CRIMINAL CASE; Amending the original
                J&C to indicate the correct disposition date of 3/14/02 (
                Signed by Judge Daniel T. K. Hurley on 6/22/02) [EOD Date:
                6/25/02]  CCAP (kw) [Entry date 06/25/02]

6/25/02  636    NOTICE of Appearance for Mohammed Samhan by Attorney
                Jeffrey M. Voluck (kw) [Entry date 06/26/02]

6/25/02  (640)  AMENDED NOTICE OF APPEAL by Thomas Narog re: [634-2] order
                EOD Date: 6/25/02; ; Copies to USCA, AUSA, USM, USPO and of
                Record. (mr) [Entry date 06/28/02]

6/26/02  637    NOTICE of filing motion for release on bond and stay of
                execution of sentence by Nizar Fneiche (kw)
                [Entry date 06/26/02]

6/26/02  638    NOTICE of Hearing as to Raed Naser Aldin :  resetting
                Sentencing for 9:30 8/28/02 for Raed Naser Aldin    before
                Judge Daniel T. K. Hurley (kw) [Entry date 06/27/02]

6/26/02  639    NOTICE of Hearing as to Ahmad Almasri :  resetting
                Sentencing for 8:30 8/28/02 for Ahmad Almasri   before
                Judge Daniel T. K. Hurley (kw) [Entry date 06/27/02]

6/27/02  --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA  on 06/24/02  Re: [632-1] appeal  USCA Number:
                02-13437-A (dj) [Entry date 06/28/02]

6/27/02  --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA  on 06/24/02  Re: [633-1] appeal  USCA Number:
                02-13437-A (dj) [Entry date 06/28/02]

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                            PRIOR  APPEAL
                                                                     INTERP

6/27/02  --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA on 6/24/02 as to Thomas Narog Re: [640-1]
                 appeal USCA Number: 02-13437-A (mr) [Entry date 06/28/02]

6/27/02  (643)   TRANSCRIPT INFORMATION FORM as to Thomas Narog re: [640-1]
                 appeal received on 7/1/02 from Court Reporter. (Returned
                 Court Reporter Coordinator) (mr) [Entry date 07/01/02]

6/28/02  --      Certified copies of AMENDED Notice of Appeal, Docket and
                 Order under appeal to USCA: as to Thomas Narog [640-1]
                 appeal (mr) [Entry date 06/28/02]

6/28/02  641     USCA appeal fees received as to Nizar Fneiche Re: [632-1]
                 appeal  Filing Fee $ 105.00 Receipt # 716550 (mr)
                 [Entry date 06/28/02]

6/28/02  642     ORDER as to Nizar Fneiche; denying motion for release on
                 bail and for stay of execution of sentence ( Signed by
                 Judge Daniel T. K. Hurley on 6/28/02) [EOD Date: 7/1/02]
                 CCAP∆ (kw) [Entry date 07/01/02]

6/28/02  644     ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE
                 referring Motion(s) from counsel representing defendant to
                 be relieved of further responsibilities of representing
                 defendant; for the defendant to be declared indigent for
                 purpose of appeal; and for appointment of appellate counsel
                 to Magistrate Ann E. Vitunac as to Mohammed Samhan for
                 proposed findings and recommended disposition. The
                 Magistrate shall conduct an in camera evidentiary hearing
                 and provide the court with a recommended disposition.
                 (Signed by Judge Daniel K. Hurley on 6/27/02) [EOD Date:
                 7/1/02] CCAP (at) [Entry date 07/01/02]

7/1/02   645     TRANSCRIPT INFORMATION FORM as to Nizar Fneiche re:
                 [632-1] appeal  received on 7/3/02 from Court Reporter.
                 (Returned to Court Reporter Coordinator) (mr)
                 [Entry date 07/03/02]

7/3/02   646     MOTION by Nizar Fneiche for release on Bond, and stay of
                 execution of sentence pursuant to Rule 38 (at)
                 [Entry date 07/05/02]

7/3/02   647     NOTICE of Filing Motion for release on bond by Nizar
                 Fneiche (at) [Entry date 07/05/02]

7/8/02   651     SEALED DOCUMENT as to Mohammed Samhan (mr)
                 [Entry date 07/10/02]

7/9/02   (648)   Acknowledgement of Transcript Information Formas to Thomas
                 Narog re: [631-1] appeal  by Thomas Narog  Transcript of:
                 Pre-Trial Proceedings, Trial & Sentencing held 6/7/02 and
                 Trial held 2/4/02 - 3/15/02 Transcript due on: 8/8/02 for
                 Thomas Narog ; Court Reporter name: Pauline Stipes (mr)

Vol # 2 Cont.

Proceedings include all events.                                                    AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR  APPEAL
                                                                        INTERP

[Entry date 07/09/02]

| 7/9/02 | 649 | Acknowledgement of Transcript Information Formas to Nizar Fneiche re: [632-1] appeal  by Nizar Fneiche  Transcript of: Trial and Sentencing Transcript due on: 8/8/02 for Nizar Fneiche ;  Court Reporter name: Pauline Stipes (mr) [Entry date 07/09/02] |

| 7/9/02 | 650 | Acknowledgement of Transcript Information Formas to Mohammed Samhan re: [633-1] appeal  by Mohammed Samhan Transcript of: Trial & Sentencing held 6/7/02 and Trila held 2/4/02-3/14/02 SentencTranscript due on: 8/8/02 for Mohammed Samhan ; Court Reporter name: Pauline Stipes (mr) [Entry date 07/09/02] |

| 7/9/02 | -- | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA on 7/1/02 as to Thomas Narog Re: [640-1] appeal USCA Number: 02-13437-A (mr) [Entry date 07/09/02] |

| 7/12/02 | 652 | TRANSCRIPT filed as to Thomas Narog  of Testimony and Proceedings held 6/7/02  before Judge Daniel T.K. Hurley and a Jury  Volume #: 26  Pages: 4717-4752  re: [640-1] appeal, [631-1] appeal . (mr) [Entry date 07/12/02] |

Vol #29

| 7/12/02 | 653 | TRANSCRIPT filed as to Mohammed Samhan  of testimony and proceedings held 6/7/02  before Judge Hurley and jury Volume #: 1  Pages: 4753-4833  re: [633-1] appeal . Appeal record due on 7/27/02 for Mohammed Samhan (kw) [Entry date 07/12/02] |

| 7/12/02 | 654 | TRANSCRIPT filed as to Nizar Fneiche  of sentencing held 7/12/02  before Judge Hurley  Volume #: 28  Pages: 4834-4913  re: [632-1] appeal . Appeal record due on 7/27/02 for Nizar Fneiche (kw) [Entry date 07/12/02] |

| 7/17/02 | (655) | Transcript Information Form re:as to Thomas Narog [640-1] appeal by Thomas Narog. No transcript requested. All necessary transcripts on file. (mr) [Entry date 07/23/02] |

| 8/1/02 | 656 | Judgment Returned Executed as to Mohammed Samhan on 7/10/02 at FDC Miami (kw), [Entry date 08/02/02] |

| 8/9/02 | 657 | Transcript Information Form as to Nizar Fneiche for Transcript of: Trial and Sentencing filed re: [632-1] appeal by Nizar Fneiche    All transcripts on file. (mr) [Entry date 08/09/02] [Edit date 08/09/02] |

| 8/9/02 | 658 | Transcript Information Form as to Mohammed Samhan for Transcript of: Trial & Sentencing held 2/14/02 - 3/14/02 & 6/7/02 filed re: [633-1] appeal by Mohammed Samhan    All transcripts on file. (mr) [Entry date 08/09/02] |

Vol #2 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP

8/9/02   (659)    Transcript Information Form as to Thomas Narog for
                  Transcript of: Trial and Sentencing filed re: [631-1]
                  appeal by Thomas Narog (mr) [Entry date 08/09/02]

8/12/02   660     ORDER RELEASING BOND AND ANY CASH COLATERAL:ORDER as to
                  Nizar Fneiche (Signed by Judge Daniel T. K. Hurley on
                  8/11/02) [EOD Date: 8/12/02] CCAPΔ (pa)
                  [Entry date 08/12/02]

8/27/02   661     NOTICE OF NASER ALDIN'S OBSTRUCTION OF JUSTICE AND/OR,
                  ALTERNATIVELY, GOVERNMENT'S OBJECTION TO PRESENTENCE
                  INVESTIGATION REPORT by Government as to Raed Naser Aldin
                  (kw) [Entry date 08/28/02]

8/27/02   662     RESPONSE by Raed Naser Aldin in opposition to [661-1]
                  objection (kw) [Entry date 08/28/02]

8/27/02   663     SEALED DOCUMENT (kw) [Entry date 08/28/02]

8/27/02   664     SEALED DOCUMENT (kw) [Entry date 08/28/02]

8/28/02   --      Sentencing held before Judge Daniel T. K. Hurley  Ahmad
                  Almasri (3) count(s) 1rs (kw) [Entry date 08/30/02]

8/29/02   665     JUDGMENT as to  Ahmad Almasri (3) count(s) 1rs.
                  Imprisonment 78 months; supervised release 3 years,
                  assessed $ 100.00 Count(s) 1, 4 , 10rs dismissed  ( Signed
                  by Judge Daniel T. K. Hurley on 8/29/02) [EOD Date:
                  8/30/02] CCAP (kw) [Entry date 08/30/02]

8/30/02   666     Judgment Returned Executed as to Saber Abdelmuti on 4/26/02
                  at FCI-Miami (pa) [Entry date 09/03/02]

9/26/02   667     MOTION by USA  as to Thomas Narog to set aside judgment:
                  [634-2] order (kw) [Entry date 09/27/02]

9/27/02   (668)   Judgment Returned Executed as to Thomas Narog on 9/13/02 at
                  BOP Miami (kw) [Entry date 09/30/02]

9/30/02   (669)   Transcript Information Form as to Thomas Narog for
                  Transcript of: Motion to Suppress held 3/1/01 filed re:
                  [640-1] appeal  by Thomas Narog (mr) [Entry date 10/01/02]

9/30/02   670     TRANSCRIPT filed as to Thomas Narog  of Motion to Suppress
                  held 3/1/02  before Judge Magistrate Ann E. Vitunac  Volume
                  #: 1  Pages: 1-41  re: [640-1] appeal . (mr)  Vol #19
                  [Entry date 10/01/02]

10/4/02   (671)   ORDER PARTIALLY SETTING ASIDE THE FINAL ORDER OF FORFEITURE
                  as to Thomas Narog granting [667-1] motion to set aside
                  judgment: [634-2] order as to Thomas Narog (1) ( Signed by
                  Judge Daniel T. K. Hurley on 10/3/02) [EOD Date: 10/8/02]
                  CCAPΔ (kw) [Entry date 10/08/02]

Docket as of October 22, 2002 11:41 am                    Page 83

Vol #2 Cont

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR  APPEAL
                                                        INTERP
10/16/02 672    MOTION by Nadia Almasri to Travel (kw) [Entry date 10/17/02]

10/17/02 673    MOTION with Memorandum in Support by Mohammed Samhan for
                Release from Custody pending appeal (kw)
                [Entry date 10/17/02]

10/17/02 674    NOTICE of Hearing as to Raed Naser Aldin :  resetting
                Sentencing for 10:30 11/1/02 for Raed Naser Aldin  before
                Judge Daniel T. K. Hurley (kw) [Entry date 10/18/02]
```

End of Vol #2