UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

FILED by ___ D.C.
OCT 29 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION FOR STAY OF FORFEITURE**, and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby _DENIED_.

DONE AND ORDERED in West Palm Beach, Florida, this 29th day of October, 2002.

_____
Magistrate/District Judge

cc:    Fred Haddad, Esq.
       Thomas O'Malley, Esq.
       William Beckerleg, Esq.

