Case 0:00-cr-06211-DTKH Document 683 Entered on FLSD Docket 11/18/2002 Page 1 of 1

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

2002 AUG 28 PM 2:56

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 00-6211-CR-Hurley |
| DEFENDANT | TYPE OF PROCESS |
| Thomas Narog | Preliminary Order of Forfeiture |

**SERVE**
➤
**AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
8 Castle Harbor Drive, Fort Lauderdale, Florida

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
U.S. Marshals Service

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William H. Beckerleg, Jr.
United States Attorney's Office
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394

Number of process to be served with this Form - 285 | 1
Number of parties to be served in this case | 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please seize the above referenced property ASAP pursuant to the Preliminary Order of Forfeiture

Cats I.D. # 00-DEA-383459

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| William H. Beckerleg, Jr. | | (954) 356-7314 | 8-27-02 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 4 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Mary Jane Lucas    Daughter of Defendant | |
| Address (complete only if different than shown above) | Date of Service 11-7-02 | Time 11:30 am |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Property was seized 11-7-02
An Occupancy Agreement was executed with Mary Jane Lucas, daughter of defendant.

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)