FILED by CT. REP.
DEC 3 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )   Case No. 00-6211-Cr-Hurley
                              )
vs.                           )   West Palm Beach, Florida
                              )   April 3, 2001
THOMAS NAROG,                 )   Tuesday
                              )
          Defendant.          )
_____)

TRANSCRIPT OF MOTION TO SUPPRESS
BEFORE THE HONORABLE ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:           LARRY BARDFELD, AUSA

FOR THE DEFENDANT:            FRED HADDAD, ESQ.


COURT REPORTER:               PAUL HAFERLING