UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      CASE NO. 00-6211-CR-DTKH

THOMAS NAROG,

    Defendant.
_____/

FILED by _____ D.C.

APR 17 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER DENYING DEFENDANT'S MOTION TO VACATE FOR LACK OF JURISDICTION

**THIS CAUSE** is before the court upon its own motion following a report from the clerk indicating that defendant's motion to vacate or grant administrative relief etc., *see* docket entry 676-1, remains pending. Upon consideration, it is

**ORDERED and ADJUDGED** that defendant's motion to vacate or grant administrative relief etc. is denied for lack of jurisdiction, and the clerk is directed to remove this motion from the motions pending list.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida, this 16th day of April, 2003.

                                                Daniel T. K. Hurley
                                              U. S. District Judge