UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff(s)        :    Case No. 00-6211-CR-DTKH
vs.

THOMAS NAROG
    Defendant(s)

## RELEASE OF EXHIBITS

   The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[X] **Guns, jewelry, currency, drugs, explosives**
Item Nos. 71I, 144, 69, 173, 195, 203

[ ] **Oversize records (larger than 10"x12"x15")**
Item Nos. 66 (cardboard box)

[X] **Stored by Records Section in:** [ ] Miami  [ ] Ft. Laud.  [X] W.P.B.
Item Nos. ~~All of~~ Defense Exhibit

[ ] **Other (Explain):** Documents 144, 111, 68, 190, 193, 171, 109
Video tapes - 21, 27, 26, 19, 42, 49A, 44B, 158B, 174A, 47, 41, 53, 51, 46, 14
audio tape - 50 ; photos 39 ; 186, 59, 192, 15

[ ] **Attachments**
(Exhibit List, Order of Court)

SIGNATURE: _Thomas O'Malley_

PRINT NAME: Thomas A. O'Malley

AGENCY OR FIRM: U.S. Attorney's ofc

ADDRESS: 500 S. Australian Ave, # 400
WPB, FL 33401

TELEPHONE: (561) 820-8711 x 3052

DATE: 4/23/03

EXHIBITS RELEASED
BY: _____
   (Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
   Courtroom Deputy
   Counsel of Record

PX 703

S/F CRD-1
REV. 4/90