```
                    :
      Plaintiff(s)  :
vs.                 :    Case No. 00-6211-CR-DTKH
                    :    US v. Thomas Narog
                    :
      Defendant(s)  :
_____:
```

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversize records (larger than 10"x12"x15")
   Item Nos. _____

☐ Stored by Records Section in:  ☐ Miami  ☐ Ft. Laud.  ☐ W.P.B.
   Item Nos. _____

☐ Other (Explain): 44A-B, 45A-F, 45I-O, 52A-D, 54, 55A-H, 60A-E
   unnumbered Composite of SunTrust Bank records for Seaside Pharmaceutical Co.

SIGNATURE: [signed]
PRINT NAME: Thomas A. O'Malley
AGENCY OR FIRM: U.S. Attorney's Ofc.
ADDRESS: 500 South Australian Ave, #600, West Palm Beach, FL 33401
TELEPHONE: (561) 820-8711 x 3052
DATE: 5/2/03

☐ Attachments
(Exhibit List, Order of Court)

EXHIBITS RELEASED BY: _____
         (Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

S/F CRD-1
REV. 4/90

Filed by AM/MADDOX U.S. DIST. CT. - WPB, MAY -2 AM 11:05

|                  |   |                            |
|------------------|---|----------------------------|
| Plaintiff(s)     | : | Case No. _00-6211-CR-DTKH_ |
| vs.              | : | _US v. Narog_              |
| Defendant(s)     | : |                            |

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
Item Nos. _____

☐ Oversize records (larger than 10"x12"x15")
Item Nos. _____

☐ Stored by Records Section in: ☐ Miami  ☐ Ft. Laud.  ☐ W.P.B.
Item Nos. _____

☐ Other (Explain): _198, 199, 201, 205, 206, 207, 208, 209, 211A, 211B, 217_
_5, 7, 8A-C, 9A-C, 10A-D, 13A-F, 16A-B, 17A-D, 22A-F, 24A-D, 25E, 25-A-D, 28A-F_ (A-J)
_29A-J, 30A-C, 32A-C, 33D-I, 34C, 35A-D, 37A-X, 38A-C, 39J-K,L, 40A-B, 43A-B_

☐ Attachments
(Exhibit List, Order of Court)

SIGNATURE: _[signature]_
PRINT NAME: _Thomas A. O'Malley_
AGENCY OR FIRM: _U.S. Attorney's Ofc_
ADDRESS: _500 S. Australian Ave, Suite 400, West Palm Beach, FL 33401_
TELEPHONE: _(561) 820-8711, x3052_
DATE: _5/1/03_

EXHIBITS RELEASED
BY: _____
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

S/F CRD-1
REV. 4/90

|  |  |
|---|---|
| Plaintiff(s)<br>vs.<br><br>Defendant(s) | Case No. 00-6211-CR-DTKH<br>US v. Thomas Nancy |

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversize records (larger than 10"x12"x15")
   Item Nos. _____

☐ Stored by Records Section in: ☐ Miami  ☐ Ft. Laud.  ☐ W.P.B.
   Item Nos. _____

☐ Other (Explain): 47, 50A, 78A, 106, 146A-G, 202, 104, 105, 168, 112, 114, 115, 116, 117, 118, 120, 121, 122, 125, 127, 128, 129, 130, 132, 133, 134, 136, 135, 137, 141, 143, 145, 142, 83-1A, 83-2A, 83-3A, 83-4A, 83-5A, 83-6A, 83-7A, 83-8A, 83-9A, 83-11A, 83-12A, 84-1, 84-2, 84-3, 84-4, 84-5, 84-6, 84-7, 71A-H, 77A-N, 70A-C, 72A-E, 74A+N, 75A-C, 76A-H, 86, 87-A, 87-B, 87-C, 95, 96, 97, 119, 152A-B, 153A, 153-A, B, D, H, 157A,B, 159A, 159B, 160A,B, 160D,E, 160F, 162B, 163A, 170A-D, 180, 181, 182, 183, 184, 185, 188A-D, 189A-C, 191A-C, 144A,B

SIGNATURE: O'Malley

☐ Attachments
   (Exhibit List, Order of Court)

PRINT NAME: Thomas A. O'Malley
AGENCY OR FIRM: U.S. Atty's Office
ADDRESS: 500 S. Australian Ave, Suite 400, West Palm Beach, FL 33401

EXHIBITS RELEASED BY: _____
   (Deputy Clerk)

TELEPHONE: (561) 820-8711 x 3052
DATE: 5/2/03

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

S/F CRO-1
REV. 4/90