UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/



FILED by ___ D.C.

MAY 16 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER REQUIRING RESPONSE

**THIS MATTER** come before the court upon petition by third party, Suntrust Bank, as to its interest in the forfeited residence. Upon review, it is

**ORDERED and ADJUDGED**:

Counsel representing the plaintiff, United States of America shall file, within ten (10) days from the date of this order, a response to the third party petition.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida this 13th day of ~~April~~, May 2003.

_____
Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Thomas O'Malley
AUSA William H. Beckerleg, Jr.