UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by_____ D.C.

JUN - 3 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              CASE NO.: 00-6211-CR-DTKH

THOMAS NAROG,

    Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE
## BANK'S MOTION TO PAY OFF MORTGAGE DEBT

**THIS CAUSE** is before the court upon third party Suntrust Bank's motion to require the United States to pay off the outstanding mortgage debt on the defendant's residence. The defendant was found guilty by a jury of drug offenses, and a final order of forfeiture has been entered against the residence. Defendant, however, as is his right, is pursuing an appeal, and the Government has made provision for the timely payment of mortgage payments during this process. Accordingly, it is

**ORDERED and ADJUDGED** that the third party bank's motion to require the United States to pay off the balance remaining on the mortgage is **denied without prejudice** while defendant's appeal of the final judgment of forfeiture is pending and while the mortgage payments are being paid.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida, this 2nd day of June, 2003.

                                              Daniel T. K. Hurley
                                              U.S. District Judge