UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant.
_____/

### REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE

COMES NOW undersigned counsel for the Defendant hereby gives makes this Request to Appeal Telephonically at Status Conference and would state as follows:

1.    The undersigned has received an Order Setting Status Conference in this matter for Thursday, June 24, 2004. The Court's Order dated June 14, 2004 provides that counsel may appear by telephone if arrangements are made within 48 hours of said hearing.

2.    The undersigned's assistant has left several message for James Caldwell requesting to appear for the hearing by telephone. To date the undersigned's assistant has not received a return phone call.

3.    Undersigned counsel requests this Court permit undersigned to appear by telephone at the scheduled hearing .

4.    The undersigned will be in Cape Cod with his pregnant wife for a family vacation on the date of said hearing and is therefore unable to appear in person.

*NIGHT BOX FILED*

*CLERK, USDC / SDFL /*

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the parties listed below, this 18th day of June, 2004.

FRED HADDAD, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: /s/ Fred Haddad
FRED HADDAD
Florida Bar No. 180891

**SERVICE LIST**

Thomas O'Malley, Esq.
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

Timothy Biosello, Esq.
33 N. Dearborn Street, Suite 1015
Chicago, IL 60602

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Charles White, Esq.
2900 Bridgeport Avenue, Suite 401
Coconut Grove, Florida 33133-3606