UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **00-6211-CR-Hurley**

UNITED STATES OF AMERICA,

        Plaintiff,

vs

**THOMAS NAROG, et. al.**,

        Defendant.
_____/



**NOTICE OF PERMANENT APPEARANCE
AS COUNSEL OF RECORD**

**COMES NOW** the Law Offices of Kevin J. Kulik, and files this appearance as counsel for the above named defendant. Counsel agrees to represent the defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant of the right to appeal, to file a timely notice of appeal if requested to do so by defendant, and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was furnished to Assistant United States Attorney, 99 NE 4th Street, Suite 413, Miami, FL 33132 this _14_ day of July, 2004.

Respectfully submitted,

KEVIN J. KULIK
Attorney for Defendant
600 South Andrews Avenue
Suite 500
Fort Lauderdale, Florida 33301
954/761-9411

By: _____
KEVIN J. KULIK
Florida Bar No.: 475841