UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA

Plaintiff,

v.

THOMAS NAROG,

Defendant.
_____/

NIGHT BOX
FILED

AUG 13 2004

CLERK, USDC / SDFL / WPB

## NOTICE OF LIS PENDENS

**GRANTEE(s): THOMAS NAROG**

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on February 27, 2001, a Superseding Indictment was returned by a Grand Jury sitting in the Southern District of Florida, charging the above defendant, and others known and unknown to the Grand Jury, with violations, among others, of Title 21, U.S.C. §853 for violations of Title 21 U.S.C. §§841 and 846. The indictment also includes a forfeiture allegation against the following described real property, together with all appurtenances thereto, improvements thereon, furnishings and fixtures, is forfeitable, to the United States of America under the provisions of 18 U.S.C. §§ 982 and 1963(m):

All that lot or parcel of land, together with its building, improvements, fixtures, attachments and easements, located at 8 Castle Harbor Drive, Fort Lauderdale, Florida 33308, and more particularly described as: