UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-Hurley

UNITED STATES OF AMERICA,

    Plaintiff,

vs

THOMAS NAROG, et. al.,

    Defendant.
_____/

## MOTION FOR EXTENSION OF SEVENTY DAY TIME LIMIT

COMES NOW The Defendant, Thomas Narog, by and through undersigned counsel, and requests that this Honorable Court Extend the Seventy Day Time Limit pursuant to U.S. Code, Title 18 §3161(e). In support of this request, defendant now says:

1. A mandate was issued on November 9, 2004 in this case, requiring a trial within seventy (70) days. However, this court may toll this time limitation, and extend it to one hundred eighty days "if other factors resulting from the passage of time shall make trial within seventy days impractical".

2. In the case at hand, the original trial lasted about six weeks, without the presentation of any evidence by the defense. Undersigned counsel is a new substitution to the case and as such was not present at the original trial. Even without the pressing need to prepare other cases, defense counsel would need more than seventy days to prepare for this extensive matter.

3. However, undersigned counsel is currently set for trial in January on a first degree murder case in State Court. Currently, the State is requesting the death penalty on the matter. Extensive preparation is required for this case and this other trial may well coincide with the seventy day time limit herein.

4.  The defense is requesting to extend the time limit to 180 days, and is requesting that the actual trial date be set as near to the end of the 180 day time limit as this court's availability allows.

5.  Other grounds to be argued Ore Tenus, if neccessary.

NOW, THEREFORE, defendant asks that this Honorable Court grant the motion for extension of the seventy day time limit and grant 180 day time limit.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent this __30__ day of November, 2004, to Anne Schultz, Esq., Office of the United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

KEVIN J. KULIK, P.A.
Attorney for defendant Thomas Narog
600 South Andrews Avenue
Suite 500
Fort Lauderdale, Florida 33301
954/761-9411

By: _____
Kevin J. Kulik, Esq.
Florida Bar No.475841