# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
     **Plaintiff,**

**vs.**

**THOMAS NAROG,**
     **Defendant.**
-----------------------------------/



## ORDER GRANTING MOTION TO EXTEND THE SEVENTY DAY TIME REQUIREMENT AND SETTING TRIAL

**THIS CAUSE** come before the court upon motion from counsel representing the defendant in the above captioned case, filed, December 2, 2004, to extend the seventy day time requirement to bring this matter to trial.  Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1.  The motion is **granted**.

2.  The trial proceedings in this matter are set on the trial calendar commencing **March 7, 2005.**  A calendar call will be conducted on **Friday, February 25, 2005, at 1:30 p.m.** in courtroom 5 at the U. S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

3.  **THE COURT FINDS** the resulting delay, up to the date the trial commences, excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Furthermore,  the ends of justice served by taking such action outweigh the best interest of the public

and the defendant with regard to a speedy trial pursuant to 18 U.S.C. § 3161.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___8rd___ day of

December, 2004.

**copy furnished**:
AUSA Thomas O'Malley
Kevin J. Kulik, Esq.
Jeffrey M. Voluck, Esq.
Timothy Biasiello, Esq.
Charles G. White, Esq.
Paul Goodman, Esq.

Daniel T. K. Hurley
United States District Judge