UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

THOMAS NAROG,
    Defendant.
_____/



## ORDER DENYING MOTION FOR REINSTATEMENT OF BOND

THIS CAUSE come before the court upon motion from counsel representing the defendant in the above captioned case, filed December 21, 2004, to reinstate bond and for the issuance of a judicial order immediately releasing the defendant from his current term of incarceration at the Federal Correctional Institution, Miami, FL. Upon consideration, it is

ORDERED and ADJUDGED that the motion is **denied**.

DONE and SIGNED in Chambers at West Palm Beach, Florida this 29th day of December, 2004.

copy furnished:
AUSA Thomas O'Malley
Kevin J. Kulik, Esq.

                                  Daniel T. K. Hurley
                                  United States District Judge