UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6211-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA

    Plaintiff,

vs

THOMAS NAROG   (J)#55409-004

    Defendant.
_____



FILED by _____ D.C.

FEB 10 2005

CLERK U.S. DIST. CT
S.D. OF FLA. — W.P.B.

## NOTICE OF HEARING

TYPE OF CASE:
    ( ) **CIVIL**    (**XX**) **CRIMINAL**

(**XX**) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE<br>300 SOUTH SIXTH STREET<br>FT. PIERCE, FL. | COURTROOM #108 (1st FLOOR)<br>DATE AND TIME:<br>**WEDNESDAY, 2-23-05 @ 10:30 AM** |

TYPE OF PROCEEDING:

**MOTION TO SUPPRESS PHYSICAL EVIDENCE & STATEMENTS**

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

                                        ANN E. VITUNAC
                                      CHIEF U.S. MAGISTRATE JUDGE

DATE: FEBRUARY 10, 2005

                                        (BY) DEPUTY CLERK

TO:    KEVIN KULIK, ESQUIRE
        UNITED STATES ATTORNEY (LAURENCE BARDFELD)
        UNITED STATES MARSHAL
        UNITED STATES PRETRIAL SERVICE