UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **00-6211-CR-Hurley**

UNITED STATES OF AMERICA,

        Plaintiff,

vs

**THOMAS NAROG, et. al.**,

        Defendant.
_____/

## MOTION TO CONTINUE

**COMES NOW** the undersigned and moves for the entry of an Order by this Honorable Court to continue the trial presently set in the above-styled cause and as grounds therefore would show as follows:

1. Currently, this case is scheduled for the March 10, 2005 trial docket, and the Court has indicated the intent to try the Narog matter first amongst those cases on that docket. To date, Mr, Narog has been set for trial along with the several co-defendants, each of whom has opposed Mr. Narog's position of requesting the maximum preparation time possible.

2. At this time, it has come to the attention of undersigned counsel that it is likely that all co-defendant's other than Mr. Narog will be settling their cases by pleading guilty or no contest. Should this occur, Mr. Narog would respectfully request that his trial be continued as long as possible.

3. Undersigned counsel appeared on this case after the appeal herein and could use every available preparation day. In addition, the lead investigator for the defense, Donald Carpenter, is currently working on the Court's ongoing murder trial and will not fully available until after its conclusion.

4. Undersigned counsel spoke with AUSA Larry Bardfeld, who does not oppose this Motion.

5. Other grounds to be argued Ore-Tenus.

**WHEREFORE**, the Defendant by and through undersigned counsel, hereby request that this Honorable Court grant the relief sought herein and continue this matter from the presently scheduled date.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been sent via U.S. Mail and faxed to the Office of the United States Attorney, Larry Bardfeld, AUSA, Ft. Lauderdale, Florida this 18th day of February, 2005.

KEVIN J. KULIK
Attorney for Defendant
Suite 500
600 South Andrews Avenue
Ft. Lauderdale, FL 33301
(954) 761-9411

BY: _____
Kevin J. Kulik
Fla. Bar No: 475841