# COURT MINUTES

CHIEF U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 02/23/2005   TIME: 10:30 AM

DEFT. THOMAS NAROG ✓ (J)   CASE NO. 00-6211-Cr-Hurley/Vitunac

PRISONER# 55409-004   LANGUAGE ENGLISH

AUSA. LAURENCE BARDFELD ✓   ATTY. KEVIN KULIK (RETAINED) ✓

AGENT. DEA   VIOL. 21:846

PROCEEDING MOTION TO SUPPRESS PHYSICAL EVIDENCE & STATEMENTS   BOND.

DISPOSITION Motion to Suppress held

Deft present with counsel

Witness: Joseph Collins - S/A Dea - sworn/tst.

R&R to follow

DATE: 2-23-05   TAPE: AEV 05-11-1

Court Reporter - Phil May