UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY(s)

NIGHT BOX
FILED

FEB 2 3 200?

CLARENCE MADDOX
CLERK, USDC/SD

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
THOMAS NAROG, et al.        )
                            )
_____ )

## UNITED STATES' MOTION FOR RETURN OF TRIAL EXHIBITS

The United States of America, by and through undersigned counsel, hereby files this Motion for Return of Trial Exhibits from the Clerk of the Court. As grounds for the motion, the United States submits the following:

1. In the February/March 2002, the United States tried THOMAS NAROG and five co-defendants for their involvement in a conspiracy to distribute psuedoephedrine.

2. The defendants were convicted at trial, but upon appeal, the Appellate Court reversed the convictions and remanded the case for a new trial.

3. A new trial is scheduled for the trial week beginning March 7, 2005.

4. During the first trial in this matter, the United States admitted numerous exhibits into evidence.

5. On appeal, the Appellate Court reviewed those exhibits having obtained the original exhibits from the Clerk of the Court.

6. Upon completion of the Appeal, the Appellate Court was to return the exhibits to the Clerk of the Court for the Southern District of Florida.

7. When counsel for the United States went to the Clerk's Office (in the West Palm Beach Courthouse) for a return of the original exhibits, they were informed that the record on appeal and the exhibits were returned to the Clerk's Office in Miami.

8. The exhibits were to be returned to the Clerk in West Palm Beach. However, since the Courthouse in West Palm Beach was closed shortly after the convictions were reversed on appeal, the Clerk of Court in West Palm Beach believes that the original exhibits were never returned to West Palm Beach but remain in Miami.

9. The United States now seeks a return of those original exhibits from the Clerk of Court.

WHEREFORE, the United States requests that the Clerk of the Court return the original trial exhibits to counsel for the United States.

Respectfully submitted,

MARCOS D. JIMENEZ
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
Assistant U.S. Attorney
500 East Froward Blvd., #700
Ft. Lauderdale, Florida  33394
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 712450

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/sent via facsimile this 24th day of February, 2005, to: Kevin Kulik, Esquire, 600 South Andrews Avenue, Suite 500, Fort Lauderdale, FL 33301, Charles White, Esquire, 1031 Ivs Dairy Road, Suite 228, Miami, Florida 33179, and Pail Goodman, Esquire, 20 North Clark Street, Suite 1200, Chicago, IL 60602.

_____
LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY