UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

THOMAS NAROG, et al.,
    Defendants.
_____/



## ORDER DENYING MOTION TO CONTINUE

THIS CAUSE come before the court upon motion from counsel representing defendant Thomas Narog to continue the trial proceedings, presently set on the court's March 2005, trial calendar. Upon consideration, it is

ORDERED and ADJUDGED that:

The motion to continue is **denied**.

DONE and SIGNED in Chambers at Fort Lauderdale, Florida this ___1st___ day of March, 2005.

copy furnished:
AUSA Laurence M. Bardfeld
Kevin J. Kulik, Esq.

                      Daniel T. K. Hurley
                      United States District Judge