UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA )
)
v. )
)
THOMAS NAROG, et al. )
)
_____)



## UNITED STATES' MOTION TO CONTINUE

The United States of America, by and through undersigned counsel, hereby files this Motion to Continue Trial currently scheduled for the trial term beginning March 7, 2005. As grounds for the motion, the United States submits the following:

1. In February/March 2002, the United States tried THOMAS NAROG and five co-defendants for their involvement in a conspiracy to distribute pseudoephedrine. The defendants were convicted at trial, but upon appeal, the Appellate Court reversed the convictions and remanded the case for a new trial.

2. A new trial is scheduled for the trial week beginning March 7, 2005. At the calendar call/status conference scheduled on February 25, 2005, the Court denied a request to continue the case.

3. For the last few weeks, counsel has been in communications with representatives of the Clerk's office in an attempt to obtain the trial exhibits that were forwarded to the Court of Appeals. To date, those trial exhibits have not been returned to the United States. In fact, the whereabouts of those exhibits within the

Clerk's Office is still unknown.

4. Undersigned counsel believed that the return of the exhibits was imminent as a Motion to Return Trial Exhibits had been filed. Therefore, at the calendar call, undersigned did not bring the matter to the Court's attention.

5. Currently, the exhibits still have not been returned by the Clerk's office. The United States is unable to adequately prepare the case for trial, or try the case, without those exhibits.

6. Additionally, co-defendants NIZAR FNEICHE and RAED NASER ALDIN have not yet pled guilty although they have indicated that they will be pleading guilty to a superseding information. FNECIHE is currently in custody in FCI-Elkton, Ohio, and ALDIN is in custody at FCI-Coleman. Undersigned counsel has writted them for a change of plea but they have not yet been transferred to the Southern District of Florida.

7. If the Court does not accept the guilty pleas of one or both of the co-defendants, a trial against those defendants also will be necessary.

8. Counsel for the United States has contacted counsel for NAROG who has no objection to this limited request to continue.

WHEREFORE, the United States requests that this Court grant the United States a limited continuance so the requested original trial exhibits can be located and returned, and so the co-defendants can be transferred to the Southern District of Florida.

Respectfully submitted,

MARCOS D. JIMENEZ
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
Assistant U.S. Attorney
500 East Froward Blvd., #700
Ft. Lauderdale, Florida  33394
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 712450

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/sent via facsimile this 3rd day of March, 2005, to: Kevin Kulik, Esquire, 600 South Andrews Avenue, Suite 500, Fort Lauderdale, FL 33301, Charles White, Esquire, 1031 Ives Dairy Road, Suite 228, Miami, Florida 33179, and Pail Goodman, Esquire, 20 North Clark Street, Suite 1200, Chicago, IL 60602.

_____
LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY