UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
THOMAS NAROG, et al.        )
                            )
_____)

ORDER

THIS CAUSE having come before the Court on the United States' Motion to Continue, and the Court being duly advised in the premises, it is hereby ORDERED and ADJUDGED that the United States' Motion to Continue is  DENIED  .

~~Trial in this matter will begin~~ on _____.

DONE and ORDERED this 3rd day of March, 2005.

DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

cc: Laurence M. Bardfeld, AUSA
    Kevin Kulik, Esquire
    Paul Goodman, Esquire
    Charles White, Esquire