UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA 33401

**Clerk, United States Court of Appeals**

Eleventh Circuit
56 Forsyth Street, N. W.
Atlanta, GA. 30303

CLARENCE MADDOX,
CLERK OF COURT
Date: November 24, 2003

FILED by _____ APPEAL _____ D.C.
MAR 1 0 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

|  | IN RE: | District Court No: | 00-6211-CR-DTKH |
|---|---|---|---|
|  |  | Appeals Court No: | 02-13437-A |
|  |  | Style: | USA  V.  NAROG, et al |

**Enclosed are documents regarding an appeal in this matter.
Please acknowledge receipt on the enclosed copy of this letter.**

_____ Certified copy of notice of appeal, docket entries, judgement, opinion/order appealed from, enclosed. If opinion/order was oral, please check_____.

_____ First Notice of Appeal:       _____ Yes      _____ No

Date(s) of other notices: _____

  X    Certified record on appeal consisting of:   Exhibits

         _____ volume(s) of pleadings;      _____ volume(s) of transcripts;

          X    (2) BOXES of exhibits;    other: _____

_____ There was no hearing from which a transcript could be made.

_____ The following materials were SEALED in this court (order enclosed): _____

_____ The appellate docket fee has been paid       ___ Yes  ___ No  Date paid _____

_____ Appellant has been granted/denied leave to appeal In Forma Pauperis (Copy of order granting /denying IFP and/or Certificate of Probable Cause is enclosed).

_____ An appeal bond has been posted        ___ Cost Bond       ___ Supersedeas Bond

_____ The Judge or Magistrate appealed from is: _____

_____ The court reporter (s) are: _____

_____ This is an appeal of a bankruptcy order.

         Bankruptcy Judge: _____

_____ This is a DEATH PENALTY appeal

Sincerely,
CLARENCE MADDOX, , Clerk of Court
By: _____
   Deputy Clerk