UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA )
)
v. )
)
THOMAS NAROG, et al. )
)
_____ )

NIGHT BOX
FILED
MAR 9 2005
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

<u>UNITED STATES' RENEWED MOTION FOR RETURN OF TRIAL EXHIBITS
OR IN THE ALTERNATIVE MOTION TO CONTINUE</u>

The United States of America, by and through undersigned counsel, hereby files this Renewed Motion for Return of Trial Exhibits from the Clerk of the Court or in the alternative Motion to Continue. As grounds for the motion, the United States submits the following:

1. In February/March 2002, the United States tried THOMAS NAROG and five co-defendants for their involvement in a conspiracy to distribute pseudoephedrine.

2. The defendants were convicted at trial, but upon appeal, the Appellate Court reversed the convictions and remanded the case for a new trial.

3. A new trial is scheduled for the trial week beginning March 14, 2005.

4. During the first trial in this matter, the United States admitted over 400 exhibits into evidence.



5. On appeal, the Appellate Court reviewed many of those exhibits having obtained the original exhibits from the Clerk of the Court.

6. Upon completion of the Appeal, the Appellate Court was to return the exhibits to the Clerk of the Court for the Southern District of Florida.

7. The United States now seeks a return of those original exhibits from the Clerk of Court.

8. Counsel for the United States has been in continuous contact with representatives from the Clerk of the Court for the Southern District of Florida and the 11th Circuit Court of Appeals in search of those trial exhibits. To date only one of two boxes of original trial exhibits has been located and returned.

9. Undersigned counsel has obtained assistance from this Court's Courtroom Deputy who was able to locate one of the boxes of trial exhibits. However, the second box has not been located or returned, and many of the United States' trial exhibits have not been returned.

10. The United States will be at a distinct disadvantage if precluded from introducing evidence relating to the original trial exhibits that were not returned. If the United States is required to locate other trial exhibits - in lieu of the original trial exhibits - it will take additional time.

11. The United States would request a hearing on this matter.

12. Undersigned counsel has been unable to contact counsel for Narog to obtain his position on this motion.

WHEREFORE, the United States requests that the Clerk of the Court return the original trial exhibits to counsel for the United States forthwith. If the Clerk of Court is unable to locate the trial exhibits, the United States would request a limited continuance so new trial exhibits can be obtained and used in place of the original trial exhibits.

        Respectfully submitted,

        MARCOS D. JIMENEZ
        UNITED STATES ATTORNEY

By: _____
        LAURENCE M. BARDFELD
        Assistant U.S. Attorney
        500 East Froward Blvd., #700
        Ft. Lauderdale, Florida 33394
        (954) 356-7255, Fax: 356-7228
        Fla. Bar No. 712450

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/sent via facsimile this \_\_\_\_\_ day of March, 2005, to: Kevin Kulik, Esquire, 600 South Andrews Avenue, Suite 500, Fort Lauderdale, FL 33301.

LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA )
)
v. )
)
THOMAS NAROG, et al. )
)
_____)

ORDER

THIS CAUSE having come before the Court on the United States' Renewed Motion for Return of Trial Exhibits, and the Court being duly advised in the premises, it is hereby ORDERED and ADJUDGED that the United States' Renewed Motion for Return of Trial Exhibits is GRANTED.

The Clerk of the Court is ordered to return all of the trial exhibits in Case No. 00-6211-CR-HURLEY(s), Appellate Court Case No. 02-13437-AA, to the United States forthwith.  The Clerk is ordered to locate and return a second box of trial exhibits that had been sent to the Appellate Court.

If the Clerk of Court is unable to locate the second box of trial exhibits, the Court shall continue this case until _____.

DONE and ORDERED this ___ day of March, 2005.

							_____
							DANIEL T.K. HURLEY
							UNITED STATES DISTRICT JUDGE

cc: Laurence M. Bardfeld, AUSA
	Kevin Kulik, Esquire
	Clerk of Court