# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 09, 2005

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128

FILED by ___ D.C.
APPEAL

MAR 1 4 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**Appeal Number: 02-13437-AA**
Case Style: USA v. Thomas Narog
District Court Number: 00-06211 CR-DTKH

---

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S) 32, 33 & 34 ✓ - 3 trans

Exhibits - 7 envelopes of sealed documents ✓  4 PSJ's   3 sealed envelopes w/ pleadings

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

764/ga

REC-3 (03-2004)