UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

THOMAS NAROG,
    Defendant.
_____/



### ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** come before the court upon the report and recommendation of a United States Magistrate Judge as to defendant's motion to suppress Physical Evidence and statements, [DE 738], filed January 28, 2005, and the government's response thereto, [DE 747]. Upon consideration of the report and recommendation and in accordance with *28 U.S.C. §636 (B)(1)(c)*, as no timely objections have been filed, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendation are **adopted**.

2. The defendant's motion to suppress physical evidence and statements is **denied**.

**DONE** and **SIGNED** in Chambers at Fort Lauderdale, Florida this ___9th___ day of March, 2005.

                                                                Daniel T. K. Hurley
                                                               United States District Judge

**copy furnished:**
Chief U.S. Magistrate Judge Vitunac
AUSA Laurence Bardfeld
Kevin Kulik, Esq.



For updated court information, visit unofficial Web site at http://us.geocities.com/uscts