UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
NIZAR FNEICHE,
RAED NASER ALDIN,
    Defendants.
_____/

## ORDER

**THIS CAUSE** come before the court *sua sponte*. It is

**ORDERED** and **ADJUDGED** that:

The United States Marshal service shall provide custodial transportation and subsistence, as required, and produce the above named defendants, **forthwith,** before this court for the entry of a change of plea and sentencing, presently set for **9:00 a.m. on Tuesday, March 15, 2005,** in courtroom 203D, at the United States Courthouse, Fort Lauderdale, FL.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this __10th__ day of March, 2005.

**Copy furnished:**
AUSA Lawrence Bardfeld
United States Marshal Service

Daniel T. K. Hurley
United States District Judge