# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

===================================

Case No. _00-6211-CR._          Date _March 15, 2005_

Courtroom Deputy: James E. Caldwell          Court reporter: Pauline Stipes

Language Spoken: _English_          Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. _Thomas Narog_

AUSA: _Lawrence Bardfeld_    DEFENSE COUNSEL: _Kevin J. Kulik_

TYPE OF HEARING: _Change of plea from not guilty to guilty as to Count 1 of the superseding indictment._

RESULTS OF HEARING: _After an inquiry, the plea of guilty was accepted._

Misc.: _Sentencing phase was requested, and the court continued to sentencing._