WE WERE UNABLE TO SEND THIS NOTICE TO YOU BY FAX.

It is being mailed to you due to technical problems.
We will continue to attempt to fax all subsequent notices.
Please check your fax machine or perhaps we have an incorrect fax number?

&gt;&gt;&gt; NOTE: If you are no longer an attorney on this case, please disregard this notice.

*No other address available*

Timothy Biasiello
Suite 1015
33 North Dearborn Street
Chicago, IL  60602 - 3105

---

0:00-cr-06211 #768 - DTKH
1 page(s).
03/15/2005

---

To verify we have your correct fax information, call our E-NOTICING help line at (305) 523-5212. Please have your bar id number available when you call.

NOTICE:  Only certain Judges are E-NOTICING, so you must continue to provide envelopes for cases before non-participating Judges.  Call the help line above for the list of participating judges.

NOTICE:  Be sure to promptly notify the Clerk of Court in writing of any changes to your name, address, firm, or fax number.  A notification should be sent for each of your active cases.

Control #: CV-fax_40D-39299

**MAIL RETURNED AS UNDELIVERABLE**

PA
789

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA     )
                             )
v.                           )
                             )
THOMAS NAROG, et al.         )
                             )
_____)

FILED by __AJV__ D.C.

MAR 14 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · W.P.B

<u>ORDER</u>

THIS CAUSE having come before the Court on the United States' Renewed Motion for Return of Trial Exhibits, and the Court being duly advised in the premises, it is hereby ORDERED and ADJUDGED that the United States' Renewed Motion for Return of Trial Exhibits is GRANTED.

The Clerk of the Court is ordered to return all of the trial exhibits in Case No. 00-6211-CR-HURLEY(s), Appellate Court Case No. 02-13437-AA, to the United States forthwith. The Clerk is ordered to locate and return a second box of trial exhibits that had been sent to the Appellate Court.

