**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 00-6211-CR-Hurley**

UNITED STATES OF AMERICA,

       Plaintiff,

vs

**THOMAS NAROG, et. al.**,

       Defendant.
_____/

## MOTION TO MODIFY OR REDUCE SENTENCE

COMES NOW The Defendant, Thomas Narog, by and through undersigned counsel, and files this Motion to Modify or Reduce Sentence. In support of this request, defendant now says:

1. The Defendant was sentenced on or about March 22, 2005, and has served seven and a half years out of his ten year sentence.

2. The Defendant is 74 years old and is in bad health and is now requiring open heart surgery. (See attached medical records filed under seal).

4. Undersigned is requesting that Mr. Narog be reduced to the time he has served and released.

5. Undersigned counsel is requesting that this matter be set for hearing.

6. Other grounds to be argued Ore Tenus.

**NOW, THEREFORE**, defendant asks that this Honorable Court grant the motion to reduce sentence and the defendant be released with time served.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been provided to the Office of the United States Attorney, via electronically, Ft. Lauderdale, FL; this 14th day of July, 2008.

        Respectfully submitted,

        KEVIN J. KULIK
        Attorney for Defendant
        500 SW 3 Avenue
        Fort Lauderdale, Florida 33315
        954/761-9411

        By: _____/S/_____
             KEVIN J. KULIK
             Florida Bar No.: 475841